NTP, Inc. v. Sprint Nextel Corp.  Doc. 1 Att. 9

Case 3:07-cv-00551-JRS    Document 1-10    Filed 09/07/2007    Page 1 of 31

5,625,670

**53**

We claim:

1. A system for transmitting information from one of a plurality of originating processors contained in an electronic mail system to at least one of a plurality of destination processors contained in an electronic mail system with the information including originated information originating from one of the plurality of originating processors and being transmitted by an RF information transmission network to at least one of the plurality of destination processors and other originated information originating from one of the originating processors is transmitted with the electronic mail system without using the RF information transmission network to at least one of the destination processors comprising:

at least one interface, one of the at least one interface connecting the electronic mail system containing the plurality of originating processors to the RF information transmission network; and wherein

the originated information is transmitted in association with an address of the one interface from the one of the plurality of originating processors to the one interface with the electronic mail system responding to the address of the one interface to direct the originated information from the one of the plurality of originating processors to the one interface; and

the originated information is transmitted from the one of the at least one interface to the RF information transmission network with an address of the one of the plurality of destination processors to receive the originated information being added at the originating processor originating the originated information, or by either the electronic mail system that contains the plurality of originating processors or the one interface.

2. A system in accordance with claim 1 wherein:

the electronic mail system containing the plurality of destination processors is the same electronic mail system containing the plurality of originating processors.

3. A system in accordance with claim 1 wherein:

the electronic mail system containing the plurality of destination processors is a different electronic mail system than the electronic mail system containing the plurality of originating processors.

4. A system in accordance with claim 1 wherein the RF information network comprises:

at least one RF receiver, each RF receiver transferring the originated information to a different one of the plurality of destination processors.

5. A system in accordance with claim 4 wherein:

the address of each destination processor receiving the originated information is an identification number of a different RF receiver in the RF information transmission network; and

the one interface stores the originated information, assembles the originated information with originated information received from a plurality of the originating processors into a packet and transmits the packet to the RF information transmission network.

6. A system in accordance with claim 4 wherein:

the electronic mail system transmitting the other originated information between the one of the plurality of originating processors and the at least one of the plurality of destination processors is one of either a public or private switch telephone network with the at least one of the plurality of destination processors being addressed during transmission of the other originated information to the at least one of the plurality of destination processors when using the public or private

**54**

switch telephone network with a different address than the address used during transmission of the originated information to the at least one of the plurality of destination processors by the RF information transmission network.

7. A system in accordance with claim 5 wherein the RF information transmission network comprises:

a RF information transmission network switch, the RF information transmission network switch receiving the packet from the one interface disassembles the packet into disassembled information including the originated information and the identification number of the at least one RF receiver in the RF information network; and wherein

the RF information transmission network transmits the originated information and the identification number from the RF information transmission network switch to another RF information transmission network switch in the RF information transmission network storing a file containing the identification number and any destination of the at least one RF receiver in the RF information transmission network to which the originated information and identification number is to be transmitted by the RF information transmission network and adds any destination of the at least one RF receiver stored in the file containing the identification number to the originated information and the RF information transmission network in response to any added destination transmits the originated information and identification number to any destination of the at least one RF receiver for RF broadcast to the at least one RF receiver.

8. A system in accordance with claim 4 wherein:

the transfer of the originated information from each RF receiver to the different one of the plurality of destination processors occurs under control of a program stored by one of the plurality of destination processors of the electronic mail system and makes the originated information accessible to application programs stored within the one of the plurality of destination processors of the electronic mail system.

9. A system in accordance with claim 1 further comprising:

a host computer, a telephone network and a gateway switch; and

the transmission of the originated information between the one of the plurality of originating processors and the interface is through the host computer, the telephone network and the gateway switch.

10. A system in accordance with claim 1 further comprising:

a private automatic branch exchange, a telephone network and a gateway switch; and

the transmission of the originated information between the one of the plurality of originating processors and the interface is through the private automatic branch exchange, the telephone network and the gateway switch.

11. A system in accordance with claim 1 further comprising:

a local area network, a telephone network and a gateway switch; and

the transmission of the originated information between the one of the plurality of originating processors and the interface is through the local area network, the telephone network and the gateway switch.

Dockets.Justia.com

5,625,670

<table>
<tr><td>55</td><td>56</td></tr>
</table>

**12.** A system in accordance with claim 1 further comprising:

a modem, a telephone network and a gateway switch; and

the transmission of the originated information between the one of the plurality of originating processors and the interface is through the modem, the telephone network and the gateway switch.

**13.** A system in accordance with claim 1 wherein:

the electronic mail system containing the plurality of originating processors comprises a private automatic branch exchange.

**14.** A system in accordance with claim 1 wherein:

the electronic mail system containing the plurality of originating processors comprises a local area network.

**15.** A system in accordance with claim 1 wherein:

the electronic mail system containing the plurality of originating processors comprises at least one gateway switch.

**16.** A system in accordance with claim 15 wherein:

the electronic mail system containing the plurality of originating processors further comprises a telephone network.

**17.** A system in accordance with claim 16 wherein:

the telephone network is a public switch telephone network.

**18.** A system in accordance with claim 1 wherein:

the electronic mail system containing the plurality of originating processors comprises a host central processing unit.

**19.** A system in accordance with claim 1 wherein:

the one interface removes from the originated information information added by the electronic mail system containing the plurality of originating processors and adds information, used by the RF information transmission network during transmission of the originated information through the RF information transmission network to at least one RF receiver in RF information transmission network, to the originated information.

**20.** A system in accordance with claim 4 wherein:

each RF receiver signals the one of the plurality of destination processors on a transmission medium of the one of the plurality of destination processors used for transmission of information by the one of the plurality of destination processors that received originated information is stored within a memory of each RF receiver;

the one of the plurality of destination processors controls the transfer of the stored originated information from the memory of each receiver to a memory of the one of the plurality of destination processors on the transmission medium with a control program stored by the one of the plurality of destination processors; and

the one of the plurality of destination processors processes the originated information stored in the memory of the one of the plurality of destination processors with an application program stored in the memory of the one of the plurality of destination processors.

**21.** A system in accordance with claim 20 wherein:

the originated information is transferred from each receiver to the one of the plurality of destination processors on the transmission medium upon connection of each receiver to the one of the plurality of destination processors.

**22.** A system in accordance with claim 21 wherein:

the one of the plurality of destination processors is turned off when the originated information is received by each RF receiver.

**23.** A system in accordance with claim 20 wherein:

the transmission medium is a serial transmission medium.

**24.** A system in accordance with claim 2 wherein the RF information network comprises:

at least one RF receiver, each RF receiver transferring the originated information to a different one of the plurality of destination processors.

**25.** A system in accordance with claim 24 wherein:

the address of each destination processor receiving the originated information is an identification number of a different RF receiver in the RF information transmission network; and

the one interface stores the originated information, assembles the originated information with originated information received from a plurality of the originating processors into a packet and transmits the packet to the RF information transmission network.

**26.** A system in accordance with claim 24 wherein:

the electronic mail system transmitting the other originated information between the one of the plurality of originating processors and the at least one of the plurality of destination processors is one of either a public or private switch telephone network with the at least one of the plurality of destination processors being addressed during transmission of the other originated information to the at least one of the plurality of destination processors when using the public or private switch telephone network with a different address than the address used during transmission of the originated information to the at least one of the plurality of destination processors by the RF information transmission network.

**27.** A system in accordance with claim 25 wherein the RF information transmission network comprises:

a RF information transmission network switch, the RF information transmission network switch receiving the packet from the one interface disassembles the packet into disassembled information including the originated information and the identification number of the at least one RF receiver in the RF information network; and wherein

the RF information transmission network transmits the originated information and the identification number from the RF information transmission network switch to another RF information transmission network switch in the RF information transmission network storing a file containing the identification number and any destination of the at least one RF receiver in the RF information transmission network to which the originated information and identification number is to be transmitted by the RF information transmission network and adds any destination of the at least one RF receiver stored in the file containing the identification number to the originated information and the RF information transmission network in response to any added destination transmits the originated information and identification number to any destination of the at least one RF receiver for RF broadcast to the at least one RF receiver.

**28.** A system in accordance with claim 24 wherein:

the transfer of the originated information from each RF receiver to the different one of the plurality of destination processors occurs under control of a program stored by the one of the plurality of destination processors of the electronic mail system and makes the originated information accessible to application pro-

5,625,670

57

grams stored within the one of the plurality of destination processors of the electronic mail system.

29. A system in accordance with claim 2 wherein:

the one interface removes from the originated information information added by the electronic mail system containing the plurality of originating processors and adds information, used by the RF information transmission network during transmission of the originated information through the RF information transmission network to the at least one RF receiver in the RF information transmission network, to the originated information.

30. A system in accordance with claim 29 wherein:

each RF receiver signals the one of the plurality of destination processors on a transmission medium of the one of the plurality of destination processors used for transmission of information by the one of the plurality of destination processors that received originated information is stored within a memory of each RF receiver;

the one of the plurality of destination processors controls the transfer of the stored originated information from the memory of each receiver to a memory of the one of the plurality of destination processors on the transmission medium with a control program stored by the one of the plurality of destination processors; and

the one of the plurality of destination processors processes the originated information stored in the memory of the one of the plurality of destination processors with an application program stored in the memory of the one of the plurality of destination processors.

31. A system in accordance with claim 29 wherein:

the originated information is transferred from each receiver to the one of the plurality of destination processors on the transmission medium upon connection of each receiver to the one of the plurality of destination processors.

32. A system in accordance with claim 31 wherein:

the one of the plurality of destination processors is turned off when the originated information is received by each RF receiver.

33. A system in accordance with claim 29 wherein:

the transmission medium is a serial transmission medium.

34. A system in accordance with claim 3 wherein the RF information network comprises:

at least one RF receiver, each RF receiver transferring the originated information to a different one of the plurality of destination processors.

35. A system in accordance with claim 34 wherein:

the address of each destination processor receiving the originated information is an identification number of a different RF receiver in the RF information transmission network; and

the one interface stores the originated information, assembles the originated information with originated information received from a plurality of the originating processors into a packet and transmits the packet to the RF information transmission network.

36. A system in accordance with claim 34 wherein:

the electronic mail system transmitting the other originated information between the one of the plurality of originating processors and the at least one of the plurality of destination processors is one of either a public or private switch telephone network with the at least one of the plurality of destination processors being addressed during transmission of the other originated information to the at least one of the plurality of

58

destination processors when using the public or private switch telephone network with a different address than the address used during transmission of the originated information to the at least one of the plurality of destination processors by the RF information transmission network.

37. A system in accordance with claim 35 wherein the RF information transmission network comprises:

a RF information transmission network switch, the RF information transmission network switch receiving the packet from the one interface switch disassembles the packet into disassembled information including the originated information and the identification number of the at least one RF receiver in the RF information network; and wherein

the RF information transmission network transmits the originated information and the identification number from the RF information transmission network switch to another RF information transmission network switch in the RF information transmission network storing a file containing the identification number and any destination of the at least one RF receiver in the RF information transmission network to which the originated information and identification number is to be transmitted by the RF information transmission network and adds any destination of the at least one RF receiver stored in the file containing the identification number to the originated information and the RF information transmission network in response to any added destination transmits the originated information and identification number to any destination of the at least one RF receiver for RF broadcast to the at least one RF receiver.

38. A system in accordance with claim 34 wherein:

the transfer of the originated information from each RF receiver to the different one of the plurality of destination processors occurs under control of a program stored by the one of the plurality of destination processors of the electronic mail system and makes the originated information accessible to application programs stored within the one of the plurality of destination processors of the electronic mail system.

39. A system in accordance with claim 34 wherein:

the one interface removes from the originated information information added by the electronic mail system containing the plurality of originating processors and adds information, used by the RF information transmission network during transmission of the originated information through the RF information transmission network to the at least one RF receiver in the RF information transmission network, the originated information.

40. A system in accordance with claim 34 wherein:

each RF receiver signals the one of the plurality of destination processors on a transmission medium of the one of the plurality of destination processors used for transmission of information by the one of the plurality of destination processors that received originated information is stored within a memory of each RF receiver;

the one of the plurality of destination processors controls the transfer of the stored originated information from the memory of each receiver to a memory of the one of the plurality of destination processors on the transmission medium with a control program stored by the one of the plurality of destination processors; and

the one of the plurality of destination processors processes the originated information stored in the memory of the

5,625,670

59

one of the plurality of destination processors with an application program stored in the memory of the one of the plurality of destination processors.

41. A system in accordance with claim 40 wherein:

the originated information is transferred from the receiver to the one of the plurality of destination processors on the transmission medium upon connection of the receiver to the one of the plurality of destination processors.

42. A system in accordance with claim 35 wherein:

the one of the plurality of destination processors is turned off when the originated information is received by each RF receiver.

43. A system in accordance with claim 34 wherein:

the transmission medium is a serial transmission medium.

44. A system in accordance with claim 1 further comprising:

at least one additional processor, each additional processor being coupled to at least one interface, one of the at least one additional processor originating other information from outside any electronic mail system for transmission to the at least one of the plurality of destination processors by the RF information transmission network and an address of the at least one of the plurality of destination processors to receive the other information transmitted by the RF information transmission network or an identification number of at least one RF receiver receiving the other information for transmission to the at least one of the plurality of the destination processors and transferring the other information to the at least one of the plurality of the destination processors; and wherein

the interface receiving the other information originating from the one additional processor and the address or identification number adds RF network information used by the RF information transmission network during transmission of the other information to the at least one destination processor.

45. A system in accordance with claim 2 further comprising:

at least one additional processor, each additional processor being coupled to at least one interface, one of the at least one additional processor originating other information from outside any electronic mail system for transmission to the at least one of the plurality of destination processors by the RF information transmission network and an address of the at least one of the plurality of destination processors to receive the other information transmitted by the RF information transmission network or an identification number of at least one RF receiver receiving the other information for transmission to the at least one of the plurality of the destination processors and transferring the other information to the at least one of the plurality of the destination processors; and wherein

the interface receiving the other information originating from the one additional processor and the address or identification number adds RF network information used by the RF information transmission network during transmission of the other information to the at least one destination processor.

46. A system in accordance with claim 3 further comprising:

at least one additional processor, each additional processor being coupled to at least one interface, one of the at least one additional processor originating other infor-

60

mation from outside any electronic mail system for transmission to the at least one of the plurality of destination processors by the RF information transmission network and an address of the at least one of the plurality of destination processors to receive the other information transmitted by the RF information transmission network or an identification number of at least one RF receiver receiving the other information for transmission to the at least one of the plurality of the destination processors and transferring the other information to the at least one of the plurality of the destination processors; and wherein

the interface receiving the other information originating from the one additional processor and the address or identification number adds RF network information used by the RF information transmission network during transmission of the other information to the at least one destination processor.

47. A system in accordance with claim 4 further comprising:

at least one additional processor, each additional processor being coupled to at least one interface, one of the at least one additional processor originating other information from outside any electronic mail system for transmission to the at least one of the plurality of destination processors by the RF information transmission network and an address of the at least one of the plurality of destination processors to receive the other information transmitted by the RF information transmission network or an identification number of the at least one RF receiver receiving the other information for transmission to the at least one of the plurality of the destination processors and transferring the other information to the at least one of the plurality of the destination processors; and wherein

the interface receiving the other information originating from the one additional processor and the address or identification number adds RF network information used by the RF information transmission network during transmission of the other information to the at least one destination processor.

48. A system in accordance with claim 5 further comprising:

at least one additional processor, each additional processor being coupled to at least one interface, one of the at least one additional processor originating other information from outside any electronic mail system for transmission to the at least one of the plurality of destination processors by the RF information transmission network and an address of the at least one of the plurality of destination processors to receive the other information transmitted by the RF information transmission network or an identification number of the at least one RF receiver receiving the other information for transmission to the at least one of the plurality of the destination processors and transferring the other information to the at least one of the plurality of the destination processors; and wherein

the interface receiving the other information originating from the one additional processor and the address or identification number adds RF network information used by the RF information transmission network during transmission of the other information to the at least one destination processor.

49. A system in accordance with claim 6 further comprising:

**61**

at least one additional processor, each additional processor being coupled to at least one interface, one of the at least one additional processor originating other information from outside any electronic mail system for transmission to the at least one of the plurality of destination processors by the RF information transmission network and an address of the at least one of the plurality of destination processors to receive the other information transmitted by the RF information transmission network or an identification number of the at least one RF receiver receiving the other information for transmission to the at least one of the plurality of the destination processors and transferring the other information to the at least one of the plurality of the destination processors; and wherein

the interface receiving the other information originating from the one additional processor and the address or identification number adds RF network information used by the RF information transmission network during transmission of the other information to the at least one destination processor.

50. A system in accordance with claim 7 further comprising:

at least one additional processor, each additional processor being coupled to at least one interface, one of the at least one additional processor originating other information from outside any electronic mail system for transmission to the at least one of the plurality of destination processors by the RF information transmission network and an address of the at least one of the plurality of destination processors to receive the other information transmitted by the RF information transmission network or an identification number of the at least one RF receiver receiving the other information for transmission to the at least one of the plurality of the destination processors and transferring the other information to the at least one of the plurality of the destination processors; and wherein

the interface receiving the other information originating from the one additional processor and the address or identification number adds RF network information used by the RF information transmission network during transmission of the other information to the at least one destination processor.

51. A system in accordance with claim 8 further comprising:

at least one additional processor, each additional processor being coupled to at least one interface, one of the at least one additional processor originating other information from outside any electronic mail system for transmission to the at least one of the plurality of destination processors by the RF information transmission network and an address of the at least one of the plurality of destination processors to receive the other information transmitted by the RF information transmission network or an identification number of the at least one RF receiver receiving the other information for transmission to the at least one of the plurality of the destination processors and transferring the other information to the at least one of the plurality of the destination processors; and wherein

the interface receiving the other information originating from the one additional processor and the address or identification number adds RF network information used by the RF information transmission network during transmission of the other information to the at least one destination processor.

**62**

52. A system in accordance with claim 19 further comprising:

at least one additional processor, each additional processor being coupled to at least one interface, one of the at least one additional processor originating other information from outside any electronic mail system for transmission to the at least one of the plurality of destination processors by the RF information transmission network and an address of the at least one of the plurality of destination processors to receive the other information transmitted by the RF information transmission network or an identification number of the at least one RF receiver receiving the other information for transmission to the at least one of the plurality of the destination processors and transferring the other information to the at least one of the plurality of the destination processors; and wherein

the interface receiving the other information originating from the one additional processor and the address or identification number adds RF network information used by the RF information transmission network during transmission of the other information to the at least one destination processor.

53. A system in accordance with claim 20 further comprising:

at least one additional processor, each additional processor being coupled to at least one interface, one of the at least one additional processor originating other information from outside any electronic mail system for transmission to the at least one of the plurality of destination processors by the RF information transmission network and an address of the at least one of the plurality of destination processors to receive the other information transmitted by the RF information transmission network or an identification number of the at least one RF receiver receiving the other information for transmission to the at least one of the plurality of the destination processors and transferring the other information to the at least one of the plurality of the destination processors; and wherein

the interface receiving the other information originating from the one additional processor and the address or identification number adds RF network information used by the RF information transmission network during transmission of the other information to the at least one destination processor.

54. A system in accordance with claim 21 further comprising:

at least one additional processor, each additional processor being coupled to at least one interface, one of the at least one additional processor originating other information from outside any electronic mail system for transmission to the at least one of the plurality of destination processors by the RF information transmission network and an address of the at least one of the plurality of destination processors to receive the other information transmitted by the RF information transmission network or an identification number of the at least one RF receiver receiving the other information for transmission to the at least one of the plurality of the destination processors and transferring the other information to the at least one of the plurality of the destination processors; and wherein

the interface receiving the other information originating from the one additional processor and the address or identification number adds RF network information

5,625,670

**63**

used by the RF information transmission network during transmission of the other information to the at least one destination processor.

55. A system in accordance with claim 22 further comprising:

at least one additional processor, each additional processor being coupled to at least one interface, one of the at least one additional processor originating other information from outside any electronic mail system for transmission to the at least one of the plurality of destination processors by the RF information transmission network and an address of the at least one of the plurality of destination processors to receive the other information transmitted by the RF information transmission network or an identification number of the at least one RF receiver receiving the other information for transmission to the at least one of the plurality of the destination processors and transferring the other information to the at least one of the plurality of the destination processors; and wherein

the interface receiving the other information originating from the one additional processor and the address or identification number adds RF network information used by the RF information transmission network during transmission of the other information to the at least one destination processor.

56. A system in accordance with claim 23 further comprising:

at least one additional processor with each additional processor being coupled to at least one interface, one of the at least one additional processor originating other information from outside any electronic mail system for transmission to the at least one of the plurality of destination processors by the RF information transmission network and an address of the at least one of the plurality of destination processors to receive the other information transmitted by the RF information transmission network or an identification number of the at least one RF receiver receiving the other information for transmission to the at least one of the plurality of the destination processors and transferring the other information to the at least one of the plurality of the destination processors; and wherein

the interface receiving the other information originating from the one additional processor and the address or identification number adds RF network information used by the RF information transmission network during transmission of the other information to the at least one destination processor.

57. A method for transmitting information from one of a plurality of originating processors contained in an electronic mail system to at least one of a plurality of destination processors contained in an electronic mail system with the information including originated information originating from one of the plurality of originating processors and being transmitted by an RF information transmission network to at least one of the plurality of destination processors and other originated information originating from one of the originating processors is transmitted with the electronic mail system without using the RF information transmission network to at least one of the destination processors comprising:

connecting the electronic mail system containing the plurality of originating processors to the RF information transmission network with one of at least one interface;

transmitting the originated information in association with an address of the one interface from the one of the

**64**

plurality of originating processors to the one interface with the electronic mail system responding to the address of the one interface to direct the originated information from the one of the plurality of originating processors to the one interface; and

transmitting the originated information from the one of the at least one interface to the RF information transmission network with an address of the at least one of the plurality of destination processors to receive the originated information being added at the originating processor originating the originated information, or by either the electronic mail system that contains the plurality of originating processors or the one interface.

58. A method in accordance with claim 57 wherein:

the electronic mail system containing the plurality of destination processors is the same electronic mail system containing the plurality of originating processors.

59. A method in accordance with claim 57 wherein:

the electronic mail system containing the plurality of destination processors is a different electronic mail system than the electronic mail system containing the plurality of originating processors.

60. A method in accordance with claim 57 wherein:

the RF information network comprises at least one RF receiver; and

each RF receiver transfers the originated information to a different one of the plurality of destination processors.

61. A method in accordance with claim 60 wherein:

the address of each destination processor receiving the originated information is an identification number of a different RF receiver in the RF information transmission network; and

the one interface stores the originated information, assembles the originated information with originated information received from a plurality of the originating processors into a packet and transmits the packet to the RF information transmission network.

62. A method in accordance with claim 57 wherein:

the electronic mail system transmitting the other originated information between the one of the plurality of originating processors and the at least one of the plurality of destination processors is one of either a public or private switch telephone network with the at least one of the plurality of destination processors being addressed during transmission of the other originated information to the at least one of the plurality of destination processors when using the public or private switch telephone network with a different address than the address used during transmission of the originated information to the at least one of the plurality of destination processors by the RF information transmission network.

63. A method in accordance with claim 61 wherein:

the RF information transmission network comprises a RF information transmission network switch; and

the RF information transmission network switch receiving the packet from the one interface disassembles the packet into disassembled information including the originated information and the identification number of the at least one RF receiver in the RF information network; and

the RF information transmission network transmits the originated information and the identification number from the RF information transmission network switch to another RF information transmission network switch

5,625,670

65

in the RF information transmission network storing a
file containing the identification number and any des-
tination of the at least one RF receiver in the RF
information transmission network to which the origi-
nated information and identification number is to be
transmitted by the RF information transmission net-
work and adds any destination of the at least one RF
receiver stored in the file containing the identification
number to the originated information and the RF infor-
mation transmission network in response to any added
destination transmits the originated information and
identification number to any destination of the at least
one RF receiver for RF broadcast to the at least one RF
receiver.

64. A method in accordance with claim 60 wherein:
the transfer of the originated information from each RF
receiver to the different one of the plurality of desti-
nation processors occurs under control of a program
stored by one of the electronic mail system and makes the originated
information accessible to application programs stored
within the one of the plurality of destination processors
of the electronic mail system.

65. A method in accordance with claim 57 further com-
prising:
a host computer, a telephone network and a gateway
switch; and
the transmission of the originated information between
the one of the plurality of originated processors and the
interface is through the host computer, the telephone
network and the gateway switch.

66. A method in accordance with claim 57 further com-
prising:
a private automatic branch exchange, a telephone network
and a gateway switch; and
the transmission of the originated information between
the one of the plurality of originating processors and
the interface is through the private automatic branch
exchange, the telephone network and the gateway
switch.

67. A method in accordance with claim 57 further com-
prising:
a local area network, a telephone network and a gateway
switch; and
the transmission of the originated information between
the one of the plurality of originating processors and
the interface is through the local area network, the
telephone network and the gateway switch.

68. A method in accordance with claim 57 further com-
prising:
a modem, a telephone network and a gateway switch; and
the transmission of the originated information between
the one of the plurality of originating processors and
the interface is through the modem, the telephone
network and the gateway switch.

69. A method in accordance with claim 57 wherein:
the electronic mail system containing the plurality of
originating processors comprises a private automatic
branch exchange.

70. A method in accordance with claim 57 wherein:
the electronic mail system containing the plurality of
originating processors comprises a local area network.

71. A method in accordance with claim 57 wherein:
the electronic mail system containing the plurality of
originating processors comprises at least one gateway
switch.

66

72. A method in accordance with claim 71 wherein:
the electronic mail system containing the plurality of
originating processors further comprises a telephone
network.

73. A method in accordance with claim 72 wherein:
the telephone network is a public switch telephone net-
work.

74. A method in accordance with claim 57 wherein:
the electronic mail system containing the plurality of
originating processors comprises a host central pro-
cessing unit.

75. A method in accordance with claim 57 wherein:
the one interface removes from the originated information
information added by the electronic mail system con-
taining the plurality or originating processors and adds
information, used by the RF information transmission
network during transmission of the originated informa-
tion through the RF information transmission network
to at least one RF receiver in the RF information
transmission network, to the originated information.

76. A method in accordance with claim 60 wherein:
each RF receiver signals the one of the plurality of
destination processors on a transmission medium of the
one of the plurality of destination processors used for
transmission of information by the one of the plurality
of destination processors that received originated infor-
mation is stored within a memory of each RF receiver;
the one of the plurality of destination processors controls
the transfer of the stored originated information from
the memory of each receiver to a memory of the one of
the plurality of destination processors on the transmis-
sion medium with a control program stored by the one
of the plurality of destination processors; and
the one of the plurality of destination processors processes
the originated information stored in the memory of the
one of the plurality of destination processors with an
application program stored in the memory of the one of
the plurality of destination processors.

77. A method in accordance with claim 76 wherein:
the originated information is transferred from each
receiver to the one of the plurality of destination
processors on the transmission medium upon connec-
tion of each receiver to the one of the plurality of
destination processors.

78. A method in accordance with claim 77 wherein:
the one of the plurality of destination processors is turned
off when the originated information is received by each
RF receiver.

79. A method in accordance with claim 77 wherein:
the transmission medium is a serial transmission medium.

80. A method in accordance with claim 58 wherein:
the RF information network comprises at least one RF
receiver; and
each RF receiver transfers the originated information to a
different one of the plurality of destination processors.

81. A method in accordance with claim 80 wherein:
the address of each destination processor receiving the
originated information is an identification number of a
different RF receiver in the RF information transmis-
sion network; and
the one interface stores the originated information,
assembles the originated information with originated
information received from a plurality of the originating
processors into a packet and transmits the packet to the
RF information transmission network.

82. A method in accordance with claim 80 wherein:

the electronic mail system transmitting the other origi-nated information between the one of the plurality of originating processors and the at least one of the plurality of destination processors is one of either a public or private switch telephone network with the at least one of the plurality of destination processors being addressed during transmission of the other originated information to the at least one of the plurality of destination processors when using the public or private switch telephone network with a different address than the address used during transmission of the originated information to the at least one of the plurality of destination processors by the RF information transmis-sion network.

83. A method in accordance with claim 25 wherein:

the RF information transmission network comprises a RF information transmission network switch, the RF infor-mation transmission network switch receiving the packet from the one interface disassembles the packet into disassembled information including the originated information and the identification number of the at least one RF receiver in the RF information network; and

the RF information transmission network transmits the originated information and the identification number from the RF information transmission network switch to another RF information transmission network switch in the RF information transmission network storing a file containing the identification number and any des-tination of the at least one RF receiver in the RF information transmission network to which the origi-nated information and identification number is to be transmitted by the RF information transmission net-work and adds any destination of the at least one RF receiver stored in the file containing the identification number to the originated information and the RF infor-mation transmission network in response to any added destination transmits the originated information and identification number to any destination of the at least one RF receiver for RF broadcast to the at least one RF receiver.

84. A method in accordance with claim 80 wherein:

the transfer of the originated information from each RF receiver to the different one of the plurality of desti-nation processors occurs under control of a program stored by the one of the plurality of destination pro-cessors of the electronic mail system and makes the originated information accessible to application pro-grams stored within the one of the plurality of desti-nation processors of the electronic mail system.

85. A method in accordance with claim 58 wherein:

the one interface removes from the originated information information added by the electronic mail system con-taining the plurality of originating processors and adds information, used by the RF information transmission network during transmission of the originated informa-tion through the RF information transmission network to the at least one RF receiver in the RF information transmission network, to the originated information.

86. A method in accordance with claim 85 wherein:

each RF receiver signals the one of the plurality of destination processors on a transmission medium of the one of the plurality of destination processors used for transmission by the one of the plurality of destination processors that received originated infor-mation is stored within a memory of each RF receiver;

the one of the plurality of destination processors controls the transfer of the stored originated information from the memory of each receiver to a memory of the one of the plurality of destination processors on the transmis-sion medium with a control program stored by the one of the plurality of destination processors; and

the one of the plurality of destination processors processes the originated information stored in the memory of the one of the plurality of destination processors with an application program stored in the memory of the one of the plurality of destination processors.

87. A method in accordance with claim 85 wherein:

the originated information is transferred from each receiver to the one of the plurality of destination processors on the transmission medium upon connec-tion of each receiver to the one of the plurality of destination processors.

88. A method in accordance with claim 87 wherein:

the one of the plurality of destination processors is turned off when the originated information is received by each RF receiver.

89. A method in accordance with claim 85 wherein:

the transmission medium is a serial transmission medium.

90. A method in accordance with claim 59 wherein:

the RF information network comprises at least one RF receiver; and

each RF receiver transfers the originated information to a different one of the plurality of destination processors.

91. A method in accordance with claim 90 wherein:

the address of each destination processor receiving the originated information is an identification number of a different RF receiver in the RF information transmis-sion network; and

the one interface stores the originated information, assembles the originated information with originated information received from a plurality of originating processors into a packet and transmits the packet to the RF information transmission network.

92. A method in accordance with claim 90 wherein:

the electronic mail system transmitting the other origi-nated information between the one of the plurality of originating processors and the at least one of the plurality of destination processors is one of either a public or private switch telephone network with the at least one of the plurality of destination processors being addressed during transmission of the other originated information to the at least one of the plurality of destination processors when using the public or private switch telephone network with a different address than the address used during transmission of the originated information to the at least one of the plurality of destination processors by the RF information transmis-sion network.

93. A method in accordance with claim 91 wherein:

the RF information transmission network comprises a RF information transmission network switch; and

the RF information transmission network switch receiv-ing the packet from the one interface disassembles the packet into disassembled information including the originated information and the identification number of the at least one RF receiver in the RF information network; and wherein

the RF information transmission network transmits the originated information and the identification number from the RF information transmission network switch

5,625,670

69

to another RF information transmission network switch in the RF information transmission network storing a file containing the identification number and any destination of the at least one RF receiver in the RF information transmission network to which the originated information and identification number is to be transmitted by the RF information transmission network and adds any destination of the at least one RF receiver stored in the file containing the identification number to the originated information and the RF information transmission network in response to any added destination transmits the originated information and identification number to any destination of the at least one RF receiver for RF broadcast to the at least one RF receiver.

94. A method in accordance with claim 90 wherein:
the transfer of the originated information from each RF receiver to the different one of the plurality of destination processors occurs under control of a program stored by the one of the plurality of destination processors of the electronic mail system and makes the originated information accessible to application programs stored within the one of the plurality of destination processors of the electronic mail system.

95. A method in accordance with claim 90 wherein:
the one interface removes from the originated information information added by the electronic mail system containing the plurality of originating processors and adds information, used by the RF information transmission network during transmission of the originated information through the RF information transmission network to the at least one RF receiver in the RF information transmission network, to the originated information.

96. A method in accordance with claim 90 wherein:
each RF receiver signals the one of the plurality of destination processors on a transmission medium of the one of the plurality of destination processors used for transmission of information by the one of the plurality of destination processors that received originated information is stored within a memory of each RF receiver;
the one of the plurality of destination processors controls the transfer of the stored originated information from the memory of each receiver to a memory of the one of the plurality of destination processors on the transmission medium with a control program stored by the one of the plurality of destination processors; and
the one of the plurality of destination processors processes the originated information stored in the memory of the one of the plurality of destination processors with an application program stored in the memory of the one of the plurality of destination processors.

97. A method in accordance with claim 96 wherein:
the originated information is transferred from the receiver to the one of the plurality of destination processors on the transmission medium upon connection of the receiver to the one of the plurality of destination processors.

98. A method in accordance with claim 91 wherein:
the one of the plurality of destination processors is turned off when the originated information is received by each RF receiver.

99. A method in accordance with claim 90 wherein:
the transmission medium is a serial transmission medium.

100. A method in accordance with claim 57 further comprising:
at least one additional processor with each additional processor being coupled to at least one interface; and

70

one of the at least one additional processor originating other information from outside any electronic mail system for transmission to the at least one of the plurality of destination processors by the RF information transmission network and an address of the at least one of the plurality of destination processors to receive the other information transmitted by the RF information transmission network or an identification number of at least one RF receiver receiving the other information for transmission to the at least one of the plurality of the destination processors and transferring the other information to the at least one of the plurality of the destination processors; and
the interface receiving the other information originating from the one additional processor and the address or identification number adds RF network information used by the RF information transmission network during transmission of the other information to the at least one destination processor.

101. A method in accordance with claim 58 further comprising:
at least one additional processor with each additional processor being coupled to at least one interface; and
one of the at least one additional processor originating other information from outside any electronic mail system for transmission to the at least one of the plurality of destination processors by the RF information transmission network and an address of the at least one of the plurality of destination processors to receive the other information transmitted by the RF information transmission network or an identification number of at least one RF receiver receiving the other information for transmission to the at least one of the plurality of the destination processors and transferring the other information to the at least one of the plurality of the destination processors; and
the interface receiving the other information originating from the one additional processor and the address or identification number adds RF network information used by the RF information transmission network during transmission of the other information to the at least one destination processor.

102. A method in accordance with claim 59 further comprising:
at least one additional processor with each additional processor being coupled to at least one interface; and
one of the at least one additional processor originating other information from outside any electronic mail system for transmission to the at least one of the plurality of destination processors by the RF information transmission network and an address of the at least one of the plurality of destination processors to receive the other information transmitted by the RF information transmission network or an identification number of at least one RF receiver receiving the other information for transmission to the at least one of the plurality of the destination processors and transferring the other information to the at least one of the plurality of the destination processors; and
the interface receiving the other information originating from the one additional processor and the address or identification number adds RF network information used by the RF information transmission network during transmission of the other information to the at least one destination processor.

103. A method in accordance with claim 60 further comprising:

5,625,670

71

at least one additional processor with each additional processor being coupled to at least one interface; and

one of the at least one additional processor originating other information from outside any electronic mail system for transmission to the at least one of the plurality of destination processors by the RF information transmission network and an address of the at least one of the plurality of destination processors to receive the other information transmitted by the RF information transmission network or an identification number of the at least one RF receiver receiving the other information for transmission to the at least one of the plurality of the destination processors and transferring the other information to the at least one of the plurality of the destination processors; and

the interface receiving the other information originating from the one additional processor and the address or identification number adds RF network information used by the RF information transmission network during transmission of the other information to the at least one destination processor.

104. A method in accordance with claim 61 further comprising:

at least one additional processor with each additional processor being coupled to at least one interface; and

one of the at least one additional processor originating other information from outside any electronic mail system for transmission to the at least one of the plurality of destination processors by the RF information transmission network and an address of the at least one of the plurality of destination processors to receive the other information transmitted by the RF information transmission network or an identification number of the at least one RF receiver receiving the other information for transmission to the at least one of the plurality of the destination processors and transferring the other information to the at least one of the plurality of the destination processors; and

the interface receiving the other information originating from the one additional processor and the address or identification number adds RF network information used by the RF information transmission network during transmission of the other information to the at least one destination processor.

105. A method in accordance with claim 78 further comprising:

at least one additional processor with each additional processor being coupled to at least one interface; and

one of the at least one additional processor originating other information from outside any electronic mail system for transmission to the at least one of the plurality of destination processors by the RF information transmission network and an address of the at least one of the plurality of destination processors to receive the other information transmitted by the RF information transmission network or an identification number of the at least one RF receiver receiving the other information for transmission to the at least one of the plurality of the destination processors and transferring the other information to the at least one of the plurality of the destination processors; and

the interface receiving the other information originating from the one additional processor and the address or identification number adds RF network information used by the RF information transmission network during transmission of the other information to the at least one destination processor.

72

106. A method in accordance with claim 63 further comprising:

at least one additional processor, each additional processor being coupled to at least one interface, one of the at least one additional processor originating other information from outside any electronic mail system for transmission to the at least one of the plurality of destination processors by the RF information transmission network and an address of the at least one of the plurality of destination processors to receive the other information transmitted by the RF information transmission network or an identification number of the at least one RF receiver receiving the other information for transmission to the at least one of the plurality of the destination processors and transferring the other information to the at least one of the plurality of the destination processors; and wherein

the interface receiving the other information originating from the one additional processor and the address or identification number adds RF network information used by the RF information transmission network during transmission of the other information to the at least one destination processor.

107. A method in accordance with claim 64 further comprising:

at least one additional processor with each additional processor being coupled to at least one interface; and

one of the at least one additional processor originating other information from outside any electronic mail system for transmission to the at least one of the plurality of destination processors by the RF information transmission network and an address of the at least one of the plurality of destination processors to receive the other information transmitted by the RF information transmission network or an identification number of the at least one RF receiver receiving the other information for transmission to the at least one of the plurality of the destination processors and transferring the other information to the at least one of the plurality of the destination processors; and

the interface receiving the other information originating from the one additional processor and the address or identification number adds RF network information used by the RF information transmission network during transmission of the other information to the at least one destination processor.

108. A method in accordance with claim 75 further comprising:

at least one additional processor with each additional processor being coupled to at least one interface; and

one of the at least one additional processor originating other information from outside any electronic mail system for transmission to the at least one of the plurality of destination processors by the RF information transmission network and an address of the at least one of the plurality of destination processors to receive the other information transmitted by the RF information transmission network or an identification number of the at least one RF receiver receiving the other information for transmission to the at least one of the plurality of the destination processors and transferring the other information to the at least one of the plurality of the destination processors; and

the interface receiving the other information originating from the one additional processor and the address or identification number adds RF network information

5,625,670

73

used by the RF information transmission network during transmission of the other information to the at least one destination processor.

109. A method in accordance with claim 76 further comprising:

at least one additional processor with each additional processor being coupled to at least one interface; and

one of the at least one additional processor originating other information from outside any electronic mail system for transmission to the at least one of the plurality of destination processors by the RF information transmission network and an address of the at least one of the plurality of destination processors to receive the other information transmitted by the RF information transmission network or an identification number of the at least one RF receiver receiving the other information for transmission to the at least one of the plurality of the destination processors and transferring the other information to the at least one of the plurality of the destination processors; and

the interface receiving the other information originating from the one additional processor and the address or identification number adds RF network information used by the RF information transmission network during transmission of the other information to the at least one destination processor.

110. A method in accordance with claim 77 further comprising:

at least one additional processor with each additional processor being coupled to at least one interface; and

one of the at least one additional processor originating other information from outside any electronic mail system for transmission to the at least one of the plurality of destination processors by the RF information transmission network and an address of the at least one of the plurality of destination processors to receive the other information transmitted by the RF information transmission network or an identification number of the at least one RF receiver receiving the other information for transmission to the at least one of the plurality of the destination processors and transferring the other information to the at least one of the plurality of the destination processors; and

the interface receiving the other information originating from the one additional processor and the address or identification number adds RF network information used by the RF information transmission network during transmission of the other information to the at least one destination processor.

111. A method in accordance with claim 77 further comprising:

at least one additional processor with each additional processor being coupled to at least one interface; and

one of the at least one additional processor originating other information from outside any electronic mail system for transmission to the at least one of the plurality of destination processors by the RF information transmission network and an address of the at least one of the plurality of destination processors to receive the other information transmitted by the RF information transmission network or an identification number of the at least one RF receiver receiving the other information for transmission to the at least one of the plurality of the destination processors and transferring the other information to the at least one of the plurality of the destination processors; and

74

the interface receiving the other information originating from the one additional processor and the address or identification number adds RF network information used by the RF information transmission network during transmission of the other information to the at least one destination processor.

112. A method in accordance with claim 105 further comprising:

at least one additional processor with each additional processor being coupled to at least one interface; and

one of the at least one additional processor originating other information from outside any electronic mail system for transmission to the at least one of the plurality of destination processors by the RF information transmission network and an address of the at least one of the plurality of destination processors to receive the other information transmitted by the RF information transmission network or an identification number of the at least one RF receiver receiving the other information for transmission to the at least one of the plurality of the destination processors and transferring the other information to the at least one of the plurality of the destination processors; and

the interface receiving the other information originating from the one additional processor and the address or identification number adds RF network information used by the RF information transmission network during transmission of the other information to the at least one destination processor.

113. A system for transmitting originated information from one of a plurality of originating processors contained in an electronic mail system to at least one RF receiver with the originated information originating from one of the plurality of originating processors and being transmitted by an RF information transmission network to the at least one RF receiver and for transmitting other originated information originating from one of the originating processors and being transmitted with the electronic mail system without using the RF information transmission network to at least one of a plurality of destination processors comprising:

at least one interface, one of the at least one interface connecting the electronic mail system containing the plurality of originating processors to the RF information transmission network; and wherein

the originated information is transmitted in association with an address of the one interface from the one of the plurality of originating processors to the one interface with the electronic mail system responding to the address of the one interface to direct the originated information from the one of the plurality of originating processors to the one interface; and

the originated information is transmitted from the one of the at least one interface to the RF information transmission network with an address of the at least one RF receiver to receive the originated information being added at the originating processor originating the originated information, or by either the electronic mail system that contains the plurality of originating processors or the one interface.

114. A system in accordance with claim 113 wherein:

one of the plurality of destination processors is coupled to one of the at least one RF receiver and receives the originated information.

115. A system in accordance with claim 113 wherein:

the electronic mail system containing the plurality of destination processors is the same electronic mail system containing the plurality of originating processors.

5,625,670

75

116. A system in accordance with claim 113 wherein:
the electronic mail system containing the plurality of destination processors is a different electronic mail system than the electronic mail system containing the plurality of originating processors.

117. A system in accordance with claim 113 wherein:
the one interface stores the originated information, assembles the originated information with originated information received from a plurality of the originating processors into a packet and transmits the packet to the RF transmission network.

118. A system in accordance with claim 113 wherein:
the electronic mail system transmitting the other originated information between the one of the plurality of originating processors and the at least one of the plurality of destination processors uses one of either a public or private switch telephone network with the at least one of the plurality of destination processors being addressed during transmission of the other originated information to the at least one of the plurality of destination processors when using the public or private switch telephone network with a different than the address used during transmission of the originated information to the at least one RF receiver by the RF information transmission network.

119. A method for transmitting originated information from one of a plurality of originating processors contained in an electronic mail system to at least one RF receiver with the originated information originating from one of the plurality of originating processors and being transmitted by an RF information transmission network to the at least one RF receiver and for transmitting other originated information originating from one of the originating processors with the electronic mail system without using the RF information transmission network to at least one of a plurality of destination processors comprising:
connecting the electronic mail system containing the plurality of originating processors to the RF information transmission network with one of at least one interface;
transmitting the originated information in association with an address of the one interface from the one of the plurality of originating processors to the one interface with the electronic mail system responding to the address of the one interface to direct the originated information from the one of the plurality of originating processors to the one interface; and
transmitting the originated information from the one of the at least one interface to the RF information transmission network with an address of the at least one RF receiver to receive the originated information being added at the originating processor originating the originated information, or by either the electronic mail system that contains the plurality of originating processors or the one interface.

120. A method in accordance with claim 119 further comprising:
one of the at least one RF receiver transmits the originated information to one of the plurality of destination processors.

121. A method in accordance with claim 119 wherein:
the electronic mail system containing the plurality of destination processors is the same electronic mail system containing the plurality of originating processors.

122. A method in accordance with claim 119 wherein:
the electronic mail system containing the plurality of destination processors is a different electronic mail

76

system than the electronic mail system containing the plurality of originating processors.

123. A method in accordance with claim 119 wherein:
the one interface stores the originated information, assembles the originated information with originated information received from a plurality of the originating processors into a packet and transmits the packet to the RF transmission network.

124. A method in accordance with claim 119 wherein:
the wireline transmitting the other originated information between the one of the plurality of originating processors and the at least one of the plurality of destination processors uses one of either a public or private switch telephone network with the at least one of the plurality of destination processors being addressed during transmission of the other originated information to the at least one of the plurality of destination processors when using the public or private switch telephone network with a different address than the address used during transmission of the originated information to the at least one RF receiver by the RF information transmission network.

125. A system for transmitting originated information from one of a plurality of originating processors contained in an electronic mail system to at least one RF receiver with the originated information originating from one of the plurality of originating processors and being transmitted by an RF information transmission network to the at least one RF receiver and for transmitting other originated information originating from one of the originating processors with the electronic mail system without using the RF information transmission network to at least one of a plurality of destination processors comprising:
at least one interface, one of the at least one interface connecting the electronic mail system containing the plurality of originating processors to the RF information transmission network; and wherein
the originated information is transmitted in association with an address of the one interface from the one of the plurality of originating processors to the one interface with the electronic mail system responding to the address of the one interface to direct the originated information from the one of the plurality of originating processors to the one interface; and
an address of the at least one RF receiver to which the originated information is transmitted by the RF transmission network is inputted to the system before transmission of the originated information by the RF information transmission network to the at least one RF receiver and the RF information transmission system responding to the address of the at least one RF receiver to provide transmission of the originated information through the RF information transmission system to the at least one RF receiver.

126. A system in accordance with claim 125 wherein:
one of the plurality of destination processors is coupled to one of the at least one RF receiver and receives the originated information.

127. A system in accordance with claim 125 wherein:
the electronic mail system containing the plurality of destination processors is the same electronic mail system containing the plurality of originating processors.

128. A system in accordance with claim 125 wherein:
the electronic mail system containing the plurality of destination processors is a different electronic mail system than the electronic mail system containing the plurality of originating processors.

5,625,670

## 77

**129.** A system in accordance with claim 122 wherein:

the one interface stores the originated information, assembles the originated information with originated information received from a plurality of the originating processors into a packet and transmits the packet to the RF transmission network.

**130.** A system in accordance with claim 122 wherein:

the electronic mail system transmitting the other originated information between the one of the plurality of originating processors and the at least one of the plurality of destination processors uses one of either a public or private switch telephone network with the at least one of the plurality of destination processors being addressed during transmission of the other originated information to the at least one of the plurality of destination processors when using the public or private switch telephone network with a different address than the address used during transmission of the originated information to the at least one RF receiver by the RF information transmission network.

**131.** A method for transmitting originated information from one of a plurality of originating processors contained in an electronic mail system to at least one RF receiver with the originated information originating from one of the plurality of originating processors and being transmitted by an RF information transmission network to the at least one RF receiver and for transmitting other originated information originating from one of the originating processors with the electronic mail system without using the RF information transmission network to at least one of a plurality of destination processors comprising:

connecting the electronic mail system containing the plurality of originating processors to the RF information transmission network with one of at least one interface; and

transmitting the originated information in association with an address of the one interface from the one of the plurality of originating processors to the one interface with the electronic mail system responding to the address of the one interface to direct the originated information from the one of the plurality of originating processors to the one interface; and

inputting an address of the at least one RF receiver to which the originated information is transmitted by the RF transmission network before transmission of the originated information by the RF information transmission network to the at least one RF receiver and the RF information transmission system responding to the address of the at least one RF receiver to provide transmission of the originated information from the one interface through the RF information transmission network to the at least one RF receiver.

**132.** A method in accordance with claim 131 further comprising:

one of the at least on RF receiver transmits the originated information to one of the plurality of destination processors.

**133.** A method in accordance with claim 131 wherein:

the electronic mail system containing the plurality of destination processors is the same electronic mail system containing the plurality of originating processors.

**134.** A method in accordance with claim 131 wherein:

the electronic mail system containing the plurality of destination processors is a different electronic mail system than the electronic mail system containing the plurality of originating processors.

## 78

**135.** A method in accordance with claim 131 wherein:

the one interface stores the originated information, assembles the originated information with originated information received from a plurality of the originating processors into a packet and transmit the packet to the RF transmission network.

**136.** A method in accordance with claim 131 wherein:

the electronic mail system transmitting the other originated information between the one of the plurality of originating processors and the at least one of the plurality of destination processors uses one of either a public or private switch telephone network with the at least one of the plurality of destination processors being addressed during transmission of the other originated information to the at least one of the plurality of destination processors when using the public or private switch telephone network with a different address than the address used during transmission of the originated information to the at least one RF receiver by the RF information transmission network.

**137.** A system in accordance with claim 113 wherein:

the one interface removes from the originated information information added by the electronic mail system containing the plurality of originating processors and adds information, used by the RF information transmission network during transmission of the originated information through the RF information transmission network to the at least one RF receiver in the RF information transmission network, to the originated information.

**138.** A system in accordance with claim 113 wherein:

the RF information transmission network comprises a RF information transmission network switch which receives the originated information; and

the RF information transmission network transmits the originated information including an identification number of the at least one RF receiver from the RF information transmission network switch to another RF transmission network switch at a destination of the at least one RF receiver in the RF information transmission network to which the originated information and the identification number is to be transmitted by the RF information transmission network and transmits the originated information and the identification number to the at least one RF receiver by RF broadcast to the at least one RF receiver.

**139.** A system in accordance with claim 137 wherein:

the RF information transmission network comprises a RF information transmission network switch which receives the originated information; and

the RF information transmission network transmits the originated information including an identification number of the at least one RF receiver from the RF information transmission network switch to another RF transmission network switch at a destination of the at least one RF receiver in the RF information transmission network to which the originated information and the identification number is to be transmitted by the RF information transmission network and transmits the originated information and the identification number to the at least one RF receiver by RF broadcast to the at least one RF receiver.

**140.** A system in accordance with claim 117 wherein:

the one interface switch removes from the originated information information added by the electronic mail system containing the plurality of originating processors and adds information, used by the RF information

5,625,670

79

transmission network during transmission of the origi-
nated information through the RF information trans-
mission network to the at least one RF receiver in the
RF information transmission network, to the originated
information.

141. A system in accordance with claim 117 wherein:
the RF information transmission network comprises a RF
information transmission network switch which
receives the originated information; and
the RF information transmission network transmits the
originated information including an identification num-
ber of the at least one RF receiver from the RF
information transmission network switch to another RF
transmission network switch at a destination of the at
least one RF receiver in the RF information transmis-
sion network to which the originated information and
the identification number is to be transmitted by the RF
information transmission network and transmits the
originated information and the identification number to
the at least one RF receiver by RF broadcast to the at
least one RF receiver.

142. A system in accordance with claim 140 wherein:
the RF information transmission network comprises a RF
information transmission network switch which
receives the originated information; and
the RF information transmission network transmits the
originated information including an identification num-
ber of the at least one RF receiver from the RF
information transmission network switch to another RF
transmission network switch at a destination of the at
least one RF receiver in the RF information transmis-
sion network to which the originated information and
the identification number is to be transmitted by the RF
information transmission network and transmits the
originated information and the identification number to
the at least one RF receiver by RF broadcast to the at
least one RF receiver.

143. A system in accordance with claim 118 wherein:
the one interface removes from the originated information
information added by the electronic mail system con-
taining the plurality of originating processors and adds
information, used by the RF information transmission
network during transmission of the originated informa-
tion through the RF information transmission network
to the at least one RF receiver in the RF information
transmission network, to the originated information.

144. A system in accordance with claim 118 wherein:
the RF information transmission network comprises a RF
information transmission network switch which
receives the originated information; and
the RF information transmission network transmits the
originated information including an identification num-
ber of the at least one RF receiver from the RF
information transmission network switch to another RF
transmission network switch at a destination of the at
least one RF receiver in the RF information transmis-
sion network to which the originated information and
the identification number is to be transmitted by the RF
information transmission network and transmits the
originated information and the identification number to
the at least one RF receiver by RF broadcast to the at
least one RF receiver.

145. A system in accordance with claim 143 wherein:
the RF information transmission network comprises a RF
information transmission network switch which
receives the originated information; and

80

the RF information transmission network transmits the
originated information including an identification num-
ber of the at least one RF receiver from the RF
information transmission network switch to another RF
transmission network switch at a destination of the at
least one RF receiver in the RF information transmis-
sion network to which the originated information and
the identification number is to be transmitted by the RF
information transmission network and transmits the
originated information and the identification number to
the at least one RF receiver by RF broadcast to the at
least one RF receiver.

146. A method in accordance with claim 119 wherein:
the one interface removes from the originated information
information added by the electronic mail system con-
taining the plurality of originating processors and adds
information, used by the RF information transmission
network during transmission of the originated informa-
tion through the RF information transmission network
to the at least one RF receiver in the RF information
transmission network, to the originated information.

147. A method in accordance with claim 119 wherein:
the RF information transmission network comprises a RF
information transmission network switch which
receives the originated information; and
the RF information transmission network transmits the
originated information including an identification num-
ber of the at least one RF receiver from the RF
information transmission network switch to another RF
transmission network switch at a destination of the at
least one RF receiver in the RF information transmis-
sion network to which the originated information and
the identification number is to be transmitted by the RF
information transmission network and transmits the
originated information and the identification number to
the at least one RF receiver by RF broadcast to the at
least one RF receiver.

148. A method in accordance with claim 146 wherein:
the RF information transmission network comprises a RF
information transmission network switch which
receives the originated information; and
the RF information transmission network transmits the
originated information including an identification num-
ber of the at least one RF receiver from the RF
information transmission network switch to another RF
transmission network switch at a destination of the at
least one RF receiver in the RF information transmis-
sion network to which the originated information and
the identification number is to be transmitted by the RF
information transmission network and transmits the
originated information and the identification number to
the at least one RF receiver by RF broadcast to the at
least one RF receiver.

149. A method in accordance with claim 123 wherein:
the one interface removes from the originated information
information added by the electronic mail system con-
taining the plurality of originating processors and adds
information, used by the RF information transmission
network during transmission of the originated informa-
tion through the RF information transmission network
to the at least one RF receiver in the RF information
transmission network, to the originated information.

150. A method in accordance with claim 123 wherein:
the RF information transmission network comprises a RF
information transmission network switch which
receives the originated information; and

5,625,670

81

the RF information transmission network transmits the originated information including an identification number of the at least one RF receiver from the RF information transmission network switch to another RF transmission network switch at a destination of the at least one RF receiver in the RF information transmission network to which the originated information and the identification number is to be transmitted by the RF information transmission network and transmits the originated information and the identification number to the at least one RF receiver by RF broadcast to the at least one RF receiver.

151. A method in accordance with claim 149 wherein:

the RF information transmission network comprises a RF information transmission network switch which receives the originated information; and

the RF information transmission network transmits the originated information including an identification number of the at least one RF receiver from the RF information transmission network switch to another RF transmission network switch at a destination of the at least one RF receiver in the RF information transmission network to which the originated information and the identification number is to be transmitted by the RF information transmission network and transmits the originated information and the identification number to the at least one RF receiver by RF broadcast to the at least one RF receiver.

152. A method in accordance with claim 124 wherein:

the one interface removes from the originated information information added by the electronic mail system containing the plurality of originating processors and adds information, used by the RF information transmission network during transmission of the originated information through the RF information transmission network switch to the at least one RF receiver in the RF information transmission network, to the originated information.

153. A method in accordance with claim 124 wherein:

the RF information transmission network comprises a RF information transmissin network switch which receives the originated information; and

the RF information transmission network transmits the originated information including an identification number of the at least one RF receiver from the RF information transmission network switch to another RF transmission network switch at a destination of the at least one RF receiver in the RF information transmission network to which the originated information and the identification number is to be transmitted by the RF information transmission network switch and transmits the originated information and the identification number to the at least one RF receiver by RF broadcast to the at least one RF receiver.

154. A method in accordance with claim 152 wherein:

the RF information transmission network comprises a RF information transmission network switch which receives the originated information; and

the RF information transmission network transmits the originated information including an identification number of the at least one RF receiver from the RF information transmission network switch to another RF transmission network switch at a destination of the at least one RF receiver in the RF information transmission network to which the originated information and the identification number is to be transmitted by the RF information transmission network and transmits the

82

originated information and the identification number to the at least one RF receiver by RF broadcast to the at least one RF receiver.

155. A system in accordance with claim 125 wherein:

the one interface removes from the originated information information added by the electronic mail system containing the plurality of originating processors and adds information, used by the RF information transmission network during transmission of the originated information through the RF information transmission network to the at least one RF receiver in the RF information transmission network, to the originated information.

156. A system in accordance with claim 125 wherein:

the RF information transmission network comprises a RF information transmission network switch which receives the originated information; and

the RF information transmission network transmits the originated information including an identification number of the at least one RF receiver from the RF information transmission network switch to another RF transmission network switch at a destination of the at least one RF receiver in the RF information transmission network to which the originated information and the identification number is to be transmitted by the RF information transmission network and transmits the originated information and the identification number to the at least one RF receiver by RF broadcast to the at least one RF receiver.

157. A system in accordance with claim 155 wherein:

the RF information transmission network comprises a RF information transmission network switch which receives the originated information; and

the RF information transmission network transmits the originated information including an identification number of the at least one RF receiver from the RF information transmission network switch to another RF transmission network switch at a destination of the at least one RF receiver in the RF information transmission network to which the originated information and the identification number is to be transmitted by the RF information transmission network and transmits the originated information and the identification number to the at least one RF receiver by RF broadcast to the at least one RF receiver.

158. A system in accordance with claim 129 wherein:

the one interface removes from the originated information information added by the electronic mail system containing the plurality of originating processors and adds information, used by the RF information transmission network during transmission of the originated information through the RF information transmission network to the at least one RF receiver in the RF information transmission network, to the originated information.

159. A system in accordance with claim 129 wherein:

the RF information transmission network comprises a RF information transmission network switch which receives the originated information; and

the RF information transmission network transmits the originated information including an identification number of the at least one RF receiver from the RF information transmission network switch to another RF transmission network switch at a destination of the at least one RF receiver in the RF information transmission network to which the originated information and the identification number is to be transmitted by the RF information transmission network and transmits the

5,625,670

83

originated information and the identification number to the at least one RF receiver by RF broadcast to the at least one RF receiver.

160. A system in accordance with claim 158 wherein:

the RF information transmission network comprises a RF information transmission network switch which receives the originated information; and

the RF information transmission network transmits the originated information including an identification number of the at least one RF receiver from the RF information transmission network switch to another RF transmission network switch at a destination of the at least one RF receiver in the RF information transmission network to which the originated information and the identification number is to be transmitted by the RF information transmission network and transmits the originated information and the identification number to the at least one RF receiver by RF broadcast to the at least one RF receiver.

161. A system in accordance with claim 130 wherein:

the one interface removes from the originated information information added by the electronic mail system containing the plurality or originating processors and adds information, used by the RF information transmission network during transmission of the originated information through the RF information transmission network to the at least on RF receiver in the RF information transmission network, to the originated information.

162. A system in accordance with claim 130 wherein:

the RF information transmission network comprises a RF information transmission network switch which receives the originated information; and

the RF information transmission network transmits the originated information including an identification number of the at least one RF receiver from the RF information transmission network switch to another RF transmission network switch at a destination of the at least one RF receiver in the RF information transmission network to which the originated information and the identification number is to be transmitted by the RF information transmission network and transmits the originated information and the identification number to the at least one RF receiver by RF broadcast to the at least one RF receiver.

163. A system in accordance with claim 161 wherein:

the RF information transmission network comprises a RF information transmission network switch which receives the originated information; and

the RF information transmission network transmits the originated information including an identification number of the at least one RF receiver from the RF information transmission network switch to another RF transmission network switch at a destination of the at least one RF receiver in the RF information transmission network to which the originated information and the identification number is to be transmitted by the RF information transmission network and transmits the originated information and the identification number to the at least one RF receiver by RF broadcast to the at least one RF receiver.

164. A method in accordance with claim 131 wherein:

the one interface removes from the originated information information added by the electronic mail system containing the plurality of originating processors and adds information, used by the RF information transmission network during transmission of the originated informa-

84

tion through the RF information transmission network to the at least one RF receiver in the RF information transmission network, to the originated information.

165. A method in accordance with claim 131 wherein:

the RF information transmission network comprises a RF information transmission network switch which receives the originated information; and

the RF information transmission network transmits the originated information including an identification number of the at least one RF receiver from the RF information transmission network switch to another RF transmission network switch at a destination of the at least one RF receiver in the RF information transmission network to which the originated information and the identification number is to be transmitted by the RF information transmission network and transmits the originated information and the identification number to the at least one RF receiver by RF broadcast to the at least one RF receiver.

166. A method in accordance with claim 160 wherein:

the RF information transmission network comprises a RF information transmission network switch which receives the originated information; and

the RF information transmission network transmits the originated information including an identification number of the at least one RF receiver from the RF information transmission network switch to another RF transmission network switch at a destination of the at least one RF receiver in the Rf information transmission network to which the originated information and the identification number is to be transmitted by the RF information transmission network and transmits the originated information and the identification number to the at least one RF receiver by RF broadcast to the at least one RF receiver.

167. A method in accordance with claim 135 wherein:

the one interface removes from the originated information information added by the electronic mail system containing the plurality of originating processors and adds information, used by the RF information transmission network during transmission of the originated information through the RF information transmission network to the at least one RF receiver in the RF information transmission network, to the originated information.

168. A method in accordance with claim 135 wherein:

the RF information transmission network comprises a RF information transmission network switch which receives the originated information; and

the RF information transmission network transmits the originated information including an identification number of the at least one RF receiver from the RF information transmission network switch to another RF transmission network switch at a destination of the at least one RF receiver in the RF information transmission network to which the originated information and the identification number is to be transmitted by the RF information transmission network and transmits the originated information and the identification number to the at least one RF receiver by RF broadcast to the at least one RF receiver.

169. A method in accordance with claim 163 wherein:

the RF information transmission network comprises a RF information transmission network switch which receives the originated information; and

the RF information transmission network transmits the originated information including an identification num-

5,625,670

85

ber of the at least one RF receiver from the RF information transmission network switch to another RF transmission network switch at a destination of the at least one RF receiver in the RF information transmission network to which the originated information and the identification number is to be transmitted by the RF information transmission network and transmits the originated information and the identification number to the at least one RF receiver by RF broadcast to the at least one RF receiver.

170. A method in accordance with claim 136 wherein:
the one interface removes from the originated information information added by the electronic mail system containing the plurality of originating processors and adds information, used by the RF information transmission network during transmission of the originated information through the RF information transmission network to the at least one RF receiver in the RF information transmission network, to the originated information.

171. A method in accordance with claim 136 wherein:
the RF information transmission network comprises a RF information transmission network switch which receives the originated information; and
the RF information transmission network transmits the originated information including an identification number of the at least one RF receiver from the RF information transmission network switch to another RF transmission network switch at a destination of the at least one RF receiver in the RF information transmission network to which the originated information and the identification number is to be transmitted by the RF information transmission network and transmits the originated information and the identification number to the at least one RF receiver by RF broadcast to the at least one RF receiver.

172. A method in accordance with claim 170 wherein:
the RF information transmission network comprises a RF information transmission network switch which receives the originated information; and
the RF information transmission network transmits the originated information including an identification number of the at least one RF receiver from the RF information transmission network switch to another RF transmission network switch at a destination of the at least one RF receiver in the RF information transmission network to which the originated information and the identification number is to be transmitted by the RF information transmission network and transmits the originated information and the identification number to the at least one RF receiver by RF broadcast to the at least one RF receiver.

173. A system for transmitting originated information from one of a plurality of originating processors, contained in any one of a plurality of electronic mail systems, to at least one RF receiver with the originated information originating from one of the plurality of originating processors and being transmitted by an RF information transmission network to the at least one RF receiver and for transmitting other originated information originating from one of the originating processors with one of the plurality of electronic mail systems without using the RF information transmission network to at least one of a plurality of destination processors comprising:
at least one interface, one of the at least one interface connecting at least one of the plurality of electronic mail systems containing the plurality of originating processors to the RF information transmission network; and wherein

86

the originated information is transmitted in association with an address of the one interface from the one of the plurality of originating processors to the one interface with the one of the plurality of electronic mail systems responding to the address of the one interface to direct the originated information from the one of the plurality of originating processors to the one interface; and
the originated information is transmitted from the one of the at least one interface to the RF information transmission network with an address of the at least one RF receiver to receive the originated information being added at the originating processor originating the originated information, or by either one of the plurality of electronic mail systems that contains the one of the plurality of originating processors or the one interface.

174. A system in accordance with claim 173 wherein:
one of the plurality of destination processors is coupled to one of the at least one RF receiver and receives the originated information.

175. A system in accordance with claim 173 wherein:
the one interface stores the originated information, assembles the originated information with originated information received from a plurality of the originating processors into a packet and transmits the packet to the RF transmission network.

176. A system in accordance with claim 173 wherein:
the electronic mail system transmitting the other originated information between the one of the plurality of originating processors and the at least one of the plurality of destination processors uses one of either a public or private switch telephone network with the at least one of the plurality of destination processors being addressed during transmission of the other originated information to the at least one of the plurality of destination processors when using the public or private switch telephone network with a different address than the address used during transmission of the originated information to the at least one RF receiver by the RF information transmission network.

177. A method for transmitting originated information from one of a plurality of originating processors, contained in any of a plurality of electronic mail systems, to at least one RF receiver with the originated information originating from one of the plurality of originating processors and being transmitted by an RF information transmission network to the at least one RF receiver and for transmitting other originated information originating from one of the originating processors with one of the plurality of electronic mail systems without using the RF information transmission network to at least one of a plurality of destination processors comprising:
connecting at least one of the plurality of electronic mail systems containing the plurality of originating processors to the RF information transmission network with at least one interface switch; and
transmitting the originated information in association with an address of the one interface from the one of the plurality of originating processors to the one interface with the one of the plurality of electronic mail systems responding to the address of the one interface to direct the originated information from the one of the plurality of originating processors to the one interface; and
transmitting the originated information from one of the at least one interface to the RF information transmission network with an address of the at least one RF receiver to receive the originated information being added at the

5,625,670

87

originating processor originating the originated information, or by either one of the plurality of electronic mail systems that contains the one of the plurality of originating processors or the one interface.

**178.** A method in accordance with claim 177 further comprising:

one of the at least one RF receiver transmits the originated information to one of the plurality of destination processors.

**179.** A method in accordance with claim 177 wherein:

the one interface stores the originated information, assembles the originated information with originated information received from a plurality of the originating processors into a packet and transmits the packet to the RF transmission network.

**180.** A method in accordance with claim 177 wherein:

the electronic mail system transmitting the other originated information between the one of the plurality of originating processors and the at least one of the plurality of destination processors uses one of either a public or private switch telephone network with the at least one of the plurality of destination processors being addressed during transmission of the other originated information to the at least one of the plurality of destination processors when using the public or private switch telephone network with a different address than the address used during transmission of the originated information to the at least one RF receiver by the RF information transmission network.

**181.** A system for transmitting originated information from one of a plurality of originating processors, contained in any one of a plurality of electronic mail systems, to at least one RF receiver with the originated information originating from one of the plurality of originating processors and being transmitted by an RF information transmission network to the at least one RF receiver and for transmitting other originated information originating from one of the originating processors with one of the plurality of electronic mail systems without using the RF information transmission network to at least one of a plurality of destination processors comprising:

at least one interface, one of the at least one interface connecting at least one of the plurality of electronic mail systems containing the plurality of originating processors to the RF information transmission network; and wherein

the originated information is transmitted in association with an address of the one interface from the one of the plurality of originating processors to the one interface with the one of the plurality of electronic mail systems responding to the address of the one interface to direct the originated information from the one of the plurality of originating processors to the one interface; and

an address of the at least one RF receiver to which the originated information is transmitted by the RF transmission network is inputted to the system before transmission of the originated information by the RF information transmission network to the at least one RF receiver and the RF information transmission system responding to the address of the at least one RF receiver to provide transmission of the originated information through the RF information transmission system to the at least one RF receiver.

**182.** A system in accordance with claim 181 wherein:

one of the plurality of destination processors is coupled to one of the at least one RF receiver and receives the originated information.

88

**183.** A system in accordance with claim 181 wherein:

the one interface stores the originated information, assembles the originated information with originated information received from a plurality of the originating processors into a packet and transmits the packet to the RF transmission network.

**184.** A system in accordance with claim 181 wherein:

the electronic mail system transmitting the other originated information between the one of the plurality of originating processors and the at least one of the plurality of destination processors uses one of either a public or private switch telephone network with the at least one of the plurality of destination processors being addressed during transmission of the other originated information to the at least one of the plurality of destination processors when using the public or private switch telephone network with a different address than the address used during transmission of the originated information to the at least one RF receiver by the RF information transmission network.

**185.** A method for transmitting originated information from one of a plurality of originating processors, contained in any one of a plurality of electronic mail systems, to at least one RF receiver with the originated information originating from one of the plurality of originating processors and being transmitted by an RF information transmission network to the at least one RF receiver and for transmitting other originated information originating from one of the originating processors with one of the plurality of electronic mail systems without using the RF information transmission network to at least one of a plurality of destination processors comprising:

connecting at least one of the plurality of electronic mail systems containing the plurality of originating processors to the RF information transmission network with at least one interface; and

transmitting the originated information in association with an address of the one interface from the one of the plurality of originating processors to the one interface with the one of the plurality of electronic mail systems responding to the address of the one interface to direct the originated information from the one of the plurality of originating processors to the one interface; and

inputting an address of the at least one RF receiver to which the originated information is transmitted by the RF transmission network before transmission of the originated information by the RF information transmission network to the at least one RF receiver and the RF information transmission system responding to the address of the at least one RF receiver to provide transmission of the originated information from the one interface through the RF information transmission network to the at least one RF receiver.

**186.** A method in accordance with claim 185 further comprising:

one of the at least one RF receiver transmits the originated information to one of the plurality of destination processors.

**187.** A method in accordance with claim 185 wherein:

the one interface stores the originated information, assembles the originated information with originated information received from a plurality of the originating processors into a packet and transmits the packet to the RF transmission network.

**188.** A method in accordance with claim 185 wherein:

the electronic mail system transmitting the other originated information between the one of the plurality of

5,625,670

| 89 | 90 |

originating processors and the at least one of the plurality of destination processors uses one of either a public or private switch telephone network with the at least one of the plurality of destination processors being addressed during transmission of the other originated information to the at least one of the plurality of destination processors when using the public or private switch telephone network with a different address than the address used during transmission of the originated information to the at least one RF receiver by the RF information transmission network.

189. A system in accordance with claim 173 wherein:
the one interface removes from the originated information information added by the one of the plurality of electronic mail systems containing the one of the plurality of originating processors and adds information, used by the RF information transmission network during transmission of the originated information through the RF information transmission network to the at least one RF receiver in the RF information transmission network, to the originated information.

190. A system in accordance with claim 173 wherein:
the RF information transmission network comprises a RF information transmission network switch which receives the originated information; and
the RF information transmission network transmits the originated information including an identification number of the at least one RF receiver from the RF information transmission network switch to another RF transmission network switch at a destination of the at least one RF receiver in the RF information transmission network to which the originated information and the identification number is to be transmitted by the RF information transmission network and transmits the originated information and the identification number to the at least one RF receiver by RF broadcast to the at least one RF receiver.

191. A system in accordance with claim 189 wherein:
the RF information transmission network comprises a RF information transmission network switch which receives the originated information; and
the RF information transmission network transmits the originated information including an identification number of the at least one RF receiver from the RF information transmission network switch to another RF transmission network switch at a destination of the at least one RF receiver in the RF information transmission network to which the originated information and the identification number is to be transmitted by the RF information transmission network and transmits the originated information and the identification number to the at least one RF receiver by RF broadcast to the at least one RF receiver.

192. A system in accordance with claim 175 wherein:
the one interface removes from the originated information added by one of the plurality of the electronic mail systems containing the one of the plurality of originating processors and adds information, used by the RF information transmission network during transmission of the originated information through the RF information transmission network to the at least one RF receiver in the RF information transmission network, to the originated information.

193. A system in accordance with claim 175 wherein:
the RF information transmission network comprises a RF information transmission network switch which receives the originated information; and

the RF information transmission network transmits the originated information including an identification number of the at least one RF receiver from the RF information transmission network switch to another RF transmission network switch at a destination of the at least one RF receiver in the RF information transmission network to which the originated information and the identification number is to be transmitted by the RF information transmission network and transmits the originated information and the identification number to the at least one RF receiver by RF broadcast to the at least one RF receiver.

194. A system in accordance with claim 192 wherein:
the RF information transmission network comprises a RF information transmission network switch which receives the originated information; and
the RF information transmission network transmits the originated information including an identification number of the at least one RF receiver from the RF information transmission network switch to another RF transmission network switch at a destination of the at least one RF receiver in the RF information transmission network to which the originated information and the identification number is to be transmitted by the RF information transmission network and transmits the originated information and the identification number to the at least one RF receiver by RF broadcast to the at least one RF receiver.

195. A system in accordance with claim 176 wherein:
the one interface removes from the originated information information added by the one of the plurality of electronic mail systems containing the one of the plurality of originating processors and adds information, used by the RF information transmission network during transmission of the originated information through the RF information transmission network to the at least one RF receiver in the RF information transmission network, to the originated information.

196. A system in accordance with claim 176 wherein:
the RF information transmission network comprises a RF information transmission network switch which receives the originated information; and
the RF information transmission network transmits the originated information including an identification number of the at least one RF receiver from the RF information transmission network switch to another RF transmission network switch at a destination of the at least one RF receiver in the RF information transmission network to which the originated information and the identification number is to be transmitted by the RF information transmission network and transmits the originated information and the identification number to the at least one RF receiver by RF broadcast to the at least one RF receiver.

197. A system in accordance with claim 195 wherein:
the RF information transmission network comprises a RF information transmission network switch which receives the originated information; and
the RF information transmission network transmits the originated information including an identification number of the at least one RF receiver from the RF information transmission network switch to another RF transmission network switch at a destination of the at least one RF receiver in the RF information transmission network to which the originated information and the identification number is to be transmitted by the RF

5,625,670

91

information transmission network and transmits the
originated information and the identification number to
the at least one RF receiver by RF broadcast to the at
least one RF receiver.

**198.** A method in accordance with claim 177 wherein:
the one interface removes from the originated information
information added by one of the plurality of the elec-
tronic mail systems containing the one of the plurality
of originating processors and adds information, used by
the RF information transmission network during trans-
mission of the originated information through the RF
information transmission network to the at least one RF
receiver in the RF information transmission network, to
the originated information.

**199.** A method in accordance with claim 177 wherein:
the RF information transmission network comprises a RF
information transmission network switch which
receives the originated information; and

the RF information transmission network transmits the
originated information including an identification num-
ber of the at least one RF receiver from the RF
information transmission network switch to another RF
transmission network switch at a destination of the at
least one RF receiver in the RF information transmis-
sion network to which the originated information and
the identification number is to be transmitted by the RF
information transmission network and transmits the
originated information and the identification number to
the at least one RF receiver by RF broadcast to the at
least one RF receiver.

**200.** A method in accordance with claim 178 wherein:
the RF information transmission network comprises a RF
information transmission network switch which
receives the originated information; and

the RF information transmission network transmits the
originated information including an identification num-
ber of the at least one RF receiver from the RF
information transmission network switch to another RF
transmission network switch at a destination of the at
least one RF receiver in the RF information transmis-
sion network to which the originated information and
the identification number is to be transmitted by the RF
information transmission network and transmits the
originated information and the identification number to
the at least one RF receiver by RF broadcast to the at
least one RF receiver.

**201.** A method in accordance with claim 179 wherein:
the one interface removes from the originated information
information added by the one of the plurality of elec-
tronic mail systems containing the one of the plurality
of originating processors and adds information, used by
the RF information transmission network during trans-
mission of the originated information through the RF
information transmission network to the at least one RF
receiver in the RF information transmission network, to
the originated information.

**202.** A method in accordance with claim 179 wherein:
the RF information transmission network comprises a RF
information transmission network switch which
receives the originated information; and

the RF information transmission network transmits the
originated information including an identification num-
ber of the at least one RF receiver from the RF
information transmission network switch to another RF
transmission network switch at a destination of the at
least one RF receiver in the RF information transmis-

92

sion network to which the originated information and
the identification number is to be transmitted by the RF
information transmission network and transmits the
originated information and the identification number to
the at least one RF receiver by RF broadcast to the at
least one RF receiver.

**203.** A method in accordance with claim 201 wherein:
the RF information transmission network comprises a RF
information transmission network switch which
receives the originated information; and

the RF information transmission network transmits the
originated information including an identification num-
ber of the at least one RF receiver from the RF
information transmission network switch to another RF
transmission network switch at a destination of the at
least one RF receiver in the RF information transmis-
sion network to which the originated information and
the identification number is to be transmitted by the RF
information transmission network and transmits the
originated information and the identification number to
the at least one RF receiver by RF broadcast to the at
least one RF receiver.

**204.** A method in accordance with claim 180 wherein:
the one interface removes from the originated information
information added by the one of the plurality of elec-
tronic mail systems containing the one of the plurality
of originating processors and adds information, used by
the RF information transmission network during trans-
mission of the originated information through the RF
information transmission network to the at least one RF
receiver in the RF information transmission network, to
the originated information.

**205.** A method in accordance with claim 180 wherein:
the RF information transmission network comprises a RF
information transmission network switch which
receives the originated information; and

the RF information transmission network transmits the
originated information including an identification num-
ber of the at least one RF receiver from the RF
information transmission network switch to another RF
transmission network switch at a destination of the at
least one RF receiver in the RF information transmis-
sion network to which the originated information and
the identification number is to be transmitted by the RF
information transmission network switch and transmits
the originated information and the identification num-
ber to the at least one RF receiver by RF broadcast to
the at least one RF receiver.

**206.** A method in accordance with claim 204 wherein:
the RF information transmission network comprises a RF
information transmission network switch which
receives the originated information; and

the RF information transmission network transmits the
originated information including an identification num-
ber of the at least one RF receiver from the RF
information transmission network switch to another RF
transmission network switch at a destination of the at
least one RF receiver in the RF information transmis-
sion network to which the originated information and
the identification number is to be transmitted by the RF
information transmission network and transmits the
originated information and the identification number to
the at least one RF receiver by RF broadcast to the at
least one RF receiver.

**207.** A system in accordance with claim 181 wherein:
the one interface removes from the originated information
information added by the one of the plurality of elec-

5,625,670

93

tronic mail systems containing the one of the plurality of originating processors and adds information, used by the RF information transmission network during transmission of the originated information through the RF information transmission network to the at least one RF receiver in the RF information transmission network, to the originated information.

208. A system in accordance with claim 181 wherein:

the RF information transmission network comprises a RF information transmission network switch which receives the originated information; and

the RF information transmission network transmits the originated information including an identification number of the at least one RF receiver from the RF information transmission network switch at a destination of the at least one RF receiver in the RF information transmission network to which the originated information and the identification number is to be transmitted by the RF information transmission network and transmits the originated information and the identification number to the at east one RF receiver by RF broadcast to the at least one RF receiver.

209. A system in accordance with claim 207 wherein:

the RF information transmission network comprises a RF information transmission network switch which receives the originated information; and

the RF information transmission network transmits the originated information including an identification number of the at least one RF receiver from the RF information transmission network switch to another RF transmission network switch at a destination of the at least one RF receiver in the RF information transmission network to which the originated information and the identification number is to be transmitted by the RF information transmission network and transmits the originated information and the identification number to the at least one RF receiver by RF broadcast to the at least one RF receiver.

210. A system in accordance with claim 183 wherein:

the one interface removes from the originated information information added by the one of the plurality of electronic mail systems containing the one of the plurality of originating processors and adds information, used by the RF information transmission network during transmission of the originated information through the RF information transmission network to the at least one RF receiver in the RF information transmission network, to the originated information.

211. A system in accordance with claim 183 wherein:

the RF information transmission network comprises a RF information transmission network switch which receives the originated information; and

the RF information transmission network transmits the originated information including an identification number of the at least one RF receiver from the RF information transmission network switch at a destination of the at least one RF receiver in the RF information transmission network to which the originated information and the identification number is to be transmitted by the RF information transmission network and transmits the originated information and the identification number to the at least one RF receiver by RF broadcast to the at least one RF receiver.

212. A system in accordance with claim 210 wherein:

94

the RF information transmission network comprises a RF information transmission network switch which receives the originated information; and

the RF information transmission network transmits the originated information including an identification number of the at least one RF receiver from the RF information transmission network switch to another RF transmission network switch at a destination of the at least one RF receiver in the RF information transmission network to which the originated information and the identification number is to be transmitted by the RF information transmission network and transmits the originated information and the identification number to the at least one RF receiver by RF broadcast to the at least one RF receiver.

213. A system in accordance with claim 183 wherein:

the one interface removes from the originated information information added by the one of the plurality of electronic mail systems containing the one of the plurality of originating processors and adds information, used by the RF information transmission network during transmission of the originated information through the RF information transmission network to the at least one RF receiver in the RF information transmission network, to the originated information.

214. A system in accordance with claim 183 wherein:

the RF information transmission network comprises a RF information transmission network switch which receives the originated information; and

the RF information transmission network transmits the originated information including an identification number of the at least one RF receiver from the RF information transmission network switch to another RF transmission network switch at a destination of the at least one RF receiver in the RF information transmission network to which the originated information and the identification number is to be transmitted by the RF information transmission network and transmits the originated information and the identification number to the at least one RF receiver by RF broadcast to the at least one RF receiver.

215. A system in accordance with claim 213 wherein:

the RF information transmission network comprises a RF information transmission network switch which receives the originated information; and

the RF information transmission network transmits the originated information including an identification number of the at least one RF receiver from the RF information transmission network switch to another RF transmission network at a destination of the at least one RF receiver in the RF information transmission network to which the originated information and the identification number is to be transmitted by the RF information transmission network and transmits the originated information and the identification number to the at least one RF receiver by RF broadcast to the at least one RF receiver.

216. A method in accordance with claim 185 wherein:

the one interface removes from the originated information information added by the one of the plurality of electronic mail systems containing the one of the plurality of originating processors and adds information, used by the RF information transmission network during transmission of the originated information through the RF information transmission network to the at least one RF receiver in the RF information transmission network, to the originated information.

5,625,670

95

217. A method in accordance with claim 185 wherein:

the RF information transmission network comprises a RF information transmission network switch which receives the originated information; and

the RF information transmission network transmits the originated information including an identification number of the at least one RF receiver from the RF information transmission network switch to another RF transmission network switch at a destination of the at least one RF receiver in the RF information transmission network to which the originated information and the identification number is to be transmitted by the RF information transmission network and transmits the originated information and the identification number to the at least one RF receiver by RF broadcast to the at least one RF receiver.

218. A method in accordance with claim 216 wherein:

the RF information transmission network comprises a RF information transmission network switch which receives the originated information; and

the RF information transmission network transmits the originated information including an identification number of the at least one RF receiver from the RF information transmission network switch to another RF transmission network switch at a destination of the at least one RF receiver in the Rf information transmission network to which the originated information and the identification number is to be transmitted by the RF information transmission network and transmits the originated information and the identification number to the at least one RF receiver by RF broadcast to the at least one RF receiver.

219. A method in accordance with claim 187 wherein:

the one interface removes from the originated information information added by the one of the plurality of electronic mail systems containing the one of the plurality of originating processors and adds information, used by the RF information transmission network during transmission of the originated information through the RF information transmission network to the at least one RF receiver in the RF information transmission network, to the originated information.

220. A method in accordance with claim 187 wherein:

the RF information transmission network comprises a RF information transmission network switch which receives the originated information; and

the RF information transmission network transmits the originated information including an identification number of the at least one RF receiver from the RF information transmission network switch to another RF transmission network switch at a destination of the at least one RF receiver in the RF information transmission network to which the originated information and the identification number is to be transmitted by the RF information transmission network and transmits the originated information and the identification number to the at least one RF receiver by RF broadcast to the at least one RF receiver.

221. A method in accordance with claim 219 wherein:

the RF information transmission network comprises a RF information transmission network switch which receives the originated information; and

the RF information transmission network transmits the originated information including an identification number of the at least one RF receiver from the RF information transmission network switch to another RF

96

transmission network switch at a destination of the at least one RF receiver in the RF information transmission network to which the originated information and the identification number is to be transmitted by the RF information transmission network and transmits the originated information and the identification number to the at least one RF receiver by RF broadcast to the at least one RF receiver.

222. A method in accordance with claim 188 wherein:

the one interface removes from the originated information information added by one of the plurality of the electronic mail systems containing the one of the plurality of originating processors and adds information, used by the RF information transmission network during transmission of the originated information through the RF information transmission network to the at least one RF receiver in the RF information transmission network, to the originated information.

223. A method in accordance with claim 188 wherein:

the RF information transmission network comprises a RF information transmission network switch which receives the originated information; and

the RF information transmission network transmits the originated information including an identification number of the at least one RF receiver from the RF information transmission network switch to another RF transmission network switch at a destination of the at least one RF receiver in the RF information transmission network to which the originated information and the identification number is to be transmitted by the RF information transmission network and transmits the originated information and the identification number to the at least one RF receiver by RF broadcast to the at least one RF receiver.

224. A method in accordance with claim 222 wherein:

the RF information transmission network comprises a RF information transmission network switch which receives the originated information; and

the RF information transmission network transmits the originated information including an identification number of the at least one RF receiver from the RF information transmission network switch to another RF transmission network switch at a destination of the at least one RF receiver in the RF information transmission network to which the originated information and the identification number is to be transmitted by the RF information transmission network and transmits the originated information and the identification number to the at least one RF receiver by RF broadcast to the at least one RF receiver.

225. A system in accordance with claim 173 further comprising:

a plurality of RF information transmission networks with each RF information transmission network being connected to at least one of the at least one interface with the originated information being transmitted to the at least one RF receiver by one of the plurality of RF information transmission networks through the one of the at least one interface.

226. A system in accordance with claim 174 further comprising:

a plurality of RF information transmission networks with each RF information transmission network being connected to at least one of the at least one interface with the originated information being transmitted to the at least one RF receiver by one of the plurality of RF

5,625,670

97

information transmission networks through the one of the at least one interface.

227. A system in accordance with claim 175 further comprising:

a plurality of RF information transmission networks with each RF information transmission network being connected to at least one of the at least one interface with the originated information being transmitted to the at least one RF receiver by one of the plurality of RF information transmission networks through the one of the at least one interface.

228. A system in accordance with claim 176 further comprising:

a plurality of RF information transmission networks with each RF information transmission network being connected to at least one of the at least one interface with the originated information being transmitted to the at least one RF receiver by one of the plurality of RF information transmission networks through the one of the at least one interface.

229. A system in accordance with claim 181 further comprising:

a plurality of RF information transmission networks with each RF information transmission network being connected to at least one of the at least one interface with the originated information being transmitted to the at least one RF receiver by one of the plurality of RF information transmission networks through the one of the at least one interface.

230. A system in accordance with claim 182 further comprising:

a plurality of RF information transmission networks with each RF information transmission network being connected to at least one of the at least one interface with the originated information being transmitted to the at least one RF receiver by one of the plurality of RF information transmission networks through the one of the at least one interface.

231. A system in accordance with claim 183 further comprising:

a plurality of RF information transmission networks with each RF information transmission network being connected to at least one of the at least one interface with the originated information being transmitted to the at least one RF receiver by one of the plurality of RF information transmission networks through the one of the at least one interface.

232. A system in accordance with claim 184 further comprising:

a plurality of RF information transmission networks with each RF information transmission network being connected to at least one of the at least one interface with the originated information being transmitted to the at least one RF receiver by one of the plurality of RF information transmission networks through the one of the at least one interface.

233. A system in accordance with claim 189 further comprising:

a plurality of RF information transmission networks with each RF information transmission network being connected to at least one of the at least one interface with the originated information being transmitted to the at least one RF receiver by one of the plurality of RF information transmission networks through the one of the at least one interface.

234. A system in accordance with claim 190 further comprising:

98

a plurality of RF information transmission networks with each RF information transmission network being connected to at least one of the at least one interface with the originated information being transmitted to the at least one RF receiver by one of the plurality of RF information transmission networks through the one of the at least one interface.

235. A system in accordance with claim 191 further comprising:

a plurality of RF information transmission networks with each RF information transmission network being connected to at least one of the at least one interface with the originated information being transmitted to the at least one RF receiver by one of the plurality of RF information transmission networks through the one of the at least one interface.

236. A system in accordance with claim 192 further comprising:

a plurality of RF information transmission networks with each RF information transmission network being connected to at least one of the at least one interface with the originated information being transmitted to the at least one RF receiver by one of the plurality of RF information transmission networks through the one of the at least one interface.

237. A system in accordance with claim 193 further comprising:

a plurality of RF information transmission networks with each RF information transmission network being connected to at least one of the at least one interface with the originated information being transmitted to the at least one RF receiver by one of the plurality of RF information transmission networks through the one of the at least one interface.

238. A system in accordance with claim 194 further comprising:

a plurality of RF information transmission networks with each RF information transmission network being connected to at least one of the at least one interface with the originated information being transmitted to the at least one RF receiver by one of the plurality of RF information transmission networks through the one of the at least one interface.

239. A system in accordance with claim 195 further comprising:

a plurality of RF information transmission networks with each RF information transmission network being connected to at least one of the at least one interface with the originated information being transmitted to the at least one RF receiver by one of the plurality of RF information transmission networks through the one of the at least one interface.

240. A system in accordance with claim 196 further comprising:

a plurality of RF information transmission networks with each RF information transmission network being connected to at least one of the at least one interface with the originated information being transmitted to the at least one RF receiver by one of the plurality of RF information transmission networks through the one of the at least one interface.

241. A system in accordance with claim 197 further comprising:

a plurality of RF information transmission networks with each RF information transmission network being connected to at least one of the at least one interface with

5,625,670

99

the originated information being transmitted to the at least one RF receiver by one of the plurality of RF information transmission networks through the one of the at least one interface.

242. A system in accordance with claim 207 further comprising:

a plurality of RF information transmission networks with each RF information transmission network being connected to at least one of the at least one interface with the originated information being transmitted to the at least one RF receiver by one of the plurality of RF information transmission networks through the one of the at least one interface.

243. A system in accordance with claim 208 further comprising:

a plurality of RF information transmission networks with each RF information transmission network being connected to at least one of the at least one interface with the originated information being transmitted to the at least one RF receiver by one of the plurality of RF information transmission networks through the one of the at least one interface.

244. A system in accordance with claim 209 further comprising:

a plurality of RF information transmission networks with each RF information transmission network being connected to at least one of the at least one interface with the originated information being transmitted to the at least one RF receiver by one of the plurality of RF information transmission networks through the one of the at least one interface.

245. A system in accordance with claim 210 further comprising:

a plurality of RF information transmission networks with each RF information transmission network being connected to at least one of the at least one interface with the originated information being transmitted to the at least one RF receiver by one of the plurality of RF information transmission networks through the one of the at least one interface.

246. A system in accordance with claim 211 further comprising:

a plurality of RF information transmission networks with each RF information transmission network being connected to at least one of the at least one interface with the originated information being transmitted to the at least one RF receiver by one of the plurality of RF information transmission networks through the one of the at least one interface.

247. A system in accordance with claim 212 further comprising:

a plurality of RF information transmission networks with each RF information transmission network being connected to at least one of the at least one interface with the originated information being transmitted to the at least one RF receiver by one of the plurality of RF information transmission networks through the one of the at least one interface.

248. A system in accordance with claim 213 further comprising:

a plurality of RF information transmission networks with each RF information transmission network being connected to at least one of the at least one interface with the originated information being transmitted to the at least one RF receiver by one of the plurality of RF information transmission networks through the one of the at least one interface.

100

249. A system in accordance with claim 214 further comprising:

a plurality of RF information transmission networks with each RF information transmission network being connected to at least one of the at least one interface with the originated information being transmitted to the at least one RF receiver by one of the plurality of RF information transmission networks through the one of the at least one interface.

250. A system in accordance with claim 215 further comprising:

a plurality of RF information transmission networks with each RF information transmission network being connected to at least one of the at least one interface with the originated information being transmitted to the at least one RF receiver by one of the plurality of RF information transmission networks through the one of the at least one interface.

251. A method in accordance with claim 177 further comprising:

a plurality of RF information transmission networks with each RF information transmission network being connected to at least one of the at least one interface with the originated information being transmitted to the at least one RF receiver by one of the plurality of RF information transmission networks through the one of the at least one interface.

252. A method in accordance with claim 178 further comprising:

a plurality of RF information transmission networks with each RF information transmission network being connected to at least one of the at least one interface with the originated information being transmitted to the at least one RF receiver by one of the plurality of RF information transmission networks through the one of the at least one interface.

253. A method in accordance with claim 179 further comprising:

a plurality of RF information transmission networks with each RF information transmission network being connected to at least one of the at least one interface with the originated information being transmitted to the at least one RF receiver by one of the plurality of RF information transmission networks through the one of the at least one interface.

254. A method in accordance with claim 180 further comprising:

a plurality of RF information transmission networks with each RF information transmission network being connected to at least one of the at least one interface with the originated information being transmitted to the at least one RF receiver by one of the plurality of RF information transmission networks through the one of the at least one interface.

255. A method in accordance with claim 185 further comprising:

a plurality of RF information transmission networks with each RF information transmission network being connected to at least one of the at least one interface with the originated information being transmitted to the at least one RF receiver by one of the plurality of RF information transmission networks through the one of the at least one interface.

256. A method in accordance with claim 186 further comprising:

a plurality of RF information transmission networks with each RF information transmission network being con-

5,625,670

101

nected to at least one of the at least one interface with the originated information being transmitted to the at least one RF receiver by one of the plurality of RF information transmission networks through the one of the at least one interface.

257. A method in accordance with claim 187 further comprising:

a plurality of RF information transmission networks with each RF information transmission network being connected to at least one of the at least one interface with the originated information being transmitted to the at least one RF receiver by one of the plurality of RF information transmission networks through the one of the at least one interface.

258. A method in accordance with claim 188 further comprising:

a plurality of RF information transmission networks with each RF information transmission network being connected to at least one of the at least one interface with the originated information being transmitted to the at least one RF receiver by one of the plurality of RF information transmission networks through the one of the at least one interface.

259. A method in accordance with claim 198 further comprising:

a plurality of RF information transmission networks with each RF information transmission network being connected to at least one of the at least one interface with the originated information being transmitted to the at least one RF receiver by one of the plurality of RF information transmission networks through the one of the at least one interface.

260. A method in accordance with claim 199 further comprising:

a plurality of RF information transmission networks with each RF information transmission network being connected to at least one of the at least one interface with the originated information being transmitted to the at least one RF receiver by one of the plurality of RF information transmission networks through the one of the at least one interface.

261. A method in accordance with claim 200 further comprising:

a plurality of RF information transmission networks with each RF information transmission network being connected to at least one of the at least one interface with the originated information being transmitted to the at least one RF receiver by one of the plurality of RF information transmission networks through the one of the at least one interface.

262. A method in accordance with claim 201 further comprising:

a plurality of RF information transmission networks with each RF information transmission network being connected to at least one of the at least one interface with the originated information being transmitted to the at least one RF receiver by one of the plurality of RF information transmission networks through the one of the at least one interface.

263. A method in accordance with claim 202 further comprising:

a plurality of RF information transmission networks with each RF information transmission network being connected to at least one of the at least one interface with the originated information being transmitted to the at least one RF receiver by one of the plurality of RF

102

information transmission networks through the one of the at least one interface.

264. A method in accordance with claim 203 further comprising:

a plurality of RF information transmission networks with each RF information transmission network being connected to at least one of the at least one interface with the originated information being transmitted to the at least one RF receiver by one of the plurality of RF information transmission networks through the one of the at least one interface.

265. A method in accordance with claim 204 further comprising:

a plurality of RF information transmission networks with each RF information transmission network being connected to at least one of the at least one interface with the originated information being transmitted to the at least one RF receiver by one of the plurality of RF information transmission networks through the one of the at least one interface.

266. A method in accordance with claim 205 further comprising:

a plurality of RF information transmission networks with each RF information transmission network being connected to at least one of the at least one interface with the originated information being transmitted to the at least one RF receiver by one of the plurality of RF information transmission networks through the one of the at least one interface.

267. A method in accordance with claim 206 further comprising:

a plurality of RF information transmission networks with each RF information transmission network being connected to at least one of the at least one interface with the originated information being transmitted to the at least one RF receiver by one of the plurality of RF information transmission networks through the one of the at least one interface.

268. A method in accordance with claim 216 further comprising:

a plurality of RF information transmission networks with each RF information transmission network being connected to at least one of the at least one interface with the originated information being transmitted to the at least one RF receiver by one of the plurality of RF information transmission networks through the one of the at least one interface.

269. A method in accordance with claim 217 further comprising:

a plurality of RF information transmission networks with each RF information transmission network being connected to at least one of the at least one interface with the originated information being transmitted to the at least one RF receiver by one of the plurality of RF information transmission networks through the one of the at least one interface.

270. A method in accordance with claim 218 further comprising:

a plurality of RF information transmission networks with each RF information transmission network being connected to at least one of the at least one interface with the originated information being transmitted to the at least one RF receiver by one of the plurality of RF information transmission networks through the one of the at least one interface.

271. A method in accordance with claim 219 further comprising:

5,625,670

**103**

a plurality of RF information transmission networks with each RF information transmission network being connected to at least one of the at least one interface with the originated information being transmitted to the at least one RF receiver by one of the plurality of RF information transmission networks through the one of the at least one interface.

272. A method in accordance with claim 220 further comprising:

a plurality of RF information transmission networks with each RF information transmission network being connected to at least one of the at least one interface with the originated information being transmitted to the at least one RF receiver by one of the plurality of RF information transmission networks through the one of the at least one interface.

273. A method in accordance with claim 221 further comprising:

a plurality of RF information transmission networks with each RF information transmission network being connected to at least one of the at least one interface with the originated information being transmitted to the at least one RF receiver by one of the plurality of RF information transmission networks through the one of the at least one interface.

274. A method in accordance with claim 222 further comprising:

**104**

a plurality of RF information transmission networks with each RF information transmission network being connected to at least one of the at least one interface with the originated information being transmitted to the at least one RF receiver by one of the plurality of RF information transmission networks through the one of the at least one interface.

275. A method in accordance with claim 223 further comprising:

a plurality of RF information transmission networks with each RF information transmission network being connected to at least one of the at least one interface with the originated information being transmitted to the at least one RF receiver by one of the plurality of RF information transmission networks through the one of the at least one interface.

276. A method in accordance with claim 224 further comprising:

a plurality of RF information transmission networks with each RF information transmission network being connected to at least one of the at least one interface with the originated information being transmitted to the at least one RF receiver by one of the plurality of RF information transmission networks through the one of the at least one interface.

\* \* \* \* \*

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO. :   5,625,670                     Page 1 of 5
DATED      :   April 29, 1997
INVENTOR(S) :  Thomas J. CAMPANA, Jr. et al.

It is certified that error appears in the above-indentified patent and that said Letters Patent is hereby corrected as shown below:

Column 1, lines 34 and 35 delete "which are filed on even date herewith";
        line 37, change "07,702,319" to --07/702,319--;
        line 41, change "07,702,938" to --07/702,938--.

Column 3, line 57, after "frequently" insert --by--.

Column 4, line 48, change "provides" to --provided--.

Column 5, line 27, change "is" to --was--;
        line 32, change "are" to --were--.

Column 8, line 8, change "ana" to --and--.

Column 17, line 48, change "transfer" to --transfers--;
         line 59, change "relays" to -transfers--.

Column 19, line 15, change "transfer" to --transfers--.

Column 22, line 57, after "7." delete "*" and insert --When the RF receiver 119 is connected to the SAFARI$^{TM}$ computer the connection is powered by the SAFARI$^{TM}$ computer--.

Column 23, delete lines 54-55 in their entirety.

Column 24, line 36, change "for" to --form--.

Column 27, line 20, after "preferably" delete ".".

Column 28, line 3, change "dentification" to --identification--;
         line 15, change "interfaces" to --interfaced--.

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO. : 5,625,670                    Page 2 of 5
DATED      : April 29, 1997
INVENTOR(S) : Thomas J. CAMPANA, Jr. et al.

It is certified that error appears in the above-indentified patent and that said Letters Patent is hereby corrected as shown below:

In the middle at the bottom of columns 29 and 30 add ---1---.

In the middle at the bottom of columns 31 and 32 add ---2---.

In the middle at the bottom of columns 37 and 38 add ---5---.

In the middle at the bottom of columns 41 and 42 add ---7---.

In the middle at the bottom of columns 45 and 46 add ---9---.

In the middle at the bottom of columns 47 and 48 add ---10---.

In the middle at the bottom of columns 49 and 50 add ---11---.

In the middle at the bottom of columns 51 and 52 add ---12---.

Column 53, line 8, change "an" to --a--.

Column 59, line 5 change "receiver" to --RF receiver--.

Column 63, line 56, change "an" to --a--.

Column 67, line 16, change "method" to --system--.

Column 71, line 45, change "78" to --62--.

Column 73, line 51, change "77" to --78--.

Column 74, line 7, change "105" to --79--;
          line 35, change "an" to --a--.

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO. :   5,625,670       Page 3 of 5

DATED     :   April 29, 1997

INVENTOR(S) :   Thomas J. CAMPANA, Jr. et al.

It is certified that error appears in the above-indentified patent and that said Letters Patent is hereby corrected as shown below:

Column 75, line 11, after "RF" insert --information--;
          line 31 change "an" to --a--.

Column 76, line 10, change "wireline" to --electronic mail
          system--;
          line 27, change "an" to --a--;
          line 51, change "responding" to --responds--.

Column 77, line 1, change "122" to --125--;
          line 7, change "122" to --125--;
          line 26, change "an" to --to a--;
          line 48, change "responding" to --responds--.

Column 78, line 5, change "transmit" to --transmits--.

Column 81, line 41, change "transmissin" to -transmission--.

Column 84, line 20, change "160" to --164--;
          line 30, change "Rf" to --RF--;
          line 62, change "163" to --167--.

Column 87, line 35, change "an" to --a--;
          lines 36, 40, 45, 56 and 58 change "network" to
          --system--;
          line 60, change "responding" to --responds--.

Column 88, line 8, after "the" (first occurrence) insert
          --one--;
          line 26, change "an" to --a--;
          lines 6, 20, 27, 31, 35, 46, 48, 52, 53 and 64
          change "network" to --system--.

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO. : 5,625,670
DATED      : April 29, 1997                    Page 4 of 5
INVENTOR(S) : Thomas J. CAMPANA, Jr. et al.

It is certified that error appears in the above-indentified patent and that said Letters Patent is hereby
corrected as shown below:

Column 89, line 11, change "network"to --system--.

Column 91, line 31, change "178" to --198--.

Column 93, lines 3, 5, 6, 9, 12, 18, 20, 25, 28, 34, 36, 45,
          47, 48, 51, 54, 57, 60 and 62 change "network" to
          --system--.

Column 94, lines 1, 10, 12, 21, 23, 24, 27, 30, 36, 38, 43,
          46, 50, 51, 52, 54, 63, 65 and 66 change "network"
          to --system--;
          lines 16 and 26 change "183" to --184--.

Column 95, lines 2, 5, 11, 13, 18, 21, 27, 29, 38, 40, 41, 44,
          53, 55, 60 and 63 change "network" to --system--;
          line 26, change "Rf" to --RF--.

Column 96, lines 3, 5, 14, 16, 17, 20, 23, 29, 31, 36, 39,
          45 and 47 change "network" to --system--.

Column 97, lines 23, 28, 32, 37, 41, 46, 50 and 55 change
          "networks" to --systems--;
          lines 24, 33, 42 and 51 change "network" to
          --system--.

Column 99, lines 7, 12, 16, 21, 25, 30, 34, 39, 43, 48, 52,
          57, 61 and 66 change "networks" to --systems--;
          lines 8, 17, 26, 35, 44, 53, and 62 change
          "network" to --system--.

# UNITED STATES PATENT AND TRADEMARK OFFICE
## CERTIFICATE OF CORRECTION

PATENT NO. : 5,625,670                Page 5 of 5

DATED      : April 29, 1997

INVENTOR(S) : Thomas J. CAMPANA, Jr. et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Column 100, lines 3, 8, 12, 17, 57, 62 and 66 change "networks" to --systems--;
lines 4, 13, 58 and 67 change "network" to --system--.

Column 101, lines 4, 8, 13, 17 and 22 change "networks" to --systems--;
lines 9 and 18 change "network" to --system--.

Column 102, lines 41, 46, 50, 55, 59 and 64 change "networks" to --systems--;
lines 42, 51 and 60 change "network" to --system--.

Column 103, lines 1, 6, 10, 15, 19 and 24 change "networks" to --systems--;
lines 2, 11 and 20 change "network" to --system--.

Column 104, lines 1, 6, 10, 15, 19 and 24 change "networks" to --systems--;
lines 2, 11 and 20 change "network" to --system--.

Signed and Sealed this

Sixteenth Day of September, 1997

Attest:

*Bruce Lehman*

**BRUCE LEHMAN**

*Attesting Officer*          *Commissioner of Patents and Trademarks*