```
#include <string.h>
#include <time.h>
#include <stdio.h>
#include <dos.h>
#include "safari.h"

void main(void)
{
        FILE *infile,*outfile;
        char buffer[81],chr,timestr[6],datestr[9];
        char msg_num[4];
        int msg_num_opt = 0;
        char *ptr;
        int x,day,month,line=1,attmail=0;
        time_t t;

        if ((infile = fopen(ATT_EMAIL_FILE,"rt")) == NULL)
        {
                printf("%s does not exist\n",ATT_EMAIL_FILE);
                exit(0);
        }
        if ((outfile = fopen("tfmobox.$$$","wt")) == NULL)
        {
                printf("Can't open TFMOBOX.$$$\n");
                exit(0);
        }

        for(;;)
        {
                /*      get characters from .tmp file   */
                x = 0;
                do
                {
                        chr = fgetc(infile);
                        if (feof(infile))
                        {
                                fclose(infile);
                                fclose(outfile);
                                exit(0);
                        }
                        buffer[x++] = chr;
                }
                /*              until end of line               */
                while (chr != '\n' && x != 80);

                buffer[x] = '\0';       /*      terminate it    */

                if (line == 1)
                {
                        ptr = strchr(buffer,')');
                        if (ptr-buffer == 2)    /*   was 3rd character  */
                        {
                                sscanf(buffer,"%[^)]",msg_num);
                                msg_num_opt = 1;
                                ptr++;
                        }
                        else
                                ptr = buffer;

                        if (*ptr == ':' && *(ptr+1) == '0')
                                attmail = 1;
                }

                if (attmail)
                {
                        switch(line)
```

Dockets.Justia.com
Exhibit A2

```
        {
            case 1:
                /*      datestr = mm/dd, timestr = hh:mm        */

                sscanf(datestr,"%d/%d",&month,&day);            */
                /*      get year from pc        */

                t = time(NULL);
                fprintf(outfile,"Date: %s",ctime(&t));
                break;
            case 2:
                fprintf(outfile,"From: %s",buffer);
                break;
            case 3:
                fprintf(outfile,"Subject: %s",buffer);
                fprintf(outfile,"To: <Name here>\n");
                if (msg_num_opt)
                        fprintf(outfile,"Message #%s\n",msg_num);
                break;
            default:
                fprintf(outfile,"%s",buffer);
                break;
        }
    }
    else
    {
        if (line == 1)
        {
            t = time(NULL);
            fprintf(outfile,"Date: %s",ctime(&t));
            fprintf(outfile,"From: tfmobox\n");
            fprintf(outfile,"Subject: Telefind Network Message\n");
            fprintf(outfile,"To: <Name here>\n");
            if (msg_num_opt)
            {
                fprintf(outfile,"Message #%s\n",msg_num);
                fprintf(outfile,"%s",buffer+3);
            }
            else
                fprintf(outfile,"%s",buffer);
        }
        else
            fprintf(outfile,"%s",buffer);
    }

    if (strcmp(buffer,DELIMITER) == 0)
    {
        msg_num_opt = line = attmail = 0;
    }

    line ++;
}
```

```
        Author:                 MICHAEL P. PONSCHKE, SR.
                                03/13/91

        Program:                SAFARI3.C
        Purpose:                TO EXTRACT MESSAGES FROM A TELEFIND PAGER
                                VIA IN RS-232 PORT ON A PC

        Compiler:               TURBO C++ 1.0
        Memory Model:           SMALL
*/

#include <dos.h>
#include <stdio.h>
#include <conio.h>
#include <string.h>
#include <stdlib.h>
#include "safari.h"

/*              CONSTANTS               */

#define DTR_HI                  0x01
#define DTR_LO                  0xfe
#define RTS_HI                  0x02
#define RTS_LO                  0xfd
#define DSR_HI                  0x20
#define RING_IN                 0x40
#define CD_HI                   0x80
#define FIVE_TICK               5
#define FIVE_SEC                96
#define TWELVE_SEC              220
#define LOG_FILE                "LOG"
#define INTRO_STRING            "Please standby, retrieving messages ..."

/*      FUNCTION PROTOTYPES         */

int beep(void);
void busyoff(void);
void busyon(void);
void disoff(void);
void dison(void);
int link(void);
void print_message(void);
int rxdata(void);
int strobe(void);
int strobe_data(void);
unsigned ticks(void);
int timeout(unsigned start, int delay);

/*    VARIABLE DECLARATIONS       */

char pager_buffer[511];
int com_base,control_reg,status_reg,log_flag;
FILE *log_file;

void main(int num_arg, char **args)
{
        unsigned start;
        int restart,x;

        com_base = 0x3f8;       /*    use com 1 unless command line denotes otherwise    */

        /*      get command line arguments      */
```

```
all command line arguments begin with a single `-' and
must be seperated by a single space between each other
and the program name

-1      Use COM port 1
-2      Use COM port 2
-F      Log all activity to a file named LOG            */

if (num_arg > 1)
{
        for (x=1; x<num_arg; x++)
        {
                if (strcmp(args[x],"-1") == 0)
                        com_base = 0x3f8;
                if (strcmp(args[x],"-2") == 0)
                        com_base = 0x2f8;
                if (strcmp(args[x],"-F") == 0)
                        log_flag = 1;
        }
}

if (log_flag)
        if ((log_file = fopen(LOG_FILE,"at")) == NULL)
                printf("Unable to open LOG\n");

control_reg = com_base + 4;
status_reg = com_base + 6;

clrscr();

if (link() == 0)        /*    is pager attached ?       */
        {
        printf("Please attach Message Receiver \n");
        exit(0);
        }

busyon();               /*  start busy at logic high    */

if (log_flag)
        fprintf(log_file,"Initiating process \n");
printf("%s\n",INTRO_STRING);
dison();        /* push display button  */
sleep(2);
do
{
        start = ticks();
        restart = 0;
        do
        {
                if (beep())
                {
                        print_message();
                        restart = 1;
                        start -= TWELVE_SEC;
                        break;
                }
        }
        /* hold display button for 12 seconds   */
        while(! timeout(start,TWELVE_SEC));
}
while(restart);

disoff();       /* release the display button   */
if (log_flag)
{
        fprintf(log_file,"Process Complete \n");
```

```
            fclose(log_file);
        }

}

/*              pager beep              */
int beep(void)
{

/*      accesses the RI line via the Status Register
        which is activated when the pager beeps         */

        unsigned start;

        start = ticks();
        while ( ! timeout(start,FIVE_TICK))
        {
                if ((inportb(status_reg) & RING_IN) == 0 )
                        return(1);
        }
        return(0);
}

/*      busyon & busyoff toggle the DTR line via the
        Control Register to strobe in data from the pager                       */

void busyoff(void)
{
        outportb(control_reg,inportb(control_reg) | DTR_HI);
}

void busyon(void)
{
        outportb(control_reg,inportb(control_reg) & DTR_LO);
}

/*      dison & disoff toggle the RTS line via the Control Register
        to simulate the pressing of the display button on the pager             */

void dison(void)
{
        outportb(control_reg,inportb(control_reg) | RTS_HI);
}

void disoff(void)
{
        outportb(control_reg,inportb(control_reg) & RTS_LO);
}

int link(void)
{

/*      accesses the CD line via the Status Register
        which is logic high when pager is connected     */

        if ((inportb(status_reg) & CD_HI) == 0)
                return(0);
        return(1);
}

void print_message(void)
{
        FILE *file;
        unsigned start;
        int x,y=0,z=0,chr,bit;
```

```
busyoff();      /*      ready to accept pager data      */

/*              read until end code received            */
while (chr != 3)
{
        chr = 0;
        start = ticks();

        /*      wait for start bit      */

        do
        {
                bit = strobe();
                if (bit == 0)
                        break;
        }
        while (!timeout(start,FIVE_SEC));

        if (bit)
        {
                if (log_flag)
                        fprintf(log_file,"Transmission Error, recheck connection\n");
                disoff();
                exit(0);
        }

        /*              strobe out 8 bit data           */

        for (x=1; x<9; x++)
        {
                chr <<= 1;
                chr += bit = strobe_data();
        }

        /*              clear out stop bits             */
        for (x=1;x<3;x++)
        {
                strobe_data();
        }

        /*   extract start and end codes from message

             pager signon       02, 18, 00, 33
             pager signoff      03                      */

        if ((y > 3) && (chr != 3))
        {
                /* pager characters 96 and 97 are converted to
                   0xFA and 0xFB to display on pager            */

                if (chr == 0xfa)        /*      convert to CR   */
                        chr = '\n';
                if (chr == 0xfb)        /*      convert to TAB  */
                        chr = 0x09;

                pager_buffer[z] = chr;
                z ++;
        }
        y ++;
}

pager_buffer[z] = '\0';                 /*      null terminate  */

busyon();   /*      finished receiving data         */
```

```
        if (log_flag)
                fprintf(log_file,"%s\n",pager_buffer);

        if ((file = fopen(ATT_EMAIL_FILE, "at")) == NULL)
                fprintf(log_file,"Unable to open TFMOBOX.TMP\n");
        else
        {
                fprintf(file,"%s\n",pager_buffer);
                fprintf(file,"%s",DELIMITER);
                fclose(file);
        }

        start = ticks();
        while(!timeout(start,FIVE_SEC))
        {
        /*      wait for erase beep     */
                if (beep()) break;
        }
        sleep(1);       /*      wait one more second    */
}

int rxdata(void)
{

/*      accesses the DSR line via the Status Register
        which returns the bits value                    */

        if (inportb(status_reg) & DSR_HI)
                return(0);
        return(1);
}

int strobe(void)
{
        int bit;

        busyon();
        delay(1);
        busyoff();
        delay(4);
        bit = rxdata();
        return(bit);
}

int strobe_data(void)
{
        int bit;

        busyon();
        delay(2);
        bit = rxdata();
        busyoff();
        delay(1);
        return(bit);
}

unsigned ticks(void)
{
        /*      returns timer ticks (approx. 18.2/sec)
                using only lower registers              */

        union REGS in,out;

        in.x.ax = 0x0;
        int86(0x1a,&in,&out);
        return(out.x.dx);
```

```
: timeout(unsigned start, int delay)

    /*      used for timing events of up to approx. 1 hour.
            used in conjunction w/ticks()                     */

    unsigned current;

    current = ticks();
    if (start <= current && (start + delay) < current)
            return(1);
    if (start > current && (start - 65535 + delay) < current)
            return(1);
    return(0);
```

```
    /* since your just starting clear the message area */
    memset(mesg, NULL, MAXMSGLEN);

    /* keep on geting lines from the file until you reach end of file */
    while(getline(buff, fp) != -1) {

       /* every mail message start with the word "From " */
       if(strncmp(buff, "From ", 5) == 0) {
          /* set flag telling you are currently going thru mail header
             so you dont add it to the message */
          in_header = 1;
          /* call routine to the last message if any exists */
          send_mesg(mesg);
          continue;
       }

       /* a mail header end with the following string */
       if(strncmp(buff, "Content-Length:", 15) == 0) {
          /* turn off flag so you know you are no longer in mail
             message header */
          in_header = 0;
          /* clear the old message since this is a new one */
          memset(mesg, NULL, MAXMSGLEN);
          continue;
       }

       /* if the line you are now reading in not part of the mail header
          add it to the message */
       if(in_header == 0) {
          strljust(buff, 512);
          strtrim(buff);
          /* make sure you dont add more than the message length */
          if( (strlen(buff) + strlen(mesg)) < MAXMSGLEN) {
             strcat(mesg, " ");
             strcat(mesg, buff);
          }
       }

    } /* end of read line while */

    /* send the last message in the file */
    send_mesg(mesg);

}
```

```
/*************************************************************************
*
*   function: send_mesg(message-pointer)
*   arguments: pointer to text message(capcode.text) to be sent
*   description: takes passed message text makes sure the first 8 positions
*               are numeric(capcode). it builds and executes the network
*               send command(netsend.sh) to sedn the message passed.
*   returns: 0 if not sent otherwise the number of characters sent out
*
*************************************************************************/
int send_mesg(mesg)
char *mesg;
{
   char sys_command[700];
   int i;
   int ch;
   char *mesg_ptr;

   /* left justify the message passed to remove leading spaces */
   strljust(mesg, 512);
   /* trim off trailing blank spaces from the message */
   strtrim(mesg);

   /* make sure you have a capcode at least */
   if(strlen(mesg) > 8) {

      /* start to build the command to be executed to send message retreieved
         from the mail box */
      strcpy(sys_command, "netsend.sh ");

      /* loop while still more characters in the message */
      for(mesg_ptr = mesg, i = 11; *mesg_ptr != NULL; i++, mesg_ptr++) {

         /* make sure the first 8 positions of the message are numeric */
         if((i < 19) && (*mesg_ptr < '0' || *mesg_ptr > '9')) {
            printf("telemail error: invalid capcode: %s\n", mesg);
            return 0;
         }

         /* is the user didsnt seperate capcode & message then insert a
            space into the command */
         if(i == 19 && *mesg_ptr != ' ') {
            sys_command[19] = ' ';
            i = 20;
         }

         /* enclose the users message with ' so shell wont interpet
            special characters */
         if(i == 20) {
            sys_command[20] = '\'';
            i = 21;
         }

         /* put the character from the message onto to the
            command to be executed */
         sys_command[i] = *mesg_ptr;

      }
```

```
        /* mark the end of the command line you built.so you can add ending
           delimiter */
        sys_command[i] = NULL;
        /* add the ending quote for the users message so shell wont
           interepert special characters */
        strcat(sys_command, "\'");
        /* execute command you built */
        system(sys_command);

        printf("sending message: %s\n", sys_command);

      }
      else {
        if(strlen(mesg) == 0 ) {
           return(0);
        }
        /* print error for invalid message length */
        printf("telemail error: invalid message length: %s\n", mesg);
        return(0);
      }

      return(i);
}
/***********************************************************************
 *
 *    function: getline(hold-buffer, input-file-pointer)
 *    arguments: pointer to buffer where line read will be heald,
 *               file pointer to input file
 *    description: reads 1 line of text from the input line and stores the
 *                 line read into the buffer passed.
 *    returns: -1 if EOF or number of characters read in
 *
 ***********************************************************************/
getline(buff, fp)
char *buff;
FILE *fp;
{
    int ch, cnt;

    /* keep on reading characetrs from file so long as end of file not
       reached or char is the end of line */
    for(cnt = 0; ((ch = fgetc(fp)) != EOF) && ch != '\n'; cnt++) {
        /* MOD BY OT 11/29/90 convert tab to space */
        /* convert tabs to single space */
        if(ch == 9) {
           ch = ' ';
        }
        /* MOD BY OT 11/29/90 dont allow control char */
        /* only load in ascii characters */
        if(isprint(ch) != 0) {
           buff[cnt] =  ch;
        }
        else {
              /* turn control characters to spaces */
              buff[cnt] = ' ';
        }
    }
    /* mark the end of the buffer you built */
    buff[cnt] = '\0';
```

We claim:

1. A system for transmitting an inputted message, contained in an electronic mail message originating from one of a plurality of originating processors contained in at least one electronic mail system, to at least one RF receiver with at least the inputted message being transmitted by an RF information transmission system to the at least one RF receiver comprising:

at least one interface, one of the at least one interface connecting the at least one electronic mail system containing the plurality of originating processors to the RF information transmission system; and wherein

the electronic mail message originating from the one of the plurality of originating processors includes an address of the one interface and is transmitted from the one of the plurality of originating processors to the one interface which processes the electronic mail message with the one of the at least one electronic mail system responding to the address of the one interface to direct the electronic mail message from the one of the plurality of originating processors to the one interface;

the RF information transmission system transmits at least the inputted message from the one interface through the RF information transmission system to the at least one RF receiver after information is inputted to the system; and

the one interface comprises a processor, a bus coupled to the processor and to a plurality of ports, at least one of the plurality of ports being coupled through a modem to the RF information transmission system and at least another of the plurality of ports being coupled through a modem to the at least one electronic mail system.

2. A system in accordance with claim 1 wherein:

a processor is coupled to one of the at least one RF receiver and receives the inputted message.

3. A system in accordance with claim 2 wherein:

the information inputted into the system identifies the at least one RF receiver to which at least the inputted message is transmitted by the RF transmission system and is inputted into the system before transmission of at least the inputted message from the one interface through the RF information transmission system to the at least one RF receiver.

4. A system in accordance with claim 2 wherein:

the address of the one interface is inputted into the system at the one of the plurality of originating processors before inputting of the inputted message.

5. A system in accordance with claim 1 wherein:

the one interface stores the processed electronic mail message, assembles the processed electronic mail message with processed electronic mail messages received from a plurality of the originating processors into a packet and transmits the packet to the RF transmission system.

6. A system in accordance with claim 5 wherein:

the one interface removes from the electronic mail message a header added by the one of the plurality of originating processors before broadcast of at least the inputted message to the at least one RF receiver.

7. A system in accordance with claim 6 wherein:

the RF information transmission system comprises an RF information transmission network switch which receives at least the inputted message; and

the RF information transmission system transmits at least the inputted message from the RF information transmission network switch to a destination of the at least one RF receiver in the RF information transmission system to which at least the inputted message is to be transmitted by the RF information transmission system and the destination transmits at least the inputted message to the at least one RF receiver by RF broadcast to the at least one RF receiver.

8. A system in accordance with claim 7 wherein:

the information inputted into the system identifies the at least one RF receiver to which at least the inputted message is transmitted by the RF transmission system and is inputted into the system before transmission of at least the inputted message from the one interface through the RF information transmission system to the at least one RF receiver.

9. A system in accordance with claim 6 wherein:

the information inputted into the system identifies the at least one RF receiver to which at least the inputted message is transmitted by the RF transmission system and is inputted into the system before transmission of at least the inputted message from the one interface through the RF information transmission system to the at least one RF receiver.

10. A system in accordance with claim 5 wherein:

the RF information transmission system comprises an RF information transmission network switch which receives at least the inputted message; and

the RF information transmission system transmits at least the inputted message from the RF information transmission network switch to a destination of the at least one RF receiver in the RF information transmission system to which at least the inputted message is to be transmitted by the RF information transmission system and the destination transmits at least the inputted message to the at least one RF receiver by RF broadcast to the at least one RF receiver.

11. A system in accordance with claim 10 wherein:

the information inputted into the system identifies the at least one RF receiver to which at least the inputted message is transmitted by the RF transmission system and is inputted into the system before transmission of at least the inputted message from the one interface through the RF information transmission system to the at least one RF receiver.

12. A system in accordance with claim 5 wherein:

the information inputted into the system identifies the at least one RF receiver to which at least the inputted message is transmitted by the RF transmission system and is inputted into the system before transmission of at least the inputted message from the one interface through the RF information transmission system to the at least one RF receiver.

13. A system in accordance with claim 5 wherein:

the address of the one interface is inputted into the system at the one of the plurality of originating processors before inputting of the inputted message.

14. A system in accordance with claim 1 wherein:

the one of the plurality of originating processors displays an icon which, when selected in combination with inputting of the inputted message combines the inputted message with the address of the one interface and an identification of the at least one RF receiver to form the electronic mail message and the RF information transmission system in response to the identification of the at least one RF receiver transmits the inputted message and the identification of the at least one RF

receiver through the RF information transmission system to a broadcast location and the broadcast location broadcasts the identification and the inputted message to the at least one RF receiver.

15. A system in accordance with claim 14 wherein:

the one interface removes from the electronic mail message a header added by the one of the plurality of originating processors before broadcast of at least the inputted message to the at least one RF receiver.

16. A system in accordance with claim 15 wherein:

the RF information transmission system comprises an RF information transmission network switch which receives at least the inputted message; and

the RF information transmission system transmits at least the inputted message from the RF information transmission network switch to a destination of the at least one RF receiver in the RF information transmission system to which at least the inputted message is to be transmitted by the RF information transmission system and the destination transmits at least the inputted message to the at least one RF receiver by RF broadcast to the at least one RF receiver.

17. A system in accordance with claim 16 wherein:

the information inputted into the system identifies the at least one RF receiver to which at least the inputted message is transmitted by the RF transmission system and is inputted into the system before transmission of at least the inputted message from the one interface through the RF information transmission system to the at least one RF receiver.

18. A system in accordance with claim 15 wherein:

the information inputted into the system identifies the at least one RF receiver to which at least the inputted message is transmitted by the RF transmission system and is inputted into the system before transmission of at least the inputted message from the one interface through the RF information transmission system to the at least one RF receiver.

19. A system in accordance with claim 14 wherein:

the RF information transmission system comprises an RF information transmission network switch which receives at least the inputted message; and

the RF information transmission system transmits at least the inputted message from the RF information transmission network switch to a destination of the at least one RF receiver in the RF information transmission system to which at least the inputted message is to be transmitted by the RF information transmission system and the destination transmits at least the inputted message to the at least one RF receiver by RF broadcast to the at least one RF receiver.

20. A system in accordance with claim 14 wherein:

the information inputted into the system identifies the at least one RF receiver to which at least the inputted message is transmitted by the RF transmission system and is inputted into the system before transmission of at least the inputted message from the one interface through the RF information transmission system to the at least one RF receiver.

21. A system in accordance with claim 14 wherein:

the information inputted into the system is the identification of the at least one RF receiver to which at least the inputted message is transmitted by the RF transmission system and is inputted into the system before transmission of at least the inputted message from the one interface through the RF information transmission system to the at least one RF receiver.

22. A system in accordance with claim 14 wherein:

the address of the one interface is inputted into the system at the one of the plurality of originating processors before inputting of the inputted message.

23. A system in accordance with claim 1 wherein:

the system removes from the electronic mail message a header added by the one of the plurality of originating processors before broadcast of at least the inputted message to the at least one RF receiver.

24. A system in accordance with claim 23 wherein:

the RF information transmission system comprises an RF information transmission network switch which receives at least the inputted message; and

the RF information transmission system transmits at least the inputted message from the RF information transmission network switch to a destination of the at least one RF receiver in the RF information transmission system to which at least the inputted message is to be transmitted by the RF information transmission system and the destination transmits at least the inputted message to the at least one RF receiver by RF broadcast to the at least one RF receiver.

25. A system in accordance with claim 24 wherein:

the information inputted into the system identifies the at least one RF receiver to which at least the inputted message is transmitted by the RF transmission system and is inputted into the system before transmission of at least the inputted message from the one interface through the RF information transmission system to the at least one RF receiver.

26. A system in accordance with claim 23 wherein:

the information inputted into the system identifies the at least one RF receiver to which at least the inputted message is transmitted by the RF transmission system and is inputted into the system before transmission of at least the inputted message from the one interface through the RF information transmission system to the at least one RF receiver.

27. A system in accordance with claim 23 wherein:

the address of the one interface is inputted at the one of the plurality of originating processors.

28. A system in accordance with claim 1 wherein:

the RF information transmission system comprises an RF information transmission network switch which receives at least the inputted message; and

the RF information transmission system transmits at least the inputted message from the RF information transmission network switch to a destination of the at least one RF receiver in the RF information transmission system to which at least the inputted message is to be transmitted by the RF information transmission system and the destination transmits at least the inputted message to the at least one RF receiver by RF broadcast to the at least one RF receiver.

29. A system in accordance with claim 28 wherein:

the information inputted into the system identifies the at least one RF receiver to which at least the inputted message is transmitted by the RF transmission system and is inputted into the system before transmission of at least the inputted message from the one interface through the RF information transmission system to the at least one RF receiver.

30. A system in accordance with claim 1 wherein:

a security check is performed on the electronic mail message to determine if the electronic mail message should be transmitted by the RF information transmission system.

31. A system in accordance with claim 30 wherein:

the information inputted into the system identifies the at least one RF receiver to which at least the inputted message is transmitted by the RF transmission system and is inputted into the system before transmission of at least the inputted message from the one interface through the RF information transmission system to the at least one RF receiver.

32. A system in accordance with claim 1 wherein:

the information inputted into the system identifies the at least one RF receiver to which at least the inputted message is transmitted by the RF transmission system and is inputted into the system before transmission of at least the inputted message from the one interface through the RF information transmission system to the at least one RF receiver.

33. A system in accordance with claim 1 wherein:

the address of the one interface is inputted into the system at the one of the plurality of originating processors before inputting of the inputted message.

34. A system in accordance with claim 1 wherein:

the address of the one interface is inputted into the system at the one of the plurality of originating processors before inputting of the inputted message; and

the information inputted into the system is inputted at the one of the plurality of originating processors.

35. A system in accordance with claim 1 wherein:

the address of the one interface is inputted into the system at the one of the plurality of originating processors.

36. A system in accordance with claim 1 wherein:

an identification of the at least one RF receiver is inputted into the system at the one of the plurality of originating processors.

37. A system in accordance with claim 1 wherein:

the address of the one interface is inputted into the system at the one of the plurality of originating processors; and

the information inputted into the system is inputted at the one of the plurality of originating processors and identifies the at least one RF receiver.

38. A method for transmitting an inputted message, contained in an electronic mail message originating from one of a plurality of originating processors contained in at least one electronic mail system, to at least one RF receiver with at least the inputted message being transmitted by an RF information transmission system to the at least one RF receiver comprising:

connecting the at least one electronic mail system containing the plurality of originating processors to the RF information transmission system with one of at least one interface; and

the electronic mail message originating from the one of the plurality of originating processors includes an address of the one interface and is transmitted from the one of the plurality of originating processors to the one interface which processes the electronic mail message with the one of the at least one electronic mail system responding to the address of the one interface to direct the electronic mail message from the one of the plurality of originating processors to the one interface;

transmitting at least the inputted message through the RF information transmission system to the at least one RF receiver after information is inputted; and

the one interface comprises a processor, a bus coupled to the processor and to a plurality of ports, at least one of the plurality of ports being coupled through a modem to the RF information transmission system and at least another of the plurality of ports being coupled through a modem to the at least one electronic mail system.

39. A method in accordance with claim 38 further comprising:

one of the at least one RF receiver transmits the inputted message to a processor.

40. A method in accordance with claim 39 wherein:

the inputted information identifies the at least one RF receiver to which at least the inputted message is transmitted by the RF transmission system and is inputted before transmission of at least the inputted message from the one interface through the RF information transmission system to the at least one RF receiver.

41. A method in accordance with claim 39 wherein:

the address of the one interface is inputted at the one of the plurality of originating processors.

42. A method in accordance with claim 38 further comprising:

storing the electronic mail messages, assembling the electronic mail message with electronic mail messages received from a plurality of the originating processors into a packet and transmitting the packet to the RF information transmission system.

43. A method in accordance with claim 42 further comprising:

removing from the electronic mail message a header added by the one of the plurality of originating processors before broadcast of at least the inputted message to the at least one RF receiver.

44. A method in accordance with claim 43 wherein:

the RF information transmission system comprises an RF information transmission network switch which receives at least the inputted message; and

the RF information transmission system transmits at least the inputted message from the RF information transmission network switch to a destination of the at least one RF receiver in the RF information transmission system to which at least the inputted message is to be transmitted by the RF information transmission system and the destination transmits at least the inputted message to the at least one RF receiver by RF broadcast to the at least one RF receiver.

45. A method in accordance with claim 44 wherein:

the inputted information identifies the at least one RF receiver to which at least the inputted message is transmitted by the RF transmission system and is inputted before transmission of at least the inputted message from the one interface through the RF information transmission system to the at least one RF receiver.

46. A method in accordance with claim 43 wherein:

the inputted information identifies the at least one RF receiver to which at least the inputted message is transmitted by the RF transmission system and is inputted before transmission of at least the inputted message from the one interface through the RF information transmission system to the at least one RF receiver.

47. A method in accordance with claim 42 wherein:

the RF information transmission system comprises an RF information transmission network switch which receives at least the inputted message; and

the RF information transmission system transmits at least the inputted message from the RF information trans-

mission network switch to a destination of the at least one RF receiver in the RF information transmission system to which at least the inputted message is to be transmitted by the RF information transmission system and the destination transmits at least the inputted message to the at least one RF receiver by RF broadcast to the at least one RF receiver.

48. A method in accordance with claim 47 wherein:

the inputted information identifies the at least one RF receiver to which at least the inputted message is transmitted by the RF transmission system and is inputted before transmission of at least the inputted message from the one interface through the RF information transmission system to the at least one RF receiver.

49. A method in accordance with claim 42 wherein:

the inputted information identifies the at least one RF receiver to which at least the inputted message is transmitted by the RF transmission system and is inputted before transmission of at least the inputted message from the one interface through the RF information transmission system to the at least one RF receiver.

50. A method in accordance with claim 42 wherein:

the address of the one interface is inputted at the one of the plurality of originating processors.

51. A method in accordance with claim 38 wherein:

the one of the plurality of originating processors displays an icon which, when selected in combination with inputting of the inputted message combines the inputted message with the address of the one interface and an identification of the at least one RF receiver to form the electronic mail message and the RF information transmission system in response to the identification of the at least one RF receiver transmits the inputted message and the identification of the at least one RF receiver through the RF information transmission system to a broadcast location and the broadcast location broadcasts the identification and the inputted message to the at least one RF receiver.

52. A method in accordance with claim 51 further comprising:

removing from the electronic mail message a header added by the one of the plurality of the originating processors before broadcast of at least the inputted message to the at least one RF receiver.

53. A method in accordance with claim 52 wherein:

the RF information transmission system comprises an RF information transmission network switch which receives at least the inputted message; and

the RF information transmission system transmits at least the inputted message from the RF information transmission network switch to a destination of the at least one RF receiver in the RF information transmission system to which at least the inputted message is to be transmitted by the RF information transmission system and the destination transmits at least the inputted message to the at least one RF receiver by RF broadcast to the at least one RF receiver.

54. A method in accordance with claim 53 wherein:

the inputted information identifies the at least one RF receiver to which at least the inputted message is transmitted by the RF transmission system and is inputted before transmission of at least the inputted message from the one interface through the RF information transmission system to the at least one RF receiver.

55. A method in accordance with claim 52 wherein:

the inputted information identifies the at least one RF receiver to which at least the inputted message is transmitted by the RF transmission system and is inputted before transmission of at least the inputted message from the one interface through the RF information transmission system to the at least one RF receiver.

56. A method in accordance with claim 51 wherein:

the RF information transmission system comprises an RF information transmission network switch which receives at least the inputted message; and

the RF information transmission system transmits at least the inputted message from the RF information transmission network switch to a destination of the at least one RF receiver in the RF information transmission system to which at least the inputted message is to be transmitted by the RF information transmission system and the destination transmits at least the inputted message to the at least one RF receiver by RF broadcast to the at least one RF receiver.

57. A method in accordance with claim 56 wherein:

the inputted information identifies the at least one RF receiver to which at least the inputted message is transmitted by the RF transmission system and is inputted before transmission of at least the inputted message from the one interface through the RF information transmission system to the at least one RF receiver.

58. A method in accordance with claim 51 wherein:

the inputted information includes the identification of the at least one RF receiver to which at least the inputted message is transmitted by the RF transmission system and is inputted before transmission of at least the inputted message from the one interface through the RF information transmission system to the at least one RF receiver.

59. A method in accordance with claim 51 wherein:

the address of the one interface is inputted at the one of the plurality of originating processors.

60. A method in accordance with claim 38 further comprising:

removing from the electronic mail message a header added by the one of the plurality of originating processors before broadcast of at least the inputted message to the at least one RF receiver.

61. A method in accordance with claim 60 wherein:

the RF information transmission system comprises an RF information transmission network switch which receives at least the inputted message; and

the RF information transmission system transmits at least the inputted message from the RF information transmission network switch to a destination of the at least one RF receiver in the RF information transmission system to which at least the inputted message is to be transmitted by the RF information transmission system and the destination transmits at least the inputted message to the at least one RF receiver by RF broadcast to the at least one RF receiver.

62. A method in accordance with claim 61 wherein:

the inputted information identifies the at least one RF receiver to which at least the inputted message is transmitted by the RF transmission system and is inputted before transmission of at least the inputted message from the one interface through the RF information transmission system to the at least one RF receiver.

63. A method in accordance with claim 60 wherein:

the inputted information identifies the at least one RF receiver to which at least the inputted message is transmitted by the RF transmission system and is inputted before transmission of at least the inputted message from the one interface through the RF information transmission system to the at least one RF receiver.

64. A method in accordance with claim 38 wherein:

the RF information transmission system comprises an RF information transmission network switch which receives at least the inputted message; and

the RF information transmission system transmits at least the inputted message from the RF information transmission network switch to a destination of the at least one RF receiver in the RF information transmission system to which at least the inputted message is to be transmitted by the RF information transmission system and the destination transmits at least the inputted message to the at least one RF receiver by RF broadcast to the at least one RF receiver.

65. A method in accordance with claim 64 wherein:

the inputted information identifies the at least one RF receiver to which at least the inputted message is transmitted by the RF transmission system and is inputted before transmission of at least the inputted message from the one interface through the RF information transmission system to the at least one RF receiver.

66. A method in accordance with claim 38 wherein:

a security check is performed on the electronic mail message to determine if the electronic mail message should be transmitted by the RF information transmission system.

67. A method in accordance with claim 66 wherein:

the inputted information identifies the at least one RF receiver to which at least the inputted message is transmitted by the RF transmission system and is inputted before transmission of at least the inputted message from the one interface through the RF information transmission system to the at least one RF receiver.

68. A method in accordance with claim 38 wherein:

the inputted information identifies the at least one RF receiver to which at least the inputted message is transmitted by the RF transmission system and is inputted before transmission of at least the inputted message from the one interface through the RF information transmission system to the at least one RF receiver.

69. A method in accordance with claim 38 wherein:

the address of the one interface is inputted at the one of the plurality of originating processors.

70. A method in accordance with claim 38 wherein:

the address of the one interface in the at least one electronic mail system is inputted at the one of the plurality of originating processors; and

the inputted information is inputted at the one of the plurality of originating processors.

71. A method in accordance with claim 38 wherein:

the address of the one interface is inputted at the one of the plurality of originating processors.

72. A method in accordance with claim 38 wherein:

an identification of the at least one RF receiver is inputted at the one of the plurality of originating processors.

73. A method in accordance with claim 38 wherein:

the address of the one interface is inputted at the one of the plurality of originating processors; and

the inputted information is inputted at the one of the plurality of originating processors and identifies the at least one RF receiver.

74. A system for transmitting an inputted message, contained in an electronic mail message originating from one of a plurality of originating processors contained in at least one electronic mail system, to at least one RF receiver with at least the inputted message being transmitted by an RF information transmission system to the at least one RF receiver comprising:

at least one interface, one of the at least one interface connecting the at least one electronic mail system containing the plurality of originating processors to the RF information transmission system; and wherein

the electronic mail message originating from the one of the plurality of originating processors includes an address of the one interface and is transmitted from the one of the plurality of originating processors to the one interface which processes the electronic mail message with one of the at least one electronic mail system responding to the address of the one interface to direct the electronic mail message from the one of the plurality of originating processors to the one interface;

information identifying the at least one RF receiver to which at least the inputted message is transmitted by the RF transmission system is inputted to the system before transmission of at least the inputted message by the RF information transmission system to the at least one RF receiver and the RF information transmission system responds to the information identifying the at least one RF receiver to provide transmission of at least the inputted message through the RF information transmission system to the at least one RF receiver; and

the one interface comprises a processor, a bus coupled to the processor and to a plurality of ports, at least one of the plurality of ports being coupled through a modem to the RF information transmission system and at least another of the plurality of ports being coupled through a modem to the at least one electronic mail system.

75. A system in accordance with claim 74 wherein:

a destination processor in one of the at least one electronic mail system is coupled to one of the at least one RF receiver and receives the inputted message.

76. A system in accordance with claim 75 wherein:

the system removes from the electronic mail message a header added by the one of the plurality of originating processors before broadcast of at least the inputted message to the at least one RF receiver.

77. A system in accordance with claim 76 wherein:

the RF information transmission system comprises an RF information transmission network switch which receives at least the inputted message; and

the RF information transmission system transmits at least the inputted message from the RF information transmission network switch to a destination of the at least one RF receiver in the RF information transmission system to which at least the inputted message is to be transmitted by the RF information transmission system and the destination transmits at least the inputted message to the at least one RF receiver by RF broadcast to the at least one RF receiver.

78. A system in accordance with claim 75 wherein:

the RF information transmission system comprises an RF information transmission network switch which receives at least the inputted message; and

the RF information transmission system transmits at least the inputted message from the RF information transmission network switch to a destination of the at least one RF receiver in the RF information transmission system to which at least the inputted message is to be transmitted by the RF information transmission system and the destination transmits at least the inputted message to the at least one RF receiver by RF broadcast to the at least one RF receiver.

79. A system in accordance with claim 74 wherein:

the one interface stores the processed electronic mail message, assembles the processed electronic mail message with processed electronic mail messages received from a plurality of the originating processors into a packet and transmits the packet to the one of the at least one RF transmission system.

80. A system in accordance with claim 79 wherein:

the system removes from the electronic mail message a header added by the one of the plurality of originating processors before broadcast of at least the inputted message to the at least one RF receiver.

81. A system in accordance with claim 80 wherein:

the RF information transmission system comprises an RF information transmission network switch which receives at least the inputted message; and

the RF information transmission system transmits at least the inputted message from the RF information transmission network switch to a destination of the at least one RF receiver in the RF information transmission system to which at least the inputted message is to be transmitted by the RF information transmission system and the destination transmits at least the inputted message to the at least one RF receiver by RF broadcast to the at least one RF receiver.

82. A system in accordance with claim 79 wherein:

the RF information transmission system comprises an RF information transmission network switch which receives at least the inputted message; and

the RF information transmission system transmits at least the inputted message from the RF information transmission network switch to a destination of the at least one RF receiver in the RF information transmission system to which at least the inputted message is to be transmitted by the RF information transmission system and the destination transmits at least the inputted message to the at least one RF receiver by RF broadcast to the at least one RF receiver.

83. A system in accordance with claim 74 wherein:

the system removes from the electronic mail message a header added by the one of the plurality of originating processors before broadcast of at least the inputted message to the at least one RF receiver.

84. A system in accordance with claim 83 wherein:

the RF information transmission system comprises an RF information transmission network switch which receives at least the inputted message; and

the RF information transmission system transmits at least the inputted message from the RF information transmission network switch to a destination of the at least one RF receiver in the RF information transmission system to which at least the inputted message is to be transmitted by the RF information transmission system and the destination transmits at least the inputted message to the at least one RF receiver by RF broadcast to the at least one RF receiver.

85. A system in accordance with claim 74 wherein:

the RF information transmission system comprises an RF information transmission network switch which receives at least the inputted message; and

the RF information transmission system transmits at least the inputted message from the RF information transmission network switch to a destination of the at least one RF receiver in the RF information transmission system to which at least the inputted message is to be transmitted by the RF information transmission system and the destination transmits at least the inputted message to the at least one RF receiver by RF broadcast to the at least one RF receiver.

86. A system in accordance with claim 74 wherein:

the address of the one interface is inputted into the system at the one of the plurality of originating processors.

87. A system in accordance with claim 74 wherein:

an identification of the at least one RF receiver is inputted into the system at the one of the plurality of originating processors.

88. A method for transmitting an inputted message, contained in an electronic mail message originating from one of a plurality of originating processors contained in at least one electronic mail system, to at least one RF receiver with the inputted message being transmitted by an RF information transmission system to the at least one RF receiver comprising:

connecting the at least one electronic mail system containing the plurality of originating processors to the RF information transmission system with one of at least one interface;

the electronic mail message originating from the one of the plurality of originating processors includes an address of the one interface and is transmitted from the one of the plurality of originating processors to the one interface which processes the electronic mail message with the one of the at least one the electronic mail system responding to the address of the one interface to direct the electronic mail message from the one of the plurality of originating processors to the one interface;

inputting information identifying the at least one RF receiver to which at least the inputted message is transmitted by the RF information transmission system before transmission of at least the inputted message by the RF information transmission system to the at least one RF receiver and the RF information transmission system responds to the inputted information identifying the at least one RF receiver to provide transmission of at least the inputted message from the one interface through the RF information transmission system to the at least one RF receiver; and

the one interface comprises a processor, a bus coupled to the processor and to a plurality of ports, at least one of the plurality of ports being coupled through a modem to the RF information transmission system and at least another of the plurality of ports being coupled through a modem to the at least one electronic mail system.

89. A method in accordance with claim 88 further comprising:

one of the at least one RF receiver transmits the inputted message to one of a plurality of destination processors in the at least one electronic mail system.

90. A method in accordance with claim 89 wherein:

removing from the electronic mail message a header added by the one of the plurality of originating processors before broadcast of at least the inputted message to the at least one RF receiver.

91. A method in accordance with claim 88 wherein:

the one interface stores the processed electronic mail message, assembles the processed electronic mail message with processed electronic mail messages received from a plurality of the originating processors into a packet and transmits the packet to the one of the at least one RF transmission system.

92. A method in accordance with claim 91 wherein:

removing from the electronic mail message a header added by the one of the plurality of originating processors before broadcast of at least the inputted message to the at least one RF receiver.

93. A method in accordance with claim 88 wherein:

the one of the plurality of originating processors displays an icon which, when selected in combination with inputting of the inputted message combines the inputted message with the address of the one interface and an identification of the at least one RF receiver to form the electronic mail message and the RF information transmission system in response to the identification of the at least one RF receiver transmits the inputted message and the identification of the at least one RF receiver through the RF information transmission system to a broadcast location and broadcasts the identification and the inputted message to the at least one RF receiver.

94. A method in accordance with claim 88 wherein:

removing from the electronic mail message a header added by the one of the plurality of originating processors before broadcast of at least the inputted message to the at least one RF receiver.

95. A method in accordance with claim 94 wherein:

the RF information transmission system comprises an RF information transmission network switch which receives at least the inputted message; and

the RF information transmission system transmits at least the inputted message from the RF information transmission network switch to a destination of the at least one RF receiver in the RF information transmission system to which at least the inputted message is to be transmitted by the RF information transmission system and the destination transmits at least the inputted message to the at least one RF receiver by RF broadcast to the at least one RF receiver.

96. A method in accordance with claim 88 wherein:

the RF information transmission system comprises an RF information transmission network switch which receives at least the inputted message; and

the RF information transmission system transmits at least the inputted message from the RF information transmission network switch to a destination of the at least one RF receiver in the RF information transmission system to which at least the inputted message is to be transmitted by the RF information transmission system and the destination transmits at least the inputted message to the at least one RF receiver by RF broadcast to the at least one RF receiver.

97. A method in accordance with claim 88 wherein:

the address of the one interface is inputted at the one of the plurality of originating processors.

98. A method in accordance with claim 88 wherein:

an identification of the at least one RF receiver is inputted at the one of the plurality of originating processors.

99. A system for transmitting an inputted message, contained in an electronic mail message originating from one of a plurality of originating processors contained in at least one electronic mail system, to at least one RF receiver with at least the inputted message being transmitted by an RF information transmission system to the at least one RF receiver comprising:

at least one interface, one of the at least one interface connecting the at least one electronic mail system containing the plurality of originating processors to the RF information transmission system; and wherein

the electronic mail message originating from one of the plurality of originating processors includes an address of the one interface and is transmitted from the one of the plurality of originating processors to the one interface which processes the electronic mail message with the one of the at least one electronic mail system responding to the address of the one interface to direct the electronic mail message from the one of the plurality of originating processors to the one interface;

the RF information transmission system transmits at least the inputted message from the one interface through the RF information transmission system to the at least one RF receiver after information is inputted to the system; and

at least one additional information source, each additional information source being coupled to at least one of the at least one interface and originating other information from outside any of the at least one electronic mail system for transmission to at least one RF receiver and information used by the RF information transmission system to identify the at least one RF receiver to receive the other information with the RF information transmission system providing transmission of the other information through the RF information transmission system to the identified at least one RF receiver receiving the other information.

100. A system in accordance with claim 99 wherein:

a destination processor in one of the at least one electronic mail system is coupled to one of the at least one RF receiver and receives the inputted message.

101. A system in accordance with claim 100 wherein:

the system removes from the electronic mail message a header added by the one of the plurality of originating processors before broadcast of at least the inputted message to the at least one RF receiver.

102. A system in accordance with claim 101 wherein:

the RF information transmission system comprises an RF information transmission network switch which receives at least the inputted message; and

the RF information transmission system transmits at least the inputted message from the RF information transmission network switch to a destination of the at least one RF receiver in the RF information transmission system to which at least the inputted message is to be transmitted by the RF information transmission system and the destination transmits at least the inputted message to the at least one RF receiver by RF broadcast to the at least one RF receiver.

103. A system in accordance with claim 102 wherein:

the information inputted into the system identifies the at least one RF receiver to which at least the inputted

message is transmitted by the RF transmission system and is inputted into the system before transmission of at least the inputted message from the one interface through the RF information transmission system to the at least one RF receiver.

**104**. A system in accordance with claim **101** wherein:

the information inputted into the system identifies the at least one RF receiver to which at least the inputted message is transmitted by the RF transmission system and is inputted into the system before transmission of at least the inputted message from the one interface through the RF information transmission system to the at least one RF receiver.

**105**. A system in accordance with claim **100** wherein:

the RF information transmission system comprises an RF information transmission network switch which receives at least the inputted message; and

the RF information transmission system transmits at least the inputted message from the RF information transmission network switch to a destination of the at least one RF receiver in the RF information transmission system to which at least the inputted message is to be transmitted by the RF information transmission system and the destination transmits at least the inputted message to the at least one RF receiver by RF broadcast to the at least one RF receiver.

**106**. A system in accordance with claim **105** wherein:

the information inputted into the system identifies the at least one RF receiver to which at least the inputted message is transmitted by the RF transmission system and is inputted into the system before transmission of at least the inputted message from the one interface through the RF information transmission system to the at least one RF receiver.

**107**. A system in accordance with claim **100** wherein:

the information inputted into the system identifies the at least one RF receiver to which at least the inputted message is transmitted by the RF transmission system and is inputted into the system before transmission of at least the inputted message from the one interface through the RF information transmission system to the at least one RF receiver.

**108**. A system in accordance with claim **99** wherein:

the one interface stores the processed electronic mail message, assembles the processed electronic mail message with processed electronic mail messages received from a plurality of the originating processors into a packet and transmits the packet to the RF transmission network.

**109**. A system in accordance with claim **108** wherein:

the system removes from the electronic mail message a header added by the one of the plurality of originating processors before broadcast of at least the inputted message to the at least one RF receiver.

**110**. A system in accordance with claim **109** wherein:

the RF information transmission system comprises an RF information transmission network switch which receives at least the inputted message; and

the RF information transmission system transmits at least the inputted message from the RF information transmission network switch to a destination of the at least one RF receiver in the RF information transmission system to which at least the inputted message is to be transmitted by the RF information transmission system and the destination transmits at least the inputted message to the at least one RF receiver by RF broadcast to the at least one RF receiver.

**111**. A system in accordance with claim **110** wherein:

the information inputted into the system identifies the at least one RF receiver to which at least the inputted message is transmitted by the RF transmission system and is inputted into the system before transmission of at least the inputted message from the one interface through the RF information transmission system to the at least one RF receiver.

**112**. A system in accordance with claim **108** wherein:

the RF information transmission system comprises an RF information transmission network switch which receives at least the inputted message; and

the RF information transmission system transmits at least the inputted message from the RF information transmission network switch to a destination of the at least one RF receiver in the RF information transmission system to which at least the inputted message is to be transmitted by the RF information transmission system and the destination transmits at least the inputted message to the at least one RF receiver by RF broadcast to the at least one RF receiver.

**113**. A system in accordance with claim **112** wherein:

the information inputted into the system identifies the at least one RF receiver to which at least the inputted message is transmitted by the RF transmission system and is inputted into the system before transmission of at least the inputted message from the one interface through the RF information transmission system to the at least one RF receiver.

**114**. A system in accordance with claim **108** wherein:

the information inputted into the system identifies the at least one RF receiver to which at least the inputted message is transmitted by the RF transmission system and is inputted into the system before transmission of at least the inputted message from the one interface through the RF information transmission system to the at least one RF receiver.

**115**. A system in accordance with claim **99** wherein:

the one of the plurality of originating processors displays an icon which, when selected in combination with inputting of the inputted message combines the inputted message with the address of the one interface and an identification of the at least one RF receiver to form the electronic mail message and the RF information transmission system in response to the identification of the at least one RF receiver transmits the inputted message and the identification of the at least one RF receiver through the RF information transmission system to a broadcast location and broadcasts the identification and the inputted message to the at least one RF receiver.

**116**. A system in accordance with claim **115** wherein:

the information inputted into the system identifies the at least one RF receiver to which at least the inputted message is transmitted by the RF transmission system and is inputted into the system before transmission of at least the inputted message from the one interface through the RF information transmission system to the at least one RF receiver.

**117**. A system in accordance with claim **99** wherein:

the system removes from the electronic mail message a header added by the one of the plurality of originating processors before broadcast of at least the inputted message to the at least one RF receiver.

**118**. A system in accordance with claim **117** wherein:

the RF information transmission system comprises an RF information transmission network switch which receives at least the inputted message; and

the RF information transmission system transmits at least the inputted message from the RF information transmission network switch to a destination of the at least one RF receiver in the RF information transmission system to which at least the inputted message is to be transmitted by the RF information transmission system and the destination transmits at least the inputted message to the at least one RF receiver by RF broadcast to the at least one RF receiver.

119. A system in accordance with claim 118 wherein:

the information inputted into the system identifies the at least one RF receiver to which at least the inputted message is transmitted by the RF transmission system and is inputted into the system before transmission of at least the inputted message from the one interface through the RF information transmission system to the at least one RF receiver.

120. A system in accordance with claim 117 wherein:

the information inputted into the system identifies the at least one RF receiver to which at least the inputted message is transmitted by the RF transmission system and is inputted into the system before transmission of at least the inputted message from the one interface through the RF information transmission system to the at least one RF receiver.

121. A system in accordance with claim 99 wherein:

the RF information transmission system comprises an RF information transmission network switch which receives at least the inputted message; and

the RF information transmission system transmits at least the inputted message from the RF information transmission network switch to a destination of the at least one RF receiver in the RF information transmission system to which at least the inputted message is to be transmitted by the RF information transmission system and the destination transmits at least the inputted message to the at least one RF receiver by RF broadcast to the at least one RF receiver.

122. A system in accordance with claim 121 wherein:

the information inputted into the system identifies the at least one RF receiver to which at least the inputted message is transmitted by the RF transmission system and is inputted into the system before transmission of at least the inputted message from the one interface through the RF information transmission system to the at least one RF receiver.

123. A system in accordance with claim 99 wherein:

the information inputted into the system identifies the at least one RF receiver to which at least the inputted message is transmitted by the RF transmission system and is inputted into the system before transmission of at least the inputted message from the one interface through the RF information transmission system to the at least one RF receiver.

124. A system in accordance with claim 99 wherein:

the address of the one interface is inputted into the system at the one of the plurality of originating processors.

125. A system in accordance with claim 99 wherein:

the address of the one interface is inputted into the system at the one of the plurality of originating processors; and

the information inputted into the system is inputted at the one of the plurality of originating processors and identifies the at least one RF receiver.

126. A method for transmitting an inputted message, contained in electronic mail message originating from one of a plurality of originating processors contained in at least one electronic mail system, to at least one RF receiver with at least the inputted message originating from one of the plurality of originating processors and being transmitted by an RF information transmission system to the at least one RF receiver comprising:

connecting the at least one electronic mail system containing the plurality of originating processors to the RF information transmission system with one of at least one interface;

the electronic mail message originating from the one of the plurality of originating processors includes an address of the one interface and is transmitted from the one of the plurality of originating processors to the one interface which processes the electronic mail message with one of the at least one electronic mail system responding to the address of the one interface to direct the electronic mail message from the one of the plurality of originating processors to the one interface;

transmitting at least the inputted message through the RF information transmission system to the at least one RF receiver after information is inputted; and

at least one additional information source, each additional information source being coupled to at least one of the at least one interface and originating other information from outside any of the at least one electronic mail system for transmission to at least one RF receiver and information used by the RF information transmission system to identify the at least one RF receiver to receive the other information with the RF information transmission system providing transmission of the other information through the RF information transmission system to the identified at least one RF receiver receiving the other information.

127. A method in accordance with claim 126 further comprising:

one of the at least one RF receiver transmits the inputted message to a destination processor in one of the at least one electronic mail system.

128. A method in accordance with claim 127 further comprising:

removing from the electronic mail message a header added by the one of the plurality of originating processors before broadcast of at least the inputted message to the at least one RF receiver.

129. A method in accordance with claim 128 wherein:

the RF information transmission system comprises an RF information transmission network switch which receives at least the inputted message; and

the RF information transmission system transmits at least the inputted message from the RF information transmission network switch to a destination of the at least one RF receiver in the RF information transmission system to which at least the inputted message is to be transmitted by the RF information transmission system and the destination transmits at least the inputted message to the at least one RF receiver by RF broadcast to the at least one RF receiver.

130. A method in accordance with claim 129 wherein:

the inputted information identifies the at least one RF receiver to which at least the inputted message is transmitted by the RF transmission system and is inputted before transmission of at least the inputted message from the one interface through the RF information transmission system to the at least one RF receiver.

131. A method in accordance with claim 128 wherein:

the inputted information identifies the at least one RF receiver to which at least the inputted message is transmitted by the RF transmission system and is inputted before transmission of at least the inputted message from the one interface through the RF information transmission system to the at least one RF receiver.

132. A method in accordance with claim 127 wherein:

the RF information transmission system comprises an RF information transmission network switch which receives at least the inputted message; and

the RF information transmission system transmits at least the inputted message from the RF information transmission network switch to a destination of the at least one RF receiver in the RF information transmission system to which at least the inputted message is to be transmitted by the RF information transmission system and the destination transmits at least the inputted message to the at least one RF receiver by RF broadcast to the at least one RF receiver.

133. A method in accordance with claim 132 wherein:

the inputted information identifies the at least one RF receiver to which at least the inputted message is transmitted by the RF transmission system and is inputted before transmission of at least the inputted message from the one interface through the RF information transmission system to the at least one RF receiver.

134. A method in accordance with claim 127 wherein:

the inputted information identifies the at least one RF receiver to which at least the inputted message is transmitted by the RF transmission system and is inputted before transmission of at least the inputted message from the one interface through the RF information transmission system to the at least one RF receiver.

135. A method in accordance with claim 126 further comprising:

storing the processed electronic mail message, assembling the processed electronic mail message with processed electronic mail messages received from a plurality of the originating processors into a packet and transmitting the packet to the one of the at least one RF transmission system.

136. A method in accordance with claim 135 further comprising:

removing from the electronic mail message a header added by the one of the plurality of originating processors before broadcast of at least the inputted message to the at least one RF receiver.

137. A method in accordance with claim 136 wherein:

the RF information transmission system comprises an RF information transmission network switch which receives at least the inputted message; and

the RF information transmission system transmits at least the inputted message from the RF information transmission network switch to a destination of the at least one RF receiver in the RF information transmission system to which at least the inputted message is to be transmitted by the RF information transmission system and the destination transmits at least the inputted message to the at least one RF receiver by RF broadcast to the at least one RF receiver.

138. A method in accordance with claim 137 wherein:

the inputted information identifies the at least one RF receiver to which at least the inputted message is transmitted by the RF transmission system and is inputted before transmission of at least the inputted message from the one interface through the RF information transmission system to the at least one RF receiver.

139. A method in accordance with claim 136 wherein:

the inputted information identifies the at least one RF receiver to which at least the inputted message is transmitted by the RF transmission system and is inputted before transmission of at least the inputted message from the one interface through the RF information transmission system to the at least one RF receiver.

140. A method in accordance with claim 135 wherein:

the RF information transmission system comprises an RF information transmission network switch which receives at least the inputted message; and

the RF information transmission system transmits at least the inputted message from the RF information transmission network switch to a destination of the at least one RF receiver in the RF information transmission system to which at least the inputted message is to be transmitted by the RF information transmission system and the destination transmits at least the inputted message to the at least one RF receiver by RF broadcast to the at least one RF receiver.

141. A method in accordance with claim 140 wherein:

the inputted information identifies the at least one RF receiver to which at least the inputted message is transmitted by the RF transmission system and is inputted before transmission of at least the inputted message from the one interface through the RF information transmission system to the at least one RF receiver.

142. A method in accordance with claim 135 wherein:

the inputted information identifies the at least one RF receiver to which at least the inputted message is transmitted by the RF transmission system and is inputted before transmission of at least the inputted message from the one interface through the RF information transmission system to the at least one RF receiver.

143. A method in accordance with claim 126 wherein:

the one of the plurality of originating processors displays an icon which, when selected in combination with inputting of the inputted message combines the inputted message with the address of the one interface and an identification of the at least one RF receiver to form the electronic mail message and the RF information transmission system in response to the identification of the at least one RF receiver transmits the inputted message and the identification of the at least one RF receiver through the RF information transmission system to a broadcast location and broadcasts the identification and the inputted message to the at least one RF receiver.

144. A method in accordance with claim 143 further comprising:

removing from the electronic mail message a header added by the one of the plurality of originating processors before broadcast of at least the inputted message to the at least one RF receiver.

145. A method in accordance with claim 144 wherein:

the RF information transmission system comprises an RF information transmission network switch which receives at least the inputted message; and

the RF information transmission system transmits at least the inputted message from the RF information transmission network switch to a destination of the at least one RF receiver in the RF information transmission system to which at least the inputted message is to be transmitted by the RF information transmission system and the destination transmits at least the inputted message to the at least one RF receiver by RF broadcast to the at least one RF receiver.

**146**. A method in accordance with claim **142** wherein:

the inputted information identifies the at least one RF receiver to which at least the inputted message is transmitted by the RF transmission system and is inputted before transmission of at least the inputted message from the one interface through the RF information transmission system to the at least one RF receiver.

**147**. A method in accordance with claim **144** wherein:

the inputted information identifies the at least one RF receiver to which at least the inputted message is transmitted by the RF transmission system and is inputted before transmission of at least the inputted message from the one interface through the RF information transmission system to the at least one RF receiver.

**148**. A method in accordance with claim **143** wherein:

the RF information transmission system comprises an RF information transmission network switch which receives at least the inputted message; and

the RF information transmission system transmits at least the inputted message from the RF information transmission network switch to a destination of the at least one RF receiver in the RF information transmission system to which at least the inputted message is to be transmitted by the RF information transmission system and the destination transmits at least the inputted message to the at least one RF receiver by RF broadcast to the at least one RF receiver.

**149**. A method in accordance with claim **148** wherein:

the inputted information identifies the at least one RF receiver to which at least the inputted message is transmitted by the RF transmission system and is inputted before transmission of at least the inputted message from the one interface through the RF information transmission system to the at least one RF receiver.

**150**. A method in accordance with claim **143** wherein:

the inputted information identifies the at least one RF receiver to which at least the inputted message is transmitted by the RF transmission system and is inputted before transmission of at least the inputted message from the one interface through the RF information transmission system to the at least one RF receiver.

**151**. A method in accordance with claim **126** further comprising:

removing from the electronic mail message a header added by the one of the plurality of originating processors before broadcast of the electronic mail message to the at least one RF receiver.

**152**. A method in accordance with claim **151** wherein:

the RF information transmission system comprises an RF information transmission network switch which receives at least the inputted message; and

the RF information transmission system transmits at least the inputted message from the RF information transmission network switch to a destination of the at least one RF receiver in the RF information transmission system to which at least the inputted message is to be transmitted by the RF information transmission system and the destination transmits at least the inputted message to the at least one RF receiver by RF broadcast to the at least one RF receiver.

**153**. A method in accordance with claim **152** wherein:

the inputted information identifies the at least one RF receiver to which at least the inputted message is transmitted by the RF transmission system and is inputted before transmission of at least the inputted message from the one interface through the RF information transmission system to the at least one RF receiver.

**154**. A method in accordance with claim **151** wherein:

the inputted information identifies the at least one RF receiver to which at least the inputted message is transmitted by the RF transmission system and is inputted before transmission of at least the inputted message from the one interface through the RF information transmission system to the at least one RF receiver.

**155**. A method in accordance with claim **126** wherein:

the RF information transmission system comprises an RF information transmission network switch which receives at least the inputted message; and

the RF information transmission system transmits at least the inputted message from the RF information transmission network switch to a destination of the at least one RF receiver in the RF information transmission system to which at least the inputted message is to be transmitted by the RF information transmission system and the destination transmits at least the inputted message to the at least one RF receiver by RF broadcast to the at least one RF receiver.

**156**. A method in accordance with claim **155** wherein:

the inputted information identifies the at least one RF receiver to which at least the inputted message is transmitted by the RF transmission system and is inputted before transmission of at least the inputted message from the one interface through the RF information transmission system to the at least one RF receiver.

**157**. A method in accordance with claim **126** wherein:

the inputted information identifies the at least one RF receiver to which at least the inputted message is transmitted by the RF transmission system and is inputted before transmission of at least the inputted message from the one interface through the RF information transmission system to the at least one RF receiver.

**158**. A method in accordance with claim **126** wherein:

the address of the one interface is inputted at the one of the plurality of originating processors.

**159**. A method in accordance with claim **126** wherein:

the address of the one interface is inputted at the one of the plurality of originating processors; and

the inputted information is inputted at the one of the plurality of originating processors and identifies the at least one RF receiver.

**160**. A system for transmitting an inputted message, contained in an electronic mail message originating from one of a plurality of originating processors contained in at least one electronic mail system, to at least one RF receiver with at least the inputted message being transmitted by an

RF information transmission system to the at least one RF receiver comprising:

at least one interface, one of the at least one interface connecting the at least one electronic mail system containing the plurality of originating processors to the RF information transmission system; and wherein

the electronic mail message originating from the one of the plurality of originating processors includes an address of the one interface and is transmitted from the one of the plurality of originating processors to the one interface which processes the electronic mail message with the one of the at least one electronic mail system responding to the address of the one interface to direct the electronic mail message from the one of the plurality of originating processors to the one interface;

the RF information transmission system transmits at least the inputted message from the one interface through the RF information transmission system to the at least one RF receiver after information is inputted to the system; and

the RF information transmission system comprises at least one switch and at least one local service with each of the at least one switch being coupled to one of the at least one local service with one of the at least one switch transmitting at least the inputted message to the one of the at least one local service and the one local service broadcasting at least the inputted message to the at least one RF receiver.

161. A system in accordance with claim 160 wherein the at least one switch comprises:

at least one local switch with one of the at least one local switch transmitting at least the inputted message to the one local service;

at least one data switch coupled to at least one local switch of the at least one local switch with one of the at least one data switch transmitting at least the inputted message to the one of the at least one local switch; and

a hub switch coupled to the one interface and to at least one data switch with the hub switch receiving at least the inputted message from the one interface and transmitting at least the inputted message to the one of the at least one data switch.

162. A method for transmitting an inputted message, contained in an electronic mail message originating from one of a plurality of originating processors contained in at least one electronic mail system, to at least one RF receiver with at least the inputted message being transmitted by an RF information transmission system to the at least one RF receiver comprising:

connecting the at least one electronic mail system containing the plurality of originating processors to the RF information transmission system with one of at least one interface;

the electronic mail message originating from the one of the plurality of originating processors includes an address of the one interface and is transmitted from the one of the plurality of originating processors to the one interface which processes the electronic mail message with the one of the at least one electronic mail system responding to the address of the one interface to direct the electronic mail message from the one of the plurality of originating processors to the one interface;

transmitting at least the inputted message through the RF information transmission system to the at least one RF receiver after information is inputted; and

the RF information transmission system comprises at least one switch and at least one local service with each of the at least one switch being coupled to one of the at least one local service with one of the at least one switch transmitting at least the inputted message to the one of the at least one local service and the one local service broadcasting at least the inputted message to the at least one RF receiver.

163. A method in accordance with claim 162 wherein the at least one switch comprises:

at least one local switch with one of the at least one local switch transmitting at least the inputted message to the one local service;

at least one data switch coupled to at least one local switch of the at least one local switch with one of the at least one data switch transmitting at least the inputted message to the one of the at least one local switch; and

a hub switch coupled to the one interface and to the at least one data switch with the hub switch receiving at least the inputted message from the one interface and transmitting at least the inputted message to the one of the at least one data switch.

164. A system for transmitting an inputted message, contained in an electronic mail message originating from one of a plurality of originating processors contained in at least one electronic mail system, to at least one RF receiver with at least the inputted message being transmitted by an RF information transmission system to the at least one RF receiver comprising:

at least one interface, one of the at least one interface connecting the at least one electronic mail system containing the plurality of originating processors to the RF information transmission system; and wherein

the electronic mail message originating from the one of the plurality of originating processors includes an address of the one interface and is transmitted from the one of the plurality of originating processors to the one interface which processes the electronic mail message with the one of the at least one electronic mail system responding to the address of the one interface to direct the electronic mail message from the one of the plurality of originating processors to the one interface;

the RF information transmission system transmits at least the inputted message from the one interface through the RF information transmission system to the at least one RF receiver after information is inputted to the system; and

the one of the plurality of originating processors displays an icon which, when selected in combination with inputting of the inputted message combines the inputted message with the address of the one interface and an identification of the at least one RF receiver to form the electronic mail message and the RF information transmission system in response to the identification of the at least one RF receiver transmits the inputted message and the identification of the at least one RF receiver through the RF information transmission system to a broadcast location and the broadcast location broadcasts the identification and the inputted message to the at least one RF receiver.

165. A system in accordance with claim 164 wherein:

the RF information transmission system comprises at least one switch and at least one broadcast location with at least one switch being coupled to one of the at least one

broadcast location with one of the at least one switch transmitting at least the inputted message to at least one of the at least one broadcast location and the at least one broadcast location broadcasts at least the inputted message to the at least one RF receiver; and

the system removes from the electronic mail message a header added by the one of the plurality of originating processors before broadcasting of at least the inputted message to the at least one RF receiver.

166. A system in accordance with claim 165 wherein:

the identification is compared with permissible identification numbers in the RF information transmission system to determine if at least the inputted message and the identification should be transmitted by the RF information transmission system to the at least one RF receiver.

167. A system in accordance with claim 164 wherein:

the electronic mail message is processed to delete a header from the electronic mail message added by the one of the plurality of originating processors and the inputted message and the identification of the at least one RF receiver is broadcasted from at least one broadcast location, after deletion of the header, to the at least one RF receiver.

168. A system in accordance with claim 167 wherein:

information is combined with at least the inputted message and the identification of the at least one RF receiver which is used by the RF information transmission system during transmission of the inputted message and the identification of the at least one RF receiver through the RF information system to the at least one broadcast location where the inputted message and the identification of the at least one RF receiver is broadcasted to the at least one RF receiver.

169. A system in accordance with claim 168 wherein:

the identification of the at least one RF receiver is compared with permissible identification numbers in the RF information transmission system to determine if the inputted message and the identification of the at least one RF receiver should be transmitted by the RF information transmission system to the at least one RF receiver.

170. A method for transmitting an inputted message, contained in an electronic mail message originating from one of a plurality of originating processors contained in at least one electronic mail system, to at least one RF receiver with at least the inputted message being transmitted by an RF information transmission system to the at least one RF receiver comprising:

connecting the at least one electronic mail system containing the plurality of originating processors to the RF information transmission system with one of at least one interface;

the electronic mail message originating from the one of the plurality of originating processors includes an address of the one interface and is transmitted from the one of the plurality of originating processors to the one interface which processes the electronic mail message with the one of the at least one electronic mail system responding to the address of the one interface to direct the electronic mail message from the one of the plurality of originating processors to the one interface;

transmitting at least the inputted message through the RF information transmission system to the at least one RF receiver after information is inputted; and

the one of the plurality of originating processors displays an icon which, when selected in combination with inputting of the inputted message combines the inputted message with the address of the one interface and an identification of the at least one RF receiver to form the electronic mail message and the RF information transmission system in response to the identification of the at least one RF receiver transmits the inputted message and the identification of the at least one RF receiver through the RF information transmission system to a broadcast location and the broadcast location broadcasts the identification and the inputted message to the at least one RF receiver.

171. A method in accordance with claim 170 wherein:

the RF information transmission system comprises at least one switch and at least one broadcast location with at least one switch being coupled to one of the at least one broadcast location with one of the at least one switch transmitting at least the inputted message to at least one of the at least one broadcast location and the at least one broadcast location broadcasts at least the inputted message to the at least one RF receiver; and

a header added by the one of the plurality of originating processors is removed from the electronic mail message before broadcasting the inputted message and the identification to the at least one RF receiver.

172. A method in accordance with claim 171 wherein:

the identification is compared with permissible identification numbers in the RF information transmission system to determine if the inputted message and the identification should be transmitted by the RF information transmission system to the at least one RF receiver.

173. A method in accordance with claim 170 wherein:

the electronic mail message is processed to delete a header from the electronic mail message added by the one of the plurality of originating processors and the inputted message and the identification of the at least one RF receiver is broadcasted from at least one broadcast location, after deletion of the header, to the at least one RF receiver.

174. A method in accordance with claim 173 wherein:

information is combined with at least the inputted message and the identification of the at least one RF receiver which is used by the RF information transmission system during transmission of the inputted message and the identification of the at least one RF receiver through the RF information system to the at least one broadcast location where the inputted message and the identification of the at least one RF receiver is broadcasted to the at least one RF receiver.

175. A method in accordance with claim 174 wherein:

the identification of the at least one RF receiver is compared with permissible identification numbers in the RF information transmission system to determine if at least the inputted message and the identification of the at least one RF receiver should be transmitted by the RF information transmission system to the at least one RF receiver.

176. A system for transmitting an inputted message, contained in an electronic mail message originating from one of a plurality of originating processors contained in at least one electronic mail system, to at least one RF receiver with at least the inputted message being transmitted by an RF information transmission system to the at least one RF receiver comprising:

at least one interface, one of the at least one interface connecting the at least one electronic mail system

containing the plurality of originating processors to the RF information transmission system; and wherein

the electronic mail message originating from the one of the plurality of originating processors includes an address of the one interface and is transmitted from the one of the plurality of originating processors to the one interface which processes the electronic mail message with the one of the at least one electronic mail system responding to the address of the one interface to direct the electronic mail message from the one of the plurality of originating processors to the one interface; and

the one of the plurality of originating processors displays an icon which, when selected in combination with inputting of the inputted message combines the inputted message with the address of the one interface and an identification of the at least one RF receiver to form the electronic mail message and the RF information transmission system in response to the identification of the at least one RF receiver transmits the inputted message and the identification of the at least one RF receiver through the RF information transmission system to a broadcast location and the broadcast location broadcasts the identification and the inputted message to the at least one RF receiver.

**177**. A system in accordance with claim **176** wherein:

the RF information transmission system comprises at least one switch and at least one broadcast location with at least one switch being coupled to one of the at least one broadcast location with one of the at least one switch transmitting the inputted message and the identification of the at least one RF receiver to at least one of the at least one broadcast location and the at least one broadcast location broadcasts the inputted message and the identification of the at least one RF receiver to the at least one RF receiver; and

the system removes from the electronic mail message a header added by the one of the plurality of originating processors before broadcasting of the inputted message and the identification of the at least one RF receiver to the at least one RF receiver.

**178**. A system in accordance with claim **177** wherein:

the identification is compared with permissible identification numbers in the RF information transmission system to determine if the inputted message and the identification of the at least one RF receiver should be transmitted by the RF information transmission system to the at least one RF receiver.

**179**. A system in accordance with claim **171** wherein:

the electronic mail message is processed to delete a header from the electronic mail message added by the one of the plurality of originating processors and the inputted message and the identification of the at least one RF receiver is broadcasted from at least one broadcast location, after deletion of the header, to the at least one RF receiver.

**180**. A system in accordance with claim **179** wherein:

information is combined with at least the inputted message and the identification of the at least one RF receiver which is used by the RF information transmission system during transmission of the inputted message and the identification of the at least one RF receiver through the RF information system to the at least one broadcast location where the inputted message and the identification of the at least one RF receiver is broadcasted to the at least one RF receiver.

**181**. A system in accordance with claim **180** wherein:

the identification of the at least one RF receiver is compared with permissible identification numbers in the RF information transmission system to determine if the inputted message and the identification of the at least one RF receiver should be transmitted by the RF information transmission system to the at least one RF receiver.

**182**. A method for transmitting an inputted message, contained in an electronic mail message originating from one of a plurality of originating processors contained in at least one electronic mail system, to at least one RF receiver with at least the inputted message being transmitted by an RF information transmission system to the at least one RF receiver comprising:

connecting the at least one electronic mail system containing the plurality of originating processors to the RF information transmission system with one of at least one interface;

the electronic mail message originating from the one of the plurality of originating processors includes an address of the one interface and is transmitted from the one of the plurality of originating processors to the one interface which processes the electronic mail message with the one of the at least one electronic mail system responding to the address of the one interface to direct the electronic mail message from the one of the plurality of originating processors to the one interface; and

the one of the plurality of originating processors displays an icon which, when selected in combination with inputting of the inputted message combines the inputted message with the address of the one interface and an identification of the at least one RF receiver to form the electronic mail message and the RF information transmission system in response to the identification of the at least one RF receiver transmits the inputted message and the identification of the at least one RF receiver through the RF information transmission system to a broadcast location and the broadcast location broadcasts the identification and the inputted message to the at least one RF receiver.

**183**. A method in accordance with claim **168** wherein:

the RF information transmission system comprises at least one switch and at least one broadcast location with at least one switch being coupled to one of the at least one broadcast location with one of the at least one switch transmitting the inputted message and the identification of the at least one RF receiver to at least one of the at least one broadcast location and the at least one broadcast location broadcasts the inputted message and the identification of the at least one RF receiver message to the at least one RF receiver; and

a header added by the one of the plurality of originating processors is removed from the electronic mail message before broadcasting of at least the inputted message to the at least one RF receiver.

**184**. A method in accordance with claim **183** wherein:

the identification is compared with permissible identification numbers in the RF information transmission system to determine if the inputted message and the identification of the at least one RF receiver should be transmitted by the RF information transmission system.

**185**. A method in accordance with claim **182** wherein:

the electronic mail message is processed to delete a header from the electronic mail message added by the one of the plurality of originating processors and the

inputted message and the identification of the at least one RF receiver is broadcasted from at least one broadcast location, after deletion of the header, to the at least one RF receiver.

**186**. A method in accordance with claim **185** wherein:

information is combined with at least the inputted message and the identification of the at least one RF receiver which is used by the RF information transmission system during transmission of the inputted message and the identification of the at least one RF receiver through the RF information system to the at least one broadcast location where the inputted message and the identification of the at least one RF receiver is broadcasted to the at least one RF receiver.

**187**. A method in accordance with claim **186** wherein:

the identification of the at least one RF receiver is compared with permissible identification numbers in the RF information transmission system to determine if the inputted message and the identification of the at least one RF receiver should be transmitted by the RF information transmission system to the at least one RF receiver.

**188**. A method for transmitting and distributing inputted messages through a distributed system, comprising:

originating an electronic mail message from a processor in an electronic mail system which electronic mail message includes (a) an address of an interface which connects to an RF system to which the electronic mail message is delivered by the electronic mail system in response to the address in the electronic mail message, (b) an identification of at least one designated RF receiver in the RF system to receive the inputted message, and (c) the inputted message to be delivered to the at least one designated RF receiver;

receiving the originated electronic mail message at the interface which connects to the RF system;

adding information to the inputted message and the identification of the at least one designated RF receiver to facilitate transmission of the inputted message and the identification to the at least one designated RF receiver;

broadcasting the inputted message and the identification of the at least one designated RF receiver from at least one broadcast location to the at least one designated RF receiver; and

the at least one RF designated receiver receiving the broadcasted inputted message and the identification of the at least one designated RF receiver.

**189**. A method in accordance with claim **188** wherein:

a header, added by the processor, is deleted from the electronic mail message prior to broadcasting of the inputted message and the identification of the at least one designated receiver.

**190**. A method in accordance with claim **188** wherein:

the address of the interface is combined with the inputted message of the electronic mail message in response to selection of an icon at the processor and inputting of the inputted message.

**191**. A method in accordance with claim **190** wherein:

a header, added by the processor, is deleted from the electronic mail message prior to broadcasting of the inputted message and the identification of the at least one designated RF receiver to the at least one designated RF receiver.

**192**. A method in accordance with claim **188** wherein:

the identification of the at least one designated RF receiver is compared with permissible identification numbers in the RF system to determine if the inputted message and the identification of the at least one designated RF receiver should be transmitted by the RF system to the at least one designated RF receiver.

**193**. A method in accordance with claim **192** wherein:

a header, added by the processor, is deleted from the electronic mail message prior to broadcasting of the inputted message and the identification of the at least one designated RF receiver to the at least one designated RF receiver.

**194**. A method for transmitting and distributing an inputted message through at least one electronic mail system and an RF system, comprising:

transmitting an electronic mail message from a processor in an electronic mail system, which electronic mail message includes (a) an address in the electronic mail system of an interface to which the electronic mail message is delivered by the electronic mail system in response to the address in the electronic mail message, (b) an identification of at least one RF receiver in the RF system to receive the inputted message, and (c) the inputted message to be received by the at least one RF receiver;

receiving the transmitted electronic mail message at the interface and transmitting at least the inputted message and the identification of the at least one RF receiver to the RF system;

broadcasting the inputted message and the identification of the at least one RF receiver with the RF system; and

receiving the inputted message and the identification of the at least one RF receiver with the at least one RF receiver.

**195**. A method in accordance with claim **194** wherein:

the address of the interface is combined with the inputted message in response to selection of an icon and the inputting of the inputted message at the processor.

**196**. A method in accordance with claim **195** wherein:

the identification of the at least one RF receiver to which the inputted message and the identification of the at least one RF receiver is to be broadcasted is verified to determine if the inputted message and the identification of the at least one RF receiver should be transmitted by the RF system to the at least one RF receiver.

**197**. A method in accordance with claim **196** wherein:

a header, added by the processor, is deleted from the electronic mail message prior to broadcasting of the inputted message and the identification of the at least one RF receiver to the at least one designated RF receiver.

**198**. A method in accordance with claim **195** wherein:

a header, added by the processor, is deleted from the electronic mail message prior to broadcasting of the inputted message and the identification of the at least one RF receiver to the at least one RF receiver.

**199**. A method in accordance with claim **194** wherein:

the identification of the at least one RF receiver is compared with permissible identification numbers in the RF information transmission system to determine if the inputted message and the identification of the at least one RF receiver should be transmitted by the RF information transmission system to the at least one RF receiver.

**200**. A method in accordance with claim **199** wherein:

a header, added by the processor, is deleted from the electronic mail message prior to broadcasting of the

inputted message and the identification of the at least one RF receiver to the at least one designated RF receiver.

201. A method in accordance with claim 194 wherein:

a header, added by the processor, is deleted from the electronic mail message prior to broadcasting of at least the inputted message and the identification of the at least one RF receiver to the at least one RF receiver.

202. In a system for transmitting and distributing inputted messages, contained in electronic mail messages originating at a processor in an electronic mail system, through an RF system which electronic mail messages include (a) an address in the electronic mail system to which the electronic mail messages are delivered by the electronic mail system in response to the address in the electronic mail system, (b) an identification of at least one RF receiver in the RF system to receive the inputted messages and (c) the inputted messages to be received by the at least one RF receiver, the method comprising:

providing an interface connecting the electronic mail system to the RF system which is the address in the electronic mail system to which electronic mail messages are delivered by the electronic mail system;

processing the electronic mail messages after being received at the interface from the electronic mail system and transmitting at least the inputted messages and the identification of the at least one RF receiver to the RF system;

transmitting the identification of the at least one RF receiver and the inputted messages to at least one broadcast location in the RF system; and

broadcasting the inputted messages and the identification of the at least one RF receiver from the at least one broadcast location to the at least one RF receiver.

203. A method in accordance with claim 202 wherein:

the address of the interface is combined with the inputted messages at the processor in response selection of an icon and the electronic mail messages being originated at the processor.

204. A method in accordance with claim 203 wherein:

a header is deleted from the electronic mail messages and then at least the inputted messages and the identification of the at least one RF receiver are broadcasted from the at least one broadcast location to the at least one RF receiver.

205. A method in accordance with claim 204 wherein:

information is combined with the inputted messages and the identification of the at least one RF receiver which is used by the RF system during transmission of at least the identification of the at least one RF receiver and the inputted messages to the at least one broadcast location where at least the inputted messages and the identification of the at least one RF receiver are broadcasted to the at least one RF receiver.

206. A method in accordance with claim 203 wherein:

information is combined with the inputted messages and the identification of the at least one RF receiver which is used by the RF system during transmission of at least the identification of the at least one RF receiver and the inputted messages to the at least one broadcast location where at least the inputted messages and the identification of the at least one RF receiver are broadcasted to the at least one RF receiver.

207. A method in accordance with claim 202 wherein:

the identification of the at least one RF receiver is compared with permissible identification numbers in

the RF system to determine if at least the inputted messages and the identification of the at least one RF receiver should be transmitted by the RF system to the at least one RF receiver.

208. A method in accordance with claim 207 wherein:

a header is deleted from the electronic mail messages and then at least the inputted messages and the identification of the at least one RF receiver are broadcasted from the at least one broadcast location to the at least one RF receiver.

209. A method in accordance with claim 208 wherein:

information is combined with the inputted messages and the identification of the at least one RF receiver which is used by the RF system during transmission of at least the identification of the at least one RF receiver and the inputted messages to the at least one broadcast location where at least the inputted messages and the identification of the at least one RF receiver are broadcasted to the at least one RF receiver.

210. A method in accordance with claim 207 wherein:

information is combined with the inputted messages and the identification of the at least one RF receiver which is used by the RF system during transmission of at least the identification of the at least one RF receiver and the inputted messages to the at least one broadcast location where at least the inputted messages and the identification of the at least one RF receiver are broadcasted to the at least one RF receiver.

211. A method in accordance with claim 202 wherein:

a header is deleted from the electronic mail messages and then at least the inputted messages and the identification of the at least one RF receiver are broadcasted from the at least one broadcast location to the at least one RF receiver.

212. A method in accordance with claim 211 wherein:

information is combined with the inputted messages and the identification of the at least one RF receiver which is used by the RF system during transmission of at least the identification of the at least one RF receiver and the inputted messages to the at least one broadcast location where at least the inputted messages and the identification of the at least one RF receiver are broadcasted to the at least one RF receiver.

213. In a system for transmitting and distributing inputted messages contained in electronic mail messages originating from an electronic mail system and transmitted through an interface to an RF system which broadcasts at least the inputted messages and an identification of at least one RF receiver to at least one RF receiver with the interface being a destination in the electronic mail system to which electronic mail messages are delivered by the electronic mail system in response to an address of the destination in the electronic mail messages and at least the inputted messages and the identification of the at least one RF receiver are transmitted from the interface to the RF system, are transmitted by the RF system to at least one broadcast location in the RF system and are broadcasted from the at least one broadcast location to the at least one RF receiver, the method comprising:

connecting a processor to the electronic mail system; and

originating the electronic mail messages at the processor with the electronic mail messages including (a) the address of the destination to which the electronic mail messages are delivered by the electronic mail system, (b) the identification of the at least one RF receiver, and (c) the inputted messages to be received by the at least one RF receiver.

214. A method in accordance with claim 213 wherein:

the address of the interface is combined with the inputted messages at the processor in response selection of an icon and the inputted messages being originated at the processor.

215. A method in accordance with claim 214 wherein:

a header is deleted from the electronic mail messages and then at least the inputted messages and the identification of the at least one RF receiver are broadcasted from the at least one broadcast location to the at least one RF receiver.

216. A method in accordance with claim 215 wherein:

information is combined with the inputted messages which is used by the RF system during transmission of at least the identification of the at least one RF receiver and the inputted messages to the at least one broadcast location where at least the inputted messages and the identification of the at least one RF receiver are broadcasted to the at least one RF receiver.

217. A method in accordance with claim 214 wherein:

information is combined with the inputted messages which is used by the RF system during transmission of at least the identification of the at least one RF receiver and the inputted messages to the at least one broadcast location where at least the inputted messages and the identification of the at least one RF receiver are broadcasted to the at least one RF receiver.

218. A method in accordance with claim 213 wherein:

the identification of the at least one RF receiver is compared with permissible identification numbers in the RF system to determine if at least the inputted messages and the identification of the at least one RF receiver should be transmitted by the RF system to the at least one RF receiver.

219. A method in accordance with claim 214 wherein:

a header is deleted from the electronic mail messages and then at least the inputted messages and the identification of the at least one RF receiver are broadcasted from the at least one broadcast location to the at least one RF receiver.

220. A method in accordance with claim 219 wherein:

information is combined with the inputted messages which is used by the RF system during transmission of at least the identification of the at least one RF receiver and the inputted messages to the at least one broadcast location where at least the inputted messages and the identification of the at least one RF receiver are broadcasted to the at least one RF receiver.

221. A method in accordance with claim 218 wherein:

information is combined with the inputted messages which is used by the RF system during transmission of at least the identification of the at least one RF receiver and the inputted messages to the at least one broadcast location where at least the inputted messages and the identification of the at least one RF receiver are broadcasted to the at least one RF receiver.

222. A method in accordance with claim 213 wherein:

a header is deleted from the electronic mail messages and then at least the inputted messages and the identification of the at least one RF receiver are broadcasted from the at least one broadcast location to the at least one RF receiver.

223. A method in accordance with claim 222 wherein:

information is combined with the inputted messages which is used by the RF system during transmission of at least the identification of the at least one RF receiver and the inputted messages to the at least one broadcast location where at least the inputted messages and the identification of the at least one RF receiver are broadcasted to the at least one RF receiver.

* * * * *

UNITED STATES PATENT AND TRADEMARK OFFICE

# CERTIFICATE OF CORRECTION

PATENT NO. : 5,819,172
DATED : October 6, 1998
INVENTOR(S) : Thomas J. Campana, Jr. et al.

Page 1 of 1

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Column 85,
Line 36, change the dependency from "214" to be -- 218 --.

Signed and Sealed this

Seventh Day of May, 2002

Attest:

JAMES E. ROGAN
*Director of the United States Patent and Trademark Office*

*Attesting Officer*