NTP, Inc. v. Sprint Nextel Corp.                                                                    Doc. 1 Att. 15

Case 3:07-cv-00551-JRS    Document 1-16    Filed 09/07/2007    Page 1 of 29

US 6,317,592 B1

**29**

lessly transmitted from the one mobile processor and by the communication system.

7. An originating device in accordance with claim 1 wherein:

the one mobile processor executes at least one application program which processes the information contained in the electronic mail.

8. An originating device in accordance with claim 2 wherein:

the one mobile processor executes at least one application program which processes the information contained in the electronic mail.

9. An originating device in accordance with claim 3 wherein:

the one mobile processor executes at least one application program which processes the information contained in the electronic mail.

10. An originating device in accordance with claim 4 wherein:

the one mobile processor executes at least one application program which processes the information contained in the electronic mail.

11. An originating device in accordance with claim 5 wherein:

the one mobile processor executes at least one application program which processes the information contained in the electronic mail.

12. An originating device in accordance with claim 6 wherein:

the one mobile processor executes at least one application program which processes the information contained in the electronic mail.

13. An originating device in accordance with claim 1 wherein:

after reception of the electronic mail by the destination processor, the identification of the wireless device is added to the information contained in the electronic mail before transmission by the wireless system.

14. An originating device in accordance with claim 4 wherein:

after reception of the electronic mail by the destination processor, the identification of the wireless device is added to the information contained in the electronic mail before transmission by the wireless system.

15. An originating device in accordance with claim 7 wherein:

after reception of the electronic mail by the destination processor, the identification of the wireless device is added to the information contained in the electronic mail before transmission by the wireless system.

16. An originating processor in accordance with claim 1 wherein:

after reception of the electronic mail by the destination processor, information is deleted from the electronic mail and is not transmitted by the wireless system.

17. An originating processor in accordance with claim 2 wherein:

after reception of the electronic mail by the destination processor, information is deleted from the electronic mail and is not transmitted by the wireless system.

18. An originating processor in accordance with claim 3 wherein:

after reception of the electronic mail by the destination processor, information is deleted from the electronic mail and is not transmitted by the wireless system.

**30**

19. An originating processor in accordance with claim 4 wherein:

after reception of the electronic mail by the destination processor, information is deleted from the electronic mail and is not transmitted by the wireless system.

20. An originating processor in accordance with claim 5 wherein:

after reception of the electronic mail by the destination processor, information is deleted from the electronic mail and is not transmitted by the wireless system.

21. An originating processor in accordance with claim 6 wherein:

after reception of the electronic mail by the destination processor, information is deleted from the electronic mail and is not transmitted by the wireless system.

22. An originating processor in accordance with claim 7 wherein:

after reception of the electronic mail by the destination processor, information is deleted from the electronic mail and is not transmitted by the wireless system.

23. An originating processor in accordance with claim 8 wherein:

after reception of the electronic mail by the destination processor, information is deleted from the electronic mail and is not transmitted by the wireless system.

24. An originating processor in accordance with claim 9 wherein:

after reception of the electronic mail by the destination processor, information is deleted from the electronic mail and is not transmitted by the wireless system.

25. An originating processor in accordance with claim 10 wherein:

after reception of the electronic mail by the destination processor, information is deleted from the electronic mail and is not transmitted by the wireless system.

26. An originating processor in accordance with claim 11 wherein:

after reception of the electronic mail by the destination processor, information is deleted from the electronic mail and is not transmitted by the wireless system.

27. An originating processor in accordance with claim 12 wherein:

after reception of the electronic mail by the destination processor, information is deleted from the electronic mail and is not transmitted by the wireless system.

28. An originating processor in accordance with claim 13 wherein:

after reception of the electronic mail by the destination processor, information is deleted from the electronic mail and is not transmitted by the wireless system.

29. An originating processor in accordance with claim 14 wherein:

after reception of the electronic mail by the destination processor, information is deleted from the electronic mail and is not transmitted by the wireless system.

30. An originating processor in accordance with claim 15 wherein:

after reception of the electronic mail by the destination processor, information is deleted from the electronic mail and is not transmitted by the wireless system.

31. An originating device in accordance with claim 16 wherein:

the deleted information is a header in the electronic mail inputted by the originating device.

32. An originating device in accordance with claim 17 wherein:

Dockets.Justia.com

31

the deleted information is a header in the electronic mail inputted by the originating device.

33. An originating device in accordance with claim 18 wherein:

the deleted information is a header in the electronic mail inputted by the originating device.

34. An originating device in accordance with claim 19 wherein:

the deleted information is a header in the electronic mail inputted by the originating device.

35. An originating device in accordance with claim 20 wherein:

the deleted information is a header in the electronic mail inputted by the originating device.

36. An originating device in accordance with claim 21 wherein:

the deleted information is a header in the electronic mail inputted by the originating device.

37. An originating device in accordance with claim 22 wherein:

the deleted information is a header in the electronic mail inputted by the originating device.

38. An originating device in accordance with claim 23 wherein:

the deleted information is a header in the electronic mail inputted by the originating device.

39. An originating device in accordance with claim 24 wherein:

the deleted information is a header in the electronic mail inputted by the originating device.

40. An originating device in accordance with claim 25 wherein:

the deleted information is a header in the electronic mail inputted by the originating device.

41. An originating device in accordance with claim 26 wherein:

the deleted information is a header in the electronic mail inputted by the originating device.

42. An originating device in accordance with claim 27 wherein:

the deleted information is a header in the electronic mail inputted by the originating device.

43. An originating device in accordance with claim 28 wherein:

the deleted information is a header in the electronic mail inputted by the originating device.

44. An originating device in accordance with claim 29 wherein:

the deleted information is a header in the electronic mail inputted by the originating device.

45. An originating device in accordance with claim 30 wherein:

the deleted information is a header in the electronic mail inputted by the originating device.

46. An originating device in accordance with claim 1 wherein:

after reception of the electronic mail by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

47. An originating device in accordance with claim 2 wherein:

after reception of the electronic mail by the destination processor, a check is performed to determine if the

32

information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

48. An originating device in accordance with claim 3 wherein:

after reception of the electronic mail by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

49. An originating device in accordance with claim 4 wherein:

after reception of the electronic mail by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

50. An originating device in accordance with claim 5 wherein:

after reception of the electronic mail by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

51. An originating device in accordance with claim 6 wherein:

after reception of the electronic mail by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

52. An originating device in accordance with claim 7 wherein:

after reception of the electronic mail by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

53. An originating device in accordance with claim 8 wherein:

after reception of the electronic mail by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

54. An originating device in accordance with claim 9 wherein:

after reception of the electronic mail by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

55. An originating device in accordance with claim 10 wherein:

after reception of the electronic mail by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

56. An originating device in accordance with claim 11 wherein:

after reception of the electronic mail by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

US 6,317,592 B1

33

**57**. An originating device in accordance with claim **12** wherein:

after reception of the electronic mail by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

**58**. An originating device in accordance with claim **13** wherein:

after reception of the electronic mail by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

**59**. An originating device in accordance with claim **14** wherein:

after reception of the electronic mail by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

**60**. An originating device in accordance with claim **15** wherein:

after reception of the electronic mail by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

**61**. An originating device in accordance with claim **16** wherein: after reception of the electronic mail by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

**62**. An originating device in accordance with claim **17** wherein:

after reception of the electronic mail by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

**63**. An originating device in accordance with claim **18** wherein:

after reception of the electronic mail by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

**64**. An originating device in accordance with claim **19** wherein:

after reception of the electronic mail by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

**65**. An originating device in accordance with claim **20** wherein:

after reception of the electronic mail by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

**66**. An originating device in accordance with claim **21** wherein:

after reception of the electronic mail by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

34

**67**. An originating device in accordance with claim **22** wherein:

after reception of the electronic mail by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

**68**. An originating device in accordance with claim **23** wherein:

after reception of the electronic mail by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

**69**. An originating device in accordance with claim **24** wherein:

after reception of the electronic mail by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

**70**. An originating device in accordance with claim **25** wherein:

after reception of the electronic mail by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

**71**. An originating device in accordance with claim **26** wherein:

after reception of the electronic mail by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

**72**. An originating device in accordance with claim **27** wherein:

after reception of the electronic mail by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

**73**. An originating device in accordance with claim **28** wherein:

after reception of the electronic mail by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

**74**. An originating device in accordance with claim **29** wherein:

after reception of the electronic mail by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

**75**. An originating device in accordance with claim **30** wherein:

after reception of the electronic mail by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

**76**. An originating device in accordance with claim **31** wherein:

after reception of the electronic mail by the destination processor, a check is performed to determine if the

US 6,317,592 B1

35

information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

**77.** An originating device in accordance with claim 32 wherein:

after reception of the electronic mail by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

**78.** An originating device in accordance with claim 33 wherein:

after reception of the electronic mail by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

**79.** An originating device in accordance with claim 34 wherein:

after reception of the electronic mail by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

**80.** An originating device in accordance with claim 35 wherein:

after reception of the electronic mail by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

**81.** An originating device in accordance with claim 36 wherein:

after reception of the electronic mail by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

**82.** An originating device in accordance with claim 37 wherein:

after reception of the electronic mail by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

**83.** An originating device in accordance with claim 38 wherein:

after reception of the electronic mail by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

**84.** An originating device in accordance with claim 39 wherein:

after reception of the electronic mail by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

**85.** An originating device in accordance with claim 40 wherein:

after reception of the electronic mail by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

36

**86.** An originating device in accordance with claim 41 wherein:

after reception of the electronic mail by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

**87.** An originating device in accordance with claim 42 wherein:

after reception of the electronic mail by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

**88.** An originating device in accordance with claim 43 wherein:

after reception of the electronic mail by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

**89.** An originating device in accordance with claim 44 wherein:

after reception of the electronic mail by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

**90.** An originating device in accordance with claim 45 wherein:

after reception of the electronic mail by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

**91.** An originating device in accordance with claim 46 wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

**92.** An originating device in accordance with claim 47 wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

**93.** An originating device in accordance with claim 48 wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

**94.** An originating device in accordance with claim 49 wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

**95.** An originating device in accordance with claim 50 wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

**96.** An originating device in accordance with claim 51 wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

37

97. An originating device in accordance with claim 52 wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

98. An originating device in accordance with claim 53 wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

99. An originating device in accordance with claim 54 wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

100. An originating device in accordance with claim 55 wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

101. An originating device in accordance with claim 56 wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

102. An originating device in accordance with claim 57 wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

103. An originating device in accordance with claim 58 wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

104. An originating device in accordance with claim 59 wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

105. An originating device in accordance with claim 60 wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

106. An originating device in accordance with claim 61 wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

107. An originating device in accordance with claim 62 wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

108. An originating device in accordance with claim 63 wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

109. An originating device in accordance with claim 64 wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

38

110. An originating device in accordance with claim 65 wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

111. An originating device in accordance with claim 66 wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

112. An originating device in accordance with claim 67 wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

113. An originating device in accordance with claim 68 wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

114. An originating device in accordance with claim 69 wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

115. An originating device in accordance with claim 70 wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

116. An originating device in accordance with claim 71 wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

117. An originating device in accordance with claim 72 wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

118. An originating device in accordance with claim 73 wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

119. An originating device in accordance with claim 74 wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

120. An originating device in accordance with claim 75 wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

121. An originating device in accordance with claim 76 wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

122. An originating device in accordance with claim 77 wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

US 6,317,592 B1

39

123. An originating device in accordance with claim 78 wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

124. An originating device in accordance with claim 79 wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

125. An originating device in accordance with claim 80 wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

126. An originating device in accordance with claim 81 wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

127. An originating device in accordance with claim 82 wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

128. An originating device in accordance with claim 83 wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

129. An originating device in accordance with claim 84 wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

130. An originating device in accordance with claim 85 wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

131. An originating device in accordance with claim 86 wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

132. An originating device in accordance with claim 87 wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

133. An originating device in accordance with claim 88 wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

134. An originating device in accordance with claim 89 wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

135. An originating device in accordance with claim 90 wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

40

136. A programmed processor in accordance with claims 1–135 wherein:

the wireless system broadcasts the information contained in the electronic mail and an identification of the wireless device at a location in the wireless system to the wireless device, said location determined from information stored in the wireless system pertaining to a location of the wireless device within the wireless system.

137. An originating device in accordance with claim 1 wherein:

the one mobile processor is a PC and the programmed processor is a mobile PC.

138. An originating device in accordance with claim 2 wherein:

the one mobile processor is a PC and the programmed processor is a mobile PC.

139. An originating device in accordance with claim 3 wherein:

the one mobile processor is a PC and the programmed processor is a mobile PC.

140. An originating device in accordance with claim 4 wherein:

the one mobile processor is a PC and the programmed processor is a mobile PC.

141. An originating device in accordance with claim 5 wherein:

the one mobile processor is a PC and the programmed processor is a mobile PC.

142. An originating device in accordance with claim 6 wherein:

the one mobile processor is a PC and the programmed processor is a mobile PC.

143. An originating device in accordance with claim 7 wherein:

the one mobile processor is a PC and the programmed processor is a mobile PC.

144. An originating device in accordance with claim 13 wherein:

the one mobile processor is a PC and the programmed processor is a mobile PC.

145. An originating device in accordance with claim 16 wherein:

the one mobile processor is a PC and the programmed processor is a mobile PC.

146. An originating device in accordance with claim 31 wherein:

the one mobile processor is a PC and the programmed processor is a mobile PC.

147. An originating device in accordance with claim 46 wherein:

the one mobile processor is a PC and the programmed processor is a mobile PC.

148. An originating device in accordance with claim 91 wherein:

the one mobile processor is a PC and the programmed processor is a mobile PC.

149. An originating device in accordance with claim 1 wherein:

the one mobile processor is a PC and the programmed processor is a mobile PC; and wherein

the wireless system broadcasts the information and an identification of the wireless device at a location in the wireless system to the wireless device determined from

US 6,317,592 B1

41

information stored in the wireless system pertaining to a location of the wireless device in the wireless system.

150. In a communication system comprising a wireless system which communication system transmits electronic mail inputted to the communication system from an originating device which executes electronic mail programming to originate the electronic mail, mobile processors which execute electronic mail programming to function as a destination of electronic mail, and a destination processor to which the electronic mail is transmitted from the originating device and after reception of the electronic mail by the destination processor, information contained in the electronic mail and an identification of a wireless device in the wireless system are transmitted by the wireless system to the wireless device and from the wireless device to one of the mobile processors, the wireless device and one mobile processor comprising:

a wireless receiver connected to the one mobile processor with the one mobile processor receiving the information contained in the electronic mail after the identification of the wireless device is detected by the wireless receiver in a broadcast by the wireless system.

151. A wireless device and mobile processor in accordance with claim 150 wherein:

the electronic mail originated by the originating device also contains an identification of the wireless device and a recipient of the electronic mail to receive the information at the one mobile processor.

152. A wireless device and mobile processor in accordance with claim 151 wherein:

the identification of the wireless device is a number.

153. A wireless device and mobile processor in accordance with claim 150 wherein:

the originating device is a mobile processor, executes electronic mail programming to originate electronic mail which is wirelessly transmitted from the originating device and by the communication system; and

the one mobile processor executes electronic mail programming to originate electronic mail which is wirelessly transmitted from the one mobile processor and by the communication system.

154. A wireless device and mobile processor in accordance with claim 151 wherein:

the originating device is a mobile processor, executes electronic mail programming to originate electronic mail which is wirelessly transmitted from the originating device and by the communication system; and

the one mobile processor executes electronic mail programming to originate electronic mail which is wirelessly transmitted from the one mobile processor and by the communication system.

155. A wireless device and mobile processor in accordance with claim 152 wherein:

the originating device is a mobile processor, executes electronic mail programming to originate electronic mail which is wirelessly transmitted from the originating device and by the communication system; and

the one mobile processor executes electronic mail programming to originate electronic mail which is wirelessly transmitted from the one mobile processor and by the communication system.

156. A wireless device and mobile processor in accordance with claim 150 wherein:

the one mobile processor executes at least one application program which processes the information contained in the electronic mail.

42

157. A wireless device and mobile processor in accordance with claim 151 wherein:

the one mobile processor executes at least one application program which processes the information contained in the electronic mail.

158. A wireless device and mobile processor in accordance with claim 152 wherein:

the one mobile processor executes at least one application program which processes the information contained in the electronic mail.

159. A wireless device and mobile processor in accordance with claim 153 wherein:

the one mobile processor executes at least one application program which processes the information contained in the electronic mail.

160. A wireless device and mobile processor in accordance with claim 154 wherein:

the one mobile processor executes at least one application program which processes the information contained in the electronic mail.

161. A wireless device and mobile processor in accordance with claim 155 wherein:

the one mobile processor executes at least one application program which processes the information.

162. A wireless device and mobile processor in accordance with claim 150 wherein:

after reception of the electronic mail by the destination processor, the identification of the wireless device is added to the information contained in the electronic mail.

163. A wireless device and mobile processor in accordance with claim 153 wherein:

after reception of the electronic mail by the destination processor, the identification of the wireless device is added to the information contained in the electronic mail.

164. A wireless device and mobile processor in accordance with claim 150 wherein:

after reception of the electronic mail by the destination processor, the information contained in the electronic mail is processed and transmitted in packets by the wireless system.

165. A wireless device and mobile processor in accordance with claim 150 wherein:

after reception of the electronic mail by the destination processor, information is deleted from the electronic mail and is not transmitted by the wireless system.

166. A wireless device and mobile processor in accordance with claim 151 wherein:

after reception of the electronic mail by the destination processor, information is deleted from the electronic mail and is not transmitted by the wireless system.

167. A wireless device and mobile processor in accordance with claim 152 wherein:

after reception of the electronic mail by the destination processor, information is deleted from the electronic mail and is not transmitted by the wireless system.

168. A wireless device and mobile processor in accordance with claim 153 wherein:

after reception of the electronic mail by the destination processor, information is deleted from the electronic mail and is not transmitted by the wireless system.

169. A wireless device and mobile processor in accordance with claim 154 wherein:

after reception of the electronic mail by the destination processor, information is deleted from the electronic mail and is not transmitted by the wireless system.

43

170. A wireless device and mobile processor in accordance with claim 155 wherein:

after reception of the electronic mail by the destination processor, information is deleted from the electronic mail and is not transmitted by the wireless system.

171. A wireless device and mobile processor in accordance with claim 156 wherein:

after reception of the electronic mail by the destination processor, information is deleted from the electronic mail and is not transmitted by the wireless system.

172. A wireless device and mobile processor in accordance with claim 157 wherein:

after reception of the electronic mail by the destination processor, information is deleted from the electronic mail and is not transmitted by the wireless system.

173. A wireless device and mobile processor in accordance with claim 158 wherein:

after reception of the electronic mail by the destination processor, information is deleted from the electronic mail and is not transmitted by the wireless system.

174. A wireless device and mobile processor in accordance with claim 159 wherein:

after reception of the electronic mail by the destination processor, information is deleted from the electronic mail and is not transmitted by the wireless system.

175. A wireless device and mobile processor in accordance with claim 160 wherein:

after reception of the electronic mail by the destination processor, information is deleted from the electronic mail and is not transmitted by the wireless system.

176. A wireless device and mobile processor in accordance with claim 161 wherein:

after reception of the electronic mail by the destination processor, information is deleted from the electronic mail and is not transmitted by the wireless system.

177. A wireless device and mobile processor in accordance with claim 162 wherein:

after reception of the electronic mail by the destination processor, information is deleted from the electronic mail and is not transmitted by the wireless system.

178. A wireless device and mobile processor in accordance with claim 163 wherein:

after reception of the electronic mail by the destination processor, information is deleted from the electronic mail and is not transmitted by the wireless system.

179. A wireless device and mobile processor in accordance with claim 164 wherein:

after reception of the electronic mail by the destination processor, information is deleted from the electronic mail and is not transmitted by the wireless system.

180. A wireless device and mobile processor in accordance with claim 165 wherein:

the deleted information is a header in the electronic mail inputted by the originating device.

181. A wireless device and mobile processor in accordance with claim 166 wherein:

the deleted information is a header in the electronic mail inputted by the originating device.

182. A wireless device and mobile processor in accordance with claim 167 wherein:

the deleted information is a header in the electronic mail inputted by the originating device.

183. A wireless device and mobile processor in accordance with claim 168 wherein:

the deleted information is a header in the electronic mail inputted by the originating device.

44

184. A wireless device and mobile processor in accordance with claim 169 wherein:

the deleted information is a header in the electronic mail inputted by the originating device.

185. A wireless device and mobile processor in accordance with claim 170 wherein:

the deleted information is a header in the electronic mail inputted by the originating device.

186. A wireless device and mobile processor in accordance with claim 171 wherein:

the deleted information is a header in the electronic mail inputted by the originating device.

187. A wireless device and mobile processor in accordance with claim 172 wherein:

the deleted information is a header in the electronic mail inputted by the originating device.

188. A wireless device and mobile processor in accordance with claim 173 wherein:

the deleted information is a header in the electronic mail inputted by the originating device.

189. A wireless device and mobile processor in accordance with claim 174 wherein:

the deleted information is a header in the electronic mail inputted by the originating device.

190. A wireless device and mobile processor in accordance with claim 175 wherein:

the deleted information is a header in the electronic mail inputted by the originating device.

191. A wireless device and mobile processor in accordance with claim 176 wherein:

the deleted information is a header in the electronic mail inputted by the originating device.

192. A wireless device and mobile processor in accordance with claim 177 wherein:

the deleted information is a header in the electronic mail inputted by the originating device.

193. A wireless device and mobile processor in accordance with claim 178 wherein:

the deleted information is a header in the electronic mail inputted by the originating device.

194. A wireless device and mobile processor in accordance with claim 179 wherein:

the deleted information is a header in the electronic mail inputted by the originating device.

195. A wireless device and mobile processor in accordance with claim 150 wherein:

after reception by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device and the information contained in the electronic mail is processed and transmitted in data packets by the wireless system.

196. A wireless device and mobile processor in accordance with claim 150 wherein:

after reception by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

197. A wireless device and mobile processor in accordance with claim 151 wherein:

after reception by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

198. A wireless device and mobile processor in accordance with claim 152 wherein:

US 6,317,592 B1

45

after reception by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

199. A wireless device and mobile processor in accordance with claim 153 wherein:

after reception by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

200. A wireless device and mobile processor in accordance with claim 154 wherein:

after reception by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

201. A wireless device and mobile processor in accordance with claim 155 wherein:

after reception by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

202. A wireless device and mobile processor in accordance with claim 156 wherein:

after reception by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

203. A wireless device and mobile processor in accordance with claim 157 wherein:

after reception by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

204. A wireless device and mobile processor in accordance with claim 158 wherein:

after reception by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

205. A wireless device and mobile processor in accordance with claim 159 wherein:

after reception by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

206. A wireless device and mobile processor in accordance with claim 160 wherein:

after reception by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

207. A wireless device and mobile processor in accordance with claim 161 wherein:

after reception by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

208. A wireless device and mobile processor in accordance with claim 162 wherein:

after reception by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

209. A wireless device and mobile processor in accordance with claim 163 wherein:

46

after reception by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

210. A wireless device and mobile processor in accordance with claim 164 wherein:

after reception by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

211. A wireless device and mobile processor in accordance with claim 165 wherein:

after reception by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

212. A wireless device and mobile processor in accordance with claim 166 wherein:

after reception by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

213. A wireless device and mobile processor in accordance with claim 167 wherein:

after reception by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

214. A wireless device and mobile processor in accordance with claim 168 wherein:

after reception by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

215. A wireless device and mobile processor in accordance with claim 169 wherein:

after reception by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

216. A wireless device and mobile processor in accordance with claim 170 wherein:

after reception by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

217. A wireless device and mobile processor in accordance with claim 171 wherein:

after reception by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

218. A wireless device and mobile processor in accordance with claim 172 wherein:

after reception by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

219. A wireless device and mobile processor in accordance with claim 173 wherein:

after reception by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

220. A wireless device and mobile processor in accordance with claim 174 wherein:

US 6,317,592 B1

47

after reception by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

221. A wireless device and mobile processor in accordance with claim 175 wherein:

after reception by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

222. A wireless device and mobile processor in accordance with claim 176 wherein:

after reception by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

223. A wireless device and mobile processor in accordance with claim 177 wherein:

after reception by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

224. A wireless device and mobile processor in accordance with claim 178 wherein:

after reception by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

225. A wireless device and mobile processor in accordance with claim 179 wherein:

after reception by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

226. A wireless device and mobile processor in accordance with claim 180 wherein:

after reception by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

227. A wireless device and mobile processor in accordance with claim 181 wherein:

after reception by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

228. A wireless device and mobile processor in accordance with claim 182 wherein:

after reception by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

229. A wireless device and mobile processor in accordance with claim 183 wherein:

after reception by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

230. A wireless device and mobile processor in accordance with claim 184 wherein:

after reception by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

231. A wireless device and mobile processor in accordance with claim 185 wherein:

48

after reception by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

232. A wireless device and mobile processor in accordance with claim 186 wherein:

after reception by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

233. A wireless device and mobile processor in accordance with claim 187 wherein:

after reception by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

234. A wireless device and mobile processor in accordance with claim 188 wherein:

after reception by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

235. A wireless device and mobile processor in accordance with claim 189 wherein:

after reception by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

236. A wireless device and mobile processor in accordance with claim 190 wherein:

after reception by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

237. A wireless device and mobile processor in accordance with claim 191 wherein:

after reception by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

238. A wireless device and mobile processor in accordance with claim 192 wherein:

after reception by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

239. A wireless device and mobile processor in accordance with claim 193 wherein:

after reception by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

240. A wireless device and mobile processor in accordance with claim 194 wherein:

after reception by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

241. A wireless device and mobile processor in accordance with claim 195 wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

242. A wireless device and mobile processor in accordance with claim 196 wherein:

US 6,317,592 B1

49

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

243. A wireless device and mobile processor in accordance with claim **197** wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

244. A wireless device and mobile processor in accordance with claim **198** wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

245. A wireless device and mobile processor in accordance with claim **199** wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

246. A wireless device and mobile processor in accordance with claim **200** wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

247. A wireless device and mobile processor in accordance with claim **201** wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

248. A wireless device and mobile processor in accordance with claim **202** wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

249. A wireless device and mobile processor in accordance with claim **203** wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

250. A wireless device and mobile processor in accordance with claim **204** wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

251. A wireless device and mobile processor in accordance with claim **205** wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

252. A wireless device and mobile processor in accordance with claim **206** wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

253. A wireless device and mobile processor in accordance with claim **207** wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

254. A wireless device and mobile processor in accordance with claim **208** wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

255. A wireless device and mobile processor in accordance with claim **209** wherein:

50

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

256. A wireless device and mobile processor in accordance with claim **210** wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

257. A wireless device and mobile processor in accordance with claim **211** wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

258. A wireless device and mobile processor in accordance with claim **212** wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

259. A wireless device and mobile processor in accordance with claim **213** wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

260. A wireless device and mobile processor in accordance with claim **214** wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

261. A wireless device and mobile processor in accordance with claim **215** wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

262. A wireless device and mobile processor in accordance with claim **216** wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

263. A wireless device and mobile processor in accordance with claim **217** wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

264. A wireless device and mobile processor in accordance with claim **218** wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

265. A wireless device and mobile processor in accordance with claim **219** wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

266. A wireless device and mobile processor in accordance with claim **220** wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

267. A wireless device and mobile processor in accordance with claim **221** wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

268. A wireless device and mobile processor in accordance with claim **222** wherein:

US 6,317,592 B1

51

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

269. A wireless device and mobile processor in accordance with claim 223 wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

270. A wireless device and mobile processor in accordance with claim 224 wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

271. A wireless device and mobile processor in accordance with claim 225 wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

272. A wireless device and mobile processor in accordance with claim 226 wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

273. A wireless device and mobile processor in accordance with claim 227 wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

274. A wireless device and mobile processor in accordance with claim 228 wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

275. A wireless device and mobile processor in accordance with claim 229 wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

276. A wireless device and mobile processor in accordance with claim 230 wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

277. A wireless device and mobile processor in accordance with claim 231 wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

278. A wireless device and mobile processor in accordance with claim 232 wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

279. A wireless device and mobile processor in accordance with claim 233 wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

280. A wireless device and mobile processor in accordance with claim 234 wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

281. A wireless device and mobile processor in accordance with claim 235 wherein:

52

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

282. A wireless device and mobile processor in accordance with claim 236 wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

283. A wireless device and mobile processor in accordance with claim 237 wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

284. A wireless device and mobile processor in accordance with claim 238 wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

285. A wireless device and mobile processor in accordance with claim 239 wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

286. A wireless device and mobile processor in accordance with claim 240 wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

287. A wireless device and mobile processor in accordance with claims 150–286 wherein:

the wireless system broadcasts the information contained in the electronic mail and an identification of the wireless device at a location in the wireless system to the wireless device, said location determined from information stored in the wireless system pertaining to a location of the wireless device within the wireless system.

288. A wireless device and mobile processor in accordance with claim 150 wherein:

the one mobile processor is a PC and the originating device is a mobile PC.

289. A wireless device and mobile processor in accordance with claim 151 wherein:

the one mobile processor is a PC and the originating device is a mobile PC.

290. A wireless device and mobile processor in accordance with claim 152 wherein:

the one mobile processor is a PC and the originating device is a mobile PC.

291. A wireless device and mobile processor in accordance with claim 153 wherein:

the one mobile processor is a PC and the originating device is a mobile PC.

292. A wireless device and mobile processor in accordance with claim 154 wherein:

the one mobile processor is a PC and the originating device is a mobile PC.

293. A wireless device and mobile processor in accordance with claim 155 wherein:

the one mobile processor is a PC and the originating device is a mobile PC.

294. A wireless device and mobile processor in accordance with claim 156 wherein:

the one mobile processor is a PC and the originating device is a mobile PC.

US 6,317,592 B1

53

295. A wireless device and mobile processor in accordance with claim 162 wherein:

the one mobile processor is a PC and the originating device is a mobile PC.

296. A wireless device and mobile processor in accordance with claim 165 wherein:

the one mobile processor is a PC and the originating device is a mobile PC.

297. A wireless device and mobile processor in accordance with claim 180 wherein:

the one mobile processor is a PC and the originating device is a mobile PC.

298. A wireless device and mobile processor in accordance with claim 196 wherein:

the one mobile processor is a PC and the originating device is a mobile PC.

299. A wireless device and mobile processor in accordance with claim 241 wherein:

the one mobile processor is a PC and the originating device is a mobile PC.

300. A wireless device and mobile processor in accordance with claim 150 wherein:

the one mobile processor is a PC and the originating device is a mobile PC; and

the wireless system broadcasts the information and an identification of the wireless device at a location in the wireless system to the wireless device determined from information stored in the wireless system pertaining to a location of the wireless device stored in the wireless system.

301. A communication system comprising:

mobile devices, each mobile device comprising a wireless device connected to a mobile processor which executes electronic mail programming to function as a destination of electronic mail, the wireless device after receiving a broadcast of information contained in the electronic mail and an identification of the wireless device transmits the information to the connected mobile processor;

a wireless system which transmits the information contained in the electronic mail and the identification of the wireless device and broadcasts the information contained in the electronic mail and the identification of the wireless device;

a programmed processor which executes electronic mail programming to originate the electronic mail which contains an address of a destination to which the electronic mail is transmitted and the information contained in the electronic mail; and

a destination processor which receives the electronic mail and is the destination of the electronic mail; and wherein

after reception of the electronic mail by the destination processor, the information contained in the electronic mail and the identification of the wireless device are transmitted to the wireless system and broadcast to the wireless device.

302. A communication system in accordance with claim 301 wherein:

the electronic mail originated by the programmed processor also contains an identification of the wireless device and a recipient of the electronic mail to receive the information at the connected mobile processor.

303. A communication system in accordance with claim 301 wherein:

54

the identification of the wireless device is a number.

304. A communication system in accordance with claim 301 wherein:

the programmed processor is mobile, executes electronic mail programming to originate electronic mail which is wirelessly transmitted from the programmed processor and by the communication system; and

the connected mobile processor executes electronic mail programming to originate electronic mail which is wirelessly transmitted from the connected mobile processor and by the communication system.

305. A communication system in accordance with claim 302 wherein:

the programmed processor is mobile, executes electronic mail programming to originate electronic mail which is wirelessly transmitted from the programmed processor and by the communication system; and

the connected mobile processor executes electronic mail programming to originate electronic mail which is wirelessly transmitted from the connected mobile processor and by the communication system.

306. A communication system in accordance with claim 303 wherein:

the programmed processor is mobile, executes electronic mail programming to originate electronic mail which is wirelessly transmitted from the programmed processor and by the communication system; and

the connected mobile processor executes electronic mail programming to originate electronic mail which is wirelessly transmitted from the connected mobile processor and by the communication system.

307. A communication system in accordance with claim 301 wherein:

the connected mobile processor executes at least one application program which processes the information contained in the electronic mail.

308. A communication system in accordance with claim 302 wherein:

the connected mobile processor executes at least one application program which processes the information contained in the electronic mail.

309. A communication system in accordance with claim 303 wherein:

the connected mobile processor executes at least one application program which processes the information contained in the electronic mail.

310. A communication system in accordance with claim 304 wherein:

the connected mobile processor executes at least one application program which processes the information contained in the electronic mail.

311. A communication system in accordance with claim 305 wherein:

the connected mobile processor executes at least one application program which processes the information contained in the electronic mail.

312. A communication system in accordance with claim 306 wherein:

the connected mobile processor executes at least one application program which processes the information contained in the electronic mail.

313. A communication system in accordance with claim 301 wherein:

after reception of the electronic mail by the destination processor, information is deleted from the electronic mail and is not transmitted by the wireless system.

55

56

**314.** A communication system in accordance with claim **302** wherein:

after reception of the electronic mail by the destination processor, information is deleted from the electronic mail and is not transmitted by the wireless system.

**315.** A communication system in accordance with claim **303** wherein:

after reception of the electronic mail by the destination processor, information is deleted from the electronic mail and is not transmitted by the wireless system.

**316.** A communication system in accordance with claim **304** wherein:

after reception of the electronic mail by the destination processor, information is deleted from the electronic mail and is not transmitted by the wireless system.

**317.** A communication system in accordance with claim **305** wherein:

after reception of the electronic mail by the destination processor, information is deleted from the electronic mail and is not transmitted by the wireless system.

**318.** A communication system in accordance with claim **306** wherein:

after reception of the electronic mail by the destination processor, information is deleted from the electronic mail and is not transmitted by the wireless system.

**319.** A communication system in accordance with claim **307** wherein:

after reception of the electronic mail by the destination processor, information is deleted from the electronic mail and is not transmitted by the wireless system.

**320.** A communication system in accordance with claim **308** wherein:

after reception of the electronic mail by the destination processor, information is deleted from the electronic mail and is not transmitted by the wireless system.

**321.** A communication system in accordance with claim **309** wherein:

after reception of the electronic mail by the destination processor, information is deleted from the electronic mail and is not transmitted by the wireless system.

**322.** A communication system in accordance with claim **310** wherein:

after reception of the electronic mail by the destination processor, information is deleted from the electronic mail and is not transmitted by the wireless system.

**323.** A communication system in accordance with claim **311** wherein:

after reception of the electronic mail by the destination processor, information is deleted from the electronic mail and is not transmitted by the wireless system.

**324.** A communication system in accordance with claim **312** wherein:

after reception of the electronic mail by the destination processor, information is deleted from the electronic mail and is not transmitted by the wireless system.

**325.** A communication system in accordance with claim **313** wherein:

the deleted information is a header in the electronic mail originated by the programmed processor.

**326.** A communication system in accordance with claim **314** wherein:

the deleted information is a header in the electronic mail originated by the programmed processor.

**327.** A communication system in accordance with claim **315** wherein:

the deleted information is a header in the electronic mail originated by the programmed processor.

**328.** A communication system in accordance with claim **316** wherein:

the deleted information is a header in the electronic mail originated by the programmed processor.

**329.** A communication system in accordance with claim **317** wherein:

the deleted information is a header in the electronic mail originated by the programmed processor.

**330.** A communication system in accordance with claim **318** wherein:

the deleted information is a header in the electronic mail originated by the programmed processor.

**331.** A communication system in accordance with claim **319** wherein:

the deleted information is a header in the electronic mail originated by the programmed processor.

**332.** A communication system in accordance with claim **320** wherein:

the deleted information is a header in the electronic mail originated by the programmed processor.

**333.** A communication system in accordance with claim **321** wherein:

the deleted information is a header in the electronic mail originated by the programmed processor.

**334.** A communication system in accordance with claim **322** wherein:

the deleted information is a header in the electronic mail originated by the programmed processor.

**335.** A communication system in accordance with claim **323** wherein:

the deleted information is a header in the electronic mail originated by the programmed processor.

**336.** A communication system in accordance with claim **324** wherein:

the deleted information is a header in the electronic mail originated by the programmed processor.

**337.** A communication system in accordance with claim **301** wherein:

after reception of the electronic mail by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

**338.** A communication system in accordance with claim **302** wherein:

after reception of the electronic mail by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

**339.** A communication system in accordance with claim **303** wherein:

after reception of the electronic mail by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

**340.** A communication system in accordance with claim **304** wherein:

after reception of the electronic mail by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

US 6,317,592 B1

57

341. A communication system in accordance with claim 305 wherein:

after reception of the electronic mail by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

342. A communication system in accordance with claim 306 wherein:

after reception of the electronic mail by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

343. A communication system in accordance with claim 307 wherein:

after reception of the electronic mail by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

344. A communication system in accordance with claim 308 wherein:

after reception of the electronic mail by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

345. A communication system in accordance with claim 309 wherein:

after reception of the electronic mail by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

346. A communication system in accordance with claim 310 wherein:

after reception of the electronic mail by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

347. A communication system in accordance with claim 311 wherein:

after reception of the electronic mail by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

348. A communication system in accordance with claim 312 wherein:

after reception of the electronic mail by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

349. A communication system in accordance with claim 313 wherein:

after reception of the electronic mail by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

350. A communication system in accordance with claim 314 wherein:

after reception of the electronic mail by the destination processor, a check is performed to determine if the

58

information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

351. A communication system in accordance with claim 315 wherein:

after reception of the electronic mail by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

352. A communication system in accordance with claim 316 wherein:

after reception of the electronic mail by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

353. A communication system in accordance with claim 317 wherein:

after reception of the electronic mail by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

354. A communication system in accordance with claim 318 wherein:

after reception of the electronic mail by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

355. A communication system in accordance with claim 319 wherein:

after reception of the electronic mail by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

356. A communication system in accordance with claim 320 wherein:

after reception of the electronic mail by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

357. A communication system in accordance with claim 321 wherein:

after reception of the electronic mail by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

358. A communication system in accordance with claim 322 wherein:

after reception of the electronic mail by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

359. A communication system in accordance with claim 323 wherein:

after reception of the electronic mail by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

US 6,317,592 B1

59

60

**360**. A communication system in accordance with claim 324 wherein:

after reception of the electronic mail by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

**361**. A communication system in accordance with claim 325 wherein:

after reception of the electronic mail by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

**362**. A communication system in accordance with claim 326 wherein:

after reception of the electronic mail by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

**363**. A communication system in accordance with claim 327 wherein:

after reception of the electronic mail by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

**364**. A communication system in accordance with claim 328 wherein:

after reception of the electronic mail by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

**365**. A communication system in accordance with claim 329 wherein:

after reception of the electronic mail by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

**366**. A communication system in accordance with claim 330 wherein:

after reception of the electronic mail by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

**367**. A communication system in accordance with claim 331 wherein:

after reception of the electronic mail by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

**368**. A communication system in accordance with claim 332 wherein:

after reception of the electronic mail by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

**369**. A communication system in accordance with claim 333 wherein:

after reception of the electronic mail by the destination processor, a check is performed to determine if the

information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

**370**. A communication system in accordance with claim 334 wherein:

after reception of the electronic mail by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

**371**. A communication system in accordance with claim 335 wherein:

after reception of the electronic mail by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

**372**. A communication system in accordance with claim 336 wherein:

after reception of the electronic mail by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

**373**. A communication system in accordance with claim 337 wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

**374**. A communication system in accordance with claim 338 wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

**375**. A communication system in accordance with claim 339 wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

**376**. A communication system in accordance with claim 340 wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

**377**. A communication system in accordance with claim 341 wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

**378**. A communication system in accordance with claim 342 wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

**379**. A communication system in accordance with claim 343 wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

**380**. A communication system in accordance with claim 344 wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

**381**. A communication system in accordance with claim 345 wherein:

US 6,317,592 B1

**61**

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

382. A communication system in accordance with claim 346 wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

383. A communication system in accordance with claim 347 wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

384. A communication system in accordance with claim 348 wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

385. A communication system in accordance with claim 349 wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

386. A communication system in accordance with claim 350 wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

387. A communication system in accordance with claim 351 wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

388. A communication system in accordance with claim 352 wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

389. A communication system in accordance with claim 353 wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

390. A communication system in accordance with claim 354 wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

391. A communication system in accordance with claim 355 wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

392. A communication system in accordance with claim 356 wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

393. A communication system in accordance with claim 357 wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

394. A communication system in accordance with claim 358 wherein:

**62**

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

395. A communication system in accordance with claim 359 wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

396. A communication system in accordance with claim 360 wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

397. A communication system in accordance with claim 361 wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

398. A communication system in accordance with claim 362 wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

399. A communication system in accordance with claim 363 wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

400. A communication system in accordance with claim 364 wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

401. A communication system in accordance with claim 365 wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

402. A communication system in accordance with claim 366 wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

403. A communication system in accordance with claim 367 wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

404. A communication system in accordance with claim 368 wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

405. A communication system in accordance with claim 369 wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

406. A communication system in accordance with claim 370 wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

407. A communication system in accordance with claim 371 wherein:

**63**

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

**408.** A communication system in accordance with claim 372 wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

**409.** A communication system in accordance with claims 301–408 wherein:

the wireless system broadcasts the information contained in the electronic mail and the identification of the wireless device at a location in the wireless system to the wireless device, said location determined from information stored in the wireless system pertaining to a location of the wireless device within the wireless system.

**410.** A communication system in accordance with claim 301 wherein:

the connected mobile processor is a PC and the programmed processor is a mobile PC.

**411.** A communication system in accordance with claim 302 wherein:

the connected mobile processor is a PC and the programmed processor is a mobile PC.

**412.** A communication system in accordance with claim 303 wherein:

the connected mobile processor is a PC and the programmed processor is a mobile PC.

**413.** A communication system in accordance with claim 304 wherein:

the connected mobile processor is a PC and the programmed processor is a mobile PC.

**414.** A communication system in accordance with claim 305 wherein:

the connected mobile processor is a PC and the programmed processor is a mobile PC.

**415.** A communication system in accordance with claim 306 wherein:

the connected mobile processor is a PC and the programmed processor is a mobile PC.

**416.** A communication system in accordance with claim 307 wherein:

the connected mobile processor is a PC and the programmed processor is a mobile PC.

**417.** A communication system in accordance with claim 313 wherein:

the connected mobile processor is a PC and the programmed processor is a mobile PC.

**418.** A communication system in accordance with claim 325 wherein:

the connected mobile processor is a PC and the programmed processor is a mobile PC.

**419.** A communication system in accordance with claim 337 wherein:

the connected mobile processor is a PC and the programmed processor is a mobile PC.

**420.** A communication system in accordance with claim 373 wherein:

the connected mobile processor is a PC and the programmed processor is a mobile PC.

**421.** A communication system in accordance with claim 301 wherein:

the connected mobile processor is a PC and the programmed processor is a mobile PC; and

**64**

the wireless system broadcasts the information contained in the electronic mail and an identification of the wireless device at a location in the wireless system to the wireless device, said location determined from information stored in the wireless system pertaining-to a location of the wireless device within the wireless system.

**422.** In a communication system comprising a wireless system which communication system transmits electronic mail inputted to the communication system from mobile processors which execute electronic mail programming to originate the electronic mail and function as a destination of electronic mail, and a destination processor to which the electronic mail is transmitted from the mobile processors which originate the electronic mail and after reception of the electronic mail by the destination processor, information contained in the electronic mail and identifications of wireless devices in the wireless system are transmitted by the wireless system to the wireless devices and from the wireless devices to the mobile processors connected thereto, each of the mobile processors comprising:

a programmed processor which executes electronic mail programming to wirelessly originate the electronic mail and to function as a wireless destination of the information contained in the electronic mail, the originated electronic mail containing an address of the destination processor and the information.

**423.** The mobile processor in accordance with claim 422 wherein:

the electronic mail originated by the programmed processor also contains an identification of the wireless device and a recipient of the electronic mail to receive the information.

**424.** The mobile processor in accordance with claim 422 wherein:

the identification of the wireless device is a number.

**425.** The mobile processor in accordance with claim 422 wherein:

the identification of the wireless device is a number.

**426.** The mobile processor in accordance with claim 422 wherein:

the programmed processor executes at least one application program which processes the information contained in the electronic mail.

**427.** The mobile processor in accordance with claim 423 wherein:

the programmed processor executes at least one application program which processes the information contained in the electronic mail.

**428.** The mobile processor in accordance with claim 424 wherein:

the programmed processor executes at least one application program which processes the information contained in the electronic mail.

**429.** The mobile processor in accordance with claim 425 wherein:

the programmed processor executes at least one application program which processes the information contained in the electronic mail.

**430.** The mobile processor in accordance with claim 422 wherein:

after reception of the electronic mail by the destination processor, the identification of the wireless device is added to the information contained in the electronic mail.

**431.** The mobile processor in accordance with claim 426 wherein:

US 6,317,592 B1

65

after reception of the electronic mail by the destination processor, the identification of the wireless device is added to the information contained in the electronic mail.

432. The mobile processor in accordance with claim 422 wherein:

after reception of the electronic mail by the destination processor, information is deleted from the electronic mail and is not transmitted by the wireless system.

433. The mobile processor in accordance with claim 423 wherein:

after reception of the electronic mail by the destination processor, information is deleted from the electronic mail and is not transmitted by the wireless system.

434. The mobile processor in accordance with claim 424 wherein:

after reception of the electronic mail by the destination processor, information is deleted from the electronic mail and is not transmitted by the wireless system.

435. The mobile processor in accordance with claim 425 wherein:

after reception of the electronic mail by the destination processor, information is deleted from the electronic mail and is not transmitted by the wireless system.

436. The mobile processor in accordance with claim 426 wherein:

after reception of the electronic mail by the destination processor, information is deleted from the electronic mail and is not transmitted by the wireless system.

437. The mobile processor in accordance with claim 427 wherein:

after reception of the electronic mail by the destination processor, information is deleted from the electronic mail and is not transmitted by the wireless system.

438. The mobile processor in accordance with claim 428 wherein:

after reception of the electronic mail by the destination processor, information is deleted from the electronic mail and is not transmitted by the wireless system.

439. The mobile processor in accordance with claim 429 wherein:

after reception of the electronic mail by the destination processor, information is deleted from the electronic mail and is not transmitted by the wireless system.

440. The mobile processor in accordance with claim 430 wherein:

after reception of the electronic mail by the destination processor, information is deleted from the electronic mail and is not transmitted by the wireless system.

441. The mobile processor in accordance with claim 431 wherein:

after reception of the electronic mail by the destination processor, information is deleted from the electronic mail and is not transmitted by the wireless system.

442. The mobile processor in accordance with claim 432 wherein:

the deleted information is a header in the electronic mail.

443. The mobile processor in accordance with claim 433 wherein:

the deleted information is a header in the electronic mail.

444. The mobile processor in accordance with claim 434 wherein:

the deleted information is a header in the electronic mail.

445. The mobile processor in accordance with claim 435 wherein:

66

the deleted information is a header in the electronic mail.

446. The mobile processor in accordance with claim 436 wherein:

the deleted information is a header in the electronic mail.

447. The mobile processor in accordance with claim 437 wherein:

the deleted information is a header in the electronic mail.

448. The mobile processor in accordance with claim 438 wherein:

the deleted information is a header in the electronic mail.

449. The mobile processor in accordance with claim 439 wherein:

the deleted information is a header in the electronic mail.

450. The mobile processor in accordance with claim 440 wherein:

the deleted information is a header in the electronic mail.

451. The mobile processor in accordance with claim 441 wherein:

the deleted information is a header in the electronic mail.

452. The mobile processor in accordance with claim 422 wherein:

after reception of the electronic mail by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

453. The mobile processor in accordance with claim 423 wherein:

after reception of the electronic mail by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

454. The mobile processor in accordance with claim 424 wherein:

after reception of the electronic mail by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

455. The mobile processor in accordance with claim 425 wherein:

after reception of the electronic mail by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

456. The mobile processor in accordance with claim 426 wherein:

after reception of the electronic mail by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

457. The mobile processor in accordance with claim 427 wherein:

after reception of the electronic mail by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

458. The mobile processor in accordance with claim 428 wherein:

after reception of the electronic mail by the destination processor, a check is performed to determine if the

US 6,317,592 B1

67

information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

459. The mobile processor in accordance with claim 429 wherein:

after reception of the electronic mail by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

460. The mobile processor in accordance with claim 430 wherein:

after reception of the electronic mail by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

461. The mobile processor in accordance with claim 431 wherein:

after reception of the electronic mail by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

462. The mobile processor in accordance with claim 432 wherein:

after reception of the electronic mail by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

463. The mobile processor in accordance with claim 433 wherein:

after reception of the electronic mail by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

464. The mobile processor in accordance with claim 434 wherein:

after reception of the electronic mail by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

465. The mobile processor in accordance with claim 435 wherein:

after reception of the electronic mail by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

466. The mobile processor in accordance with claim 436 wherein:

after reception of the electronic mail by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

467. The mobile processor in accordance with claim 437 wherein:

after reception of the electronic mail by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

68

468. The mobile processor in accordance with claim 438 wherein:

after reception of the electronic mail by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

469. The mobile processor in accordance with claim 439 wherein:

after reception of the electronic mail by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

470. The mobile processor in accordance with claim 440 wherein:

after reception of the electronic mail by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

471. The mobile processor in accordance with claim 441 wherein:

after reception of the electronic mail by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

472. The mobile processor in accordance with claim 442 wherein:

after reception of the electronic mail by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

473. The mobile processor in accordance with claim 443 wherein:

after reception of the electronic mail by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

474. The mobile processor in accordance with claim 444 wherein:

after reception of the electronic mail by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

475. The mobile processor in accordance with claim 445 wherein:

after reception of the electronic mail by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

476. The mobile processor in accordance with claim 446 wherein:

after reception of the electronic mail by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

477. The mobile processor in accordance with claim 447 wherein:

after reception of the electronic mail by the destination processor, a check is performed to determine if the

US 6,317,592 B1

**69**

information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

478. The mobile processor in accordance with claim 448 wherein:

after reception of the electronic mail by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

479. The mobile processor in accordance with claim 449 wherein:

after reception of the electronic mail by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

480. The mobile processor in accordance with claim 450 wherein:

after reception of the electronic mail by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

481. The mobile processor in accordance with claim 451 wherein:

after reception of the electronic mail by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

482. The mobile processor in accordance with claim 452 wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

483. The mobile processor in accordance with claim 453 wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

484. The mobile processor in accordance with claim 454 wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

485. The mobile processor in accordance with claim 455 wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

486. The mobile processor in accordance with claim 456 wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

487. The mobile processor in accordance with claim 457 wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

488. The mobile processor in accordance with claim 458 wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

**70**

489. The mobile processor in accordance with claim 459 wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

490. The mobile processor in accordance with claim 460 wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

491. The mobile processor in accordance with claim 461 wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

492. The mobile processor in accordance with claim 462 wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

493. The mobile processor in accordance with claim 463 wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

494. The mobile processor in accordance with claim 464 wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

495. The mobile processor in accordance with claim 465 wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

496. The mobile processor in accordance with claim 466 wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

497. The mobile processor in accordance with claim 467 wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

498. The mobile processor in accordance with claim 468 wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

499. The mobile processor in accordance with claim 469 wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

500. The mobile processor in accordance with claim 470 wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

501. The mobile processor in accordance with claim 471 wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

US 6,317,592 B1

**71**

502. The mobile processor in accordance with claim 472 wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

503. The mobile processor in accordance with claim 473 wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

504. The mobile processor in accordance with claim 474 wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

505. The mobile processor in accordance with claim 475 wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

506. The mobile processor in accordance with claim 476 wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

507. The mobile processor in accordance with claim 477 wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

508. The mobile processor in accordance with claim 478 wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

509. The mobile processor in accordance with claim 479 wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

510. The mobile processor in accordance with claim 480 wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

511. The mobile processors in accordance with claim 481 wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

512. The mobile processor in accordance with claims 422–511 wherein:

the wireless system broadcasts the information contained in the electronic mail and the identification of the wireless device at a location in the wireless system, said location determined from information stored in the wireless system pertaining to a location of the wireless device within the wireless system.

513. A mobile processor for use in a communication system including a wireless system which transmits and receives wireless communications including electronic mail transmitted to and received by mobile processors, wherein each of the mobile processors executes electronic mail programming to function as an originator or destination of electronic mail, the mobile processor comprising:

**72**

a programmed processor which executes electronic mail programming to wirelessly transmit electronic mail to the communication system and wirelessly receive electronic mail from the communication system; and wherein when the programmed processor sends electronic mail to the communication system containing an address of a destination processor included in the communication system and information contained in the electronic mail, the destination processor receives the information contained in the electronic mail, and after receiving the information contained in the electronic mail, an identification of a wireless device functioning as a wireless destination of the information contained in the electronic mail and the information contained in the electronic mail are transmitted by the wireless system and broadcast to the wireless device which receives the information contained in the electronic mail and transmits the information contained in the electronic mail to one of the mobile processors connected thereto.

514. A mobile processor in accordance with claim 513 wherein:

the electronic mail originated by the programmed processor also contains an identification of the wireless device and a recipient of the electronic mail to receive the information.

515. A mobile processor in accordance with claim 513 wherein:

the identification of the wireless device is a number.

516. A mobile processor in accordance with claim 514 wherein:

the identification of the wireless device is a number.

517. A mobile processor in accordance with claim 513 wherein:

the programmed processor executes at least one application program which processes the information contained in the electronic mail.

518. A mobile processor in accordance with claim 514 wherein:

the programmed processor executes at least one application program which processes the information contained in the electronic mail.

519. A mobile processor in accordance with claim 515 wherein:

the programmed processor executes at least one application program which processes the information contained in the electronic mail.

520. A mobile processor in accordance with claim 516 wherein:

the programmed processor executes at least one application program which processes the information contained in the electronic mail.

521. A mobile processor in accordance with claim 513 wherein:

after reception of the electronic mail by the destination processor, the identification of the wireless device is added to the information contained in the electronic mail.

522. A mobile processor in accordance with claim 513 wherein:

after reception of the electronic mail by the destination processor, information is deleted from the electronic mail and is not transmitted by the wireless system.

523. A mobile processor in accordance with claim 514 wherein:

after reception of the electronic mail by the destination processor, information is deleted from the electronic mail and is not transmitted by the wireless system.

US 6,317,592 B1

73

524. A mobile processor in accordance with claim 515 wherein:

after reception of the electronic mail by the destination processor, information is deleted from the electronic mail and is not transmitted by the wireless system.

525. A mobile processor in accordance with claim 516 wherein:

after reception of the electronic mail by the destination processor, information is deleted from the electronic mail and is not transmitted by the wireless system.

526. A mobile processor in accordance with claim 517 wherein:

after reception of the electronic mail by the destination processor, information is deleted from the electronic mail and is not transmitted by the wireless system.

527. A mobile processor in accordance with claim 518 wherein:

after reception of the electronic mail by the destination processor, information is deleted from the electronic mail and is not transmitted by the wireless system.

528. A mobile processor in accordance with claim 519 wherein:

after reception of the electronic mail by the destination processor, information is deleted from the electronic mail and is not transmitted by the wireless system.

529. A mobile processor in accordance with claim 520 wherein:

after reception of the electronic mail by the destination processor, information is deleted from the electronic mail and is not transmitted by the wireless system.

530. A mobile processor in accordance with claim 522 wherein:

the deleted information is a header in the electronic mail transmitted by the programmed processor.

531. A mobile processor in accordance with claim 523 wherein:

the deleted information is a header in the electronic mail transmitted by the programmed processor.

532. A mobile processor in accordance with claim 524 wherein:

the deleted information is a header in the electronic mail transmitted by the programmed processor.

533. A mobile processor in accordance with claim 525 wherein:

the deleted information is a header in the electronic mail transmitted by the programmed processor.

534. A mobile processor in accordance with claim 526 wherein:

the deleted information is a header in the electronic mail transmitted by the programmed processor.

535. A mobile processor in accordance with claim 527 wherein:

the deleted information is a header in the electronic mail transmitted by the programmed processor.

536. A mobile processor in accordance with claim 528 wherein:

the deleted information is a header in the electronic mail transmitted by the programmed processor.

537. A mobile processor in accordance with claim 529 wherein:

the deleted information is a header in the electronic mail transmitted by the programmed processor.

538. A mobile processor in accordance with claim 513 wherein:

after reception of the electronic mail by the destination processor, a check is performed to determine if the

74

information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

539. A mobile processor in accordance with claim 514 wherein:

after reception of the electronic mail by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

540. A mobile processor in accordance with claim 515 wherein:

after reception of the electronic mail by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

541. A mobile processor in accordance with claim 516 wherein:

after reception of the electronic mail by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

542. A mobile processor in accordance with claim 517 wherein:

after reception of the electronic mail by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

543. A mobile processor in accordance with claim 518 wherein:

after reception of the electronic mail by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

544. A mobile processor in accordance with claim 519 wherein:

after reception of the electronic mail by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

545. A mobile processor in accordance with claim 520 wherein:

after reception of the electronic mail by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

546. A mobile processor in accordance with claim 521 wherein:

after reception of the electronic mail by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

547. A mobile processor in accordance with claim 522 wherein:

after reception of the electronic mail by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

US 6,317,592 B1

75

548. A mobile processor in accordance with claim 523 wherein:

after reception of the electronic mail by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

549. A mobile processor in accordance with claim 424 wherein:

after reception of the electronic mail by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

550. A mobile processor in accordance with claim 525 wherein:

after reception of the electronic mail by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

551. A mobile processor in accordance with claim 526 wherein:

after reception of the electronic mail by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

552. A mobile processor in accordance with claim 527 wherein:

after reception of the electronic mail by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

553. A mobile processor in accordance with claim 528 wherein:

after reception of the electronic mail by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

554. A mobile processor in accordance with claim 529 wherein:

after reception of the electronic mail by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

555. A mobile processor in accordance with claim 530 wherein:

after reception of the electronic mail by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

556. A mobile processor in accordance with claim 531 wherein:

after reception of the electronic mail by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

557. A mobile processor in accordance with claim 532 wherein:

after reception of the electronic mail by the destination processor, a check is performed to determine if the

76

information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

558. A mobile processor in accordance with claim 533 wherein:

after reception of the electronic mail by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

559. A mobile processor in accordance with claim 534 wherein:

after reception of the electronic mail by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

560. A mobile processor in accordance with claim 535 wherein:

after reception of the electronic mail by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

561. A mobile processor in accordance with claim 536 wherein:

after reception of the electronic mail by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

562. A mobile processor in accordance with claim 537 wherein:

after reception of the electronic mail by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

563. A mobile processor in accordance with claim 538 wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

564. A mobile processor in accordance with claim 539 wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

565. A mobile processor in accordance with claim 540 wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

566. A mobile processor in accordance with claim 541 wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

567. A mobile processor in accordance with claim 542 wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

568. A mobile processor in accordance with claim 543 wherein:

77

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

569. A mobile processor in accordance with claim 544 wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

570. A mobile processor in accordance with claim 545 wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

571. A mobile processor in accordance with claim 546 wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

572. A mobile processor in accordance with claim 547 wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

573. A mobile processor in accordance with claim 548 wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

574. A mobile processor in accordance with claim 549 wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

575. A mobile processor in accordance with claim 550 wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

576. A mobile processor in accordance with claim 551 wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

577. A mobile processor in accordance with claim 552 wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

578. A mobile processor in accordance with claim 553 wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

579. A mobile processor in accordance with claim 554 wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

580. A mobile processor in accordance with claim 555 wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

581. A mobile processor in accordance with claim 556 wherein:

78

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

582. A mobile processor in accordance with claim 557 wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

583. A mobile processor in accordance with claim 558 wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

584. A mobile processor in accordance with claim 559 wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

585. A mobile processor in accordance with claim 560 wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

586. A mobile processor in accordance with claim 561 wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

587. A mobile processor in accordance with claim 562 wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

588. A mobile processor in accordance with claims 513–587 wherein:

the wireless system broadcasts the information contained in the electronic mail and the identification of the wireless device at a location in the wireless system, said location determined from information stored in the wireless system pertaining to a location of the wireless device within the wireless system.

589. In a communication system comprising a wireless system which communication system transmits electronic mail inputted to the communication system from an originating device, processors which execute electronic mail programming to function as a destination of electronic mail, and a destination processor to which the electronic mail is transmitted from the originating device and after reception of the electronic mail by the destination processor, information contained in the electronic mail and an identification of a wireless device in the wireless system are transmitted by the wireless system to the wireless device and from the wireless device to one of the processors connected thereto, the originating device comprising:

a programmed processor which executes electronic mail programming to originate the electronic mail, the electronic mail containing an address of the destination processor and the information contained in the electronic mail which is transmitted to the destination processor.

590. An originating device in accordance with claim 589 wherein:

the electronic mail originated by the programmed processor also contains an identification of the wireless device and a recipient of the electronic mail to receive the information at the one mobile processor.

591. An originating device in accordance with claim 589 wherein:

the identification of the wireless device is a number.

592. An originating device in accordance with claim 590 wherein:

the identification of the wireless device is a number.

593. An originating device in accordance with claim 589 wherein:

the programmed processor executes electronic mail programming to originate electronic mail which is wirelessly transmitted from the programmed processor and by the communication system; and

the one processor executes electronic mail programming to originate electronic mail which is wirelessly transmitted from the one processor and by the communication system.

594. An originating device in accordance with claim 590 wherein:

the programmed processor executes electronic mail programming to originate electronic mail which is wirelessly transmitted from the programmed processor and by the communication system; and

the one processor executes electronic mail programming to originate electronic mail which is wirelessly transmitted from the one processor and by the communication system.

595. An originating device in accordance with claim 591 wherein:

the programmed processor executes electronic mail programming to originate electronic mail which is wirelessly transmitted from the programmed processor and by the communication system; and

the one processor executes electronic mail programming to originate electronic mail which is wirelessly transmitted from the one processor and by the communication system.

596. An originating device in accordance with claims 589–595 wherein:

the one processor executes at least one application program which processes the information.

597. An originating device in accordance with claim 589 wherein:

after reception of the electronic mail by the destination processor, the identification of the wireless device is added to the information contained in the electronic mail before transmission by the wireless system.

598. An originating processor in accordance with claim 589 wherein:

after reception of the electronic mail by the destination processor, information is deleted from the electronic mail and is not transmitted by the wireless system.

599. An originating device in accordance with claim 598 wherein:

the deleted information is a header in the electronic mail inputted by the originating device.

600. An originating device in accordance with claim 589 wherein:

after reception of the electronic mail by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

601. An originating device in accordance with claim 600 wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of the permissible wireless devices in the wireless system.

602. An originating device in accordance with claim 589 wherein:

the wireless system broadcasts the information contained in the electronic mail and an identification of the wireless device at a location in the wireless system to the wireless device, said location determined from information stored in the wireless system pertaining to a location of the wireless device within the wireless system.

603. An originating device in accordance with claim 589 wherein:

the one processor is a PC and the programmed processor is a PC.

604. In a communication system comprising a wireless system which communication system transmits electronic mail inputted to the communication system from an originating device which executes electronic mail programming to originate the electronic mail, processors which execute electronic mail programming to function as a destination of electronic mail, and a destination processor to which the electronic mail is transmitted from the originating device and after reception of the electronic mail by the destination processor, information contained in the electronic mail and an identification of a wireless device in the wireless system are transmitted by the wireless system to the wireless device and from the wireless device to one of the processors, the wireless device and processor comprising:

a wireless receiver connected to the one processor with the processor receiving the information contained in the electronic mail after the identification of the wireless device is detected by the wireless receiver in a broadcast by the wireless system.

605. A wireless device and processor in accordance with claim 604 wherein:

the electronic mail originated by the originating device also contains an identification of the wireless device and a recipient of the electronic mail to receive the information at the one processor.

606. A wireless device and processor in accordance with claim 605 wherein:

the identification of the wireless device is a number.

607. A wireless device and processor in accordance with claim 604 wherein:

the originating device is a processor, executes electronic mail programming to originate electronic mail which is wirelessly transmitted from the originating device and by the communication system; and

the one processor executes electronic mail programming to originate electronic mail which is wirelessly transmitted from the one processor and by the communication system.

608. A wireless device and processor in accordance with claim 605 wherein:

the originating device is a processor, executes electronic mail programming to originate electronic mail which is wirelessly transmitted from the originating device and by the communication system; and

the one processor executes electronic mail programming to originate electronic mail which is wirelessly transmitted from the one processor and by the communication system.

609. A wireless device and processor in accordance with claim 606 wherein:

the originating device is a processor, executes electronic mail programming to originate electronic mail which is

81

wirelessly transmitted from the originating device and by the communication system; and

the one processor executes electronic mail programming to originate electronic mail which is wirelessly transmitted from the one processor and by the communication system.

610. A wireless device and processor in accordance with claims 604–609 wherein:

the one processor executes at least one application program which processes the information contained in the electronic mail.

611. A wireless device and processor in accordance with claim 604 wherein:

after reception of the electronic mail by the destination processor, information is deleted from the electronic mail and is not transmitted by the wireless system.

612. A wireless device and processor in accordance with claim 611 wherein:

the deleted information is a header in the electronic mail inputted by the originating device.

613. A wireless device and processor in accordance with claim 604 wherein:

after reception by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

614. A wireless device and processor in accordance with claim 613 wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

615. A wireless device and processor in accordance with claim 604 wherein:

the wireless system broadcasts the information contained in the electronic mail and an identification of the wireless device at a location in the wireless system to the wireless device, said location determined from information stored in the wireless system pertaining to a location of the wireless device within the wireless system.

616. A wireless device and processor in accordance with claim 604 wherein:

the one processor is a PC and the originating device is a PC.

617. A communication system comprising:

devices, each device comprising a wireless device connected to a processor which processor executes electronic mail programming to function as a destination of electronic mail, the wireless device after receiving a broadcast of information contained in the electronic mail and an identification of the wireless device transmits the information contained in the electronic mail to the connected processor;

a wireless system which transmits the information contained in the electronic mail and the identification of the wireless device and broadcasts the information contained in the electronic mail and the identification of the wireless device;

a programmed processor which executes electronic mail programming to originate the electronic mail which contains an address of a destination to which the electronic mail is transmitted and the information contained in the electronic mail; and

a destination processor which receives the electronic mail and is the destination of the electronic mail; and wherein

82

after reception of the electronic mail by the destination processor, the information contained in the electronic mail and the identification of the wireless device are transmitted to the wireless system and broadcast to the wireless device.

618. A communication system in accordance with claim 617 wherein:

the electronic mail originated by the programmed processor also contains an identification of the wireless device and a recipient of the electronic mail to receive the information at the connected processor.

619. A communication system in accordance with claim 617 wherein:

the identification of the wireless device is a number.

620. A communication system in accordance with claim 617 wherein:

the programmed processor executes electronic mail programming to originate electronic mail which is wirelessly transmitted from the programmed processor and by the communication system; and

the connected processor executes electronic mail programming to originate electronic mail which is wirelessly transmitted from the connected processor and by the communication system.

621. A communication system in accordance with claim 618 wherein:

the programmed processor executes electronic mail programming to originate electronic mail which is wirelessly transmitted from the programmed processor and by the communication system; and

the connected processor executes electronic mail programming to originate electronic mail which is wirelessly transmitted from the connected processor and by the communication system.

622. A communication system in accordance with claim 619 wherein:

the programmed processor executes electronic mail programming to originate electronic mail which is wirelessly transmitted from the programmed processor and by the communication system; and

the connected processor executes electronic mail programming to originate electronic mail which is wirelessly transmitted from the connected processor and by the communication system.

623. A communication system in accordance with claims 617–622 wherein:

the connected processor executes at least one application program which processes the information contained in the electronic mail.

624. A communication system in accordance with claim 617 wherein:

after reception of the electronic mail by the destination processor, information is deleted from the electronic mail and is not transmitted by the wireless system.

625. A communication system in accordance with claim 624 wherein:

the deleted information is a header in the electronic mail originated by the programmed processor.

626. A communication system in accordance with claim 617 wherein:

the connected processor is a PC and the programmed processor is a PC.

627. A communication system in accordance with claim 617 wherein:

after reception of the electronic mail by the destination processor, a check is performed to determine if the

83

information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

**628.** A communication system in accordance with claim 627 wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

**629.** A communication system in accordance with claim 617 wherein:

the wireless system broadcasts the information contained in the electronic mail and the identification of the wireless device at a location in the wireless system to the wireless device, said location determined from information stored in the wireless system pertaining to a location of the wireless device within the wireless system.

**630.** In a communication system comprising a wireless system which communication system transmits electronic mail inputted to the communication system from processors which execute electronic mail programming to originate the electronic mail and function as a destination of electronic mail, and a destination processor to which the electronic mail is transmitted from the processors which originate the electronic mail and after reception of the electronic mail by the destination processor, information contained in the electronic mail and identifications of wireless devices in the wireless system are transmitted by the wireless system to the wireless devices and from the wireless devices to the processors connected thereto, each of the processors comprising:

a programmed processor which executes electronic mail programming to wirelessly originate the electronic mail and to function as a wireless destination of the information contained in the electronic mail, the originated electronic mail containing an address of the destination processor and the information.

**631.** The processor in accordance with claim 630 wherein:

the electronic mail originated by the programmed processor also contains an identification of the wireless device and a recipient of the electronic mail to receive the information.

**632.** The processor in accordance with claim 630 wherein:

the identification of the wireless device is a number.

**633.** The processor in accordance with claim 631 wherein:

the identification of the wireless device is a number.

**634.** The processor in accordance with claims 630–633 wherein:

the programmed processor executes at least one application program which processes the information contained in the electronic mail.

**635.** The processor in accordance with claim 630 wherein:

after reception of the electronic mail by the destination processor, the identification of the wireless device is added to the information contained in the electronic mail.

**636.** The processor in accordance with claim 630 wherein:

after reception of the electronic mail by the destination processor, information is deleted from the electronic mail is not transmitted by the wireless system.

**637.** The processor in accordance with claim 636 wherein:

the deleted information is a header in the electronic mail originated by the programmed processor.

**638.** The processor in accordance with claim 630 wherein:

after reception of the electronic mail by the destination processor, a check is performed to determine if the

84

information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

**639.** The processor in accordance with claim 638 wherein:

the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

**640.** The processor in accordance with claim 630 wherein:

the wireless system broadcasts the information contained in the electronic mail and the identification of the wireless device at a location in the wireless system, said location determined from information within the wireless system pertaining to a location of the wireless device within the wireless system.

**641.** A processor for use in a communication system including a wireless system which transmits and receives wireless communications including electronic mail to and from processors, wherein the processor executes electronic mail programming to function as an originator or destination of electronic mail, the processor comprising:

a programmed processor which executes electronic mail programming to wirelessly transmit electronic mail to the communication system and wirelessly receive electronic mail from the communication system; and wherein

when the programmed processor sends electronic mail to the communication system containing an address of a destination processor included in the communication system and information contained in the electronic mail, the destination processor receives the information contained in the electronic mail, and after receiving the information contained in the electronic mail, an identification of a wireless device functioning as a wireless destination of the information and the information contained in the electronic mail are transmitted by the wireless system and broadcast to the wireless device which receives the information contained in the electronic mail and transmits the information contained in the electronic mail to one of the processors connected thereto.

**642.** A processor in accordance with claim 641 wherein:

the electronic mail originated by the programmed processor also contains an identification of the wireless device and a recipient of the electronic mail to receive the information.

**643.** A processor in accordance with claim 641 wherein:

the identification of the wireless device is a number.

**644.** A processor in accordance with claim 642 wherein:

the identification of the wireless device is a number.

**645.** A processor in accordance with claims 641–644 wherein:

the programmed processor executes at least one application program which processes the information contained in the electronic mail.

**646.** A processor in accordance with claim 641 wherein:

after reception of the electronic mail by the destination processor, the identification of the wireless device is added to the information contained in the electronic mail.

**647.** A processor in accordance with claim 641 wherein:

after reception of the electronic mail by the destination processor, information is deleted from the electronic mail and is not transmitted by the wireless system.

**648.** A processor in accordance with claim 647 wherein:

the deleted information is a header in the electronic mail transmitted by the programmed processor.

US 6,317,592 B1

85

649. A processor in accordance with claim 641 wherein: after reception of the electronic mail by the destination processor, a check is performed to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

650. A processor in accordance with claim 649 wherein: the check is performed by a comparison of an identification of the wireless device with identifications of permissible wireless devices in the wireless system.

651. A processor in accordance with claim 641 wherein: the wireless system broadcasts the information contained in the electronic mail and the identification of the wireless device at a location in the wireless system, said location determined from information stored in the wireless system pertaining to a location of the wireless device within the wireless system.

652. A computer program stored on a storage medium for use in a communication system comprising a wireless system which communication system transmits electronic mail inputted to the communication system from an originating device, mobile processors which execute electronic mail programming to function as a destination of electronic mail, and a destination processor in the communication system to which the electronic mail is transmitted from the originating device, said computer program when executed causes said destination processor to perform the steps of:

receiving the electronic mail from the originating device; and

transmitting information contained in the electronic mail and an identification of a wireless device from the destination processor,

wherein the wireless system thereafter broadcasts the information contained in the electronic mail and the identification to the wireless device, the wireless device transmits the information contained in the electronic mail to one of the mobile processors connected thereto, and wherein the electronic mail from the originating device includes an address of the destination processor and the information to be transmitted.

653. A computer program in accordance with claim 652, wherein said computer program when executed causes said destination processor to perform the step of:

adding, after reception of the electronic mail by the destination processor, the identification of the wireless device to the information contained in the electronic mail before transmission by the wireless system.

654. A computer program in accordance with claim 652, wherein said computer program when executed causes said destination processor to perform the step of:

deleting, after reception of the electronic mail by the destination processor information from the electronic mail; and

not transmitting deleted information by the wireless system.

655. A computer program in accordance with claim 652 wherein said computer program when executed causes said destination processor to perform the step of:

performing a check, after reception of the electronic mail by the destination processor, to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

656. A computer program in accordance with claim 652, wherein said computer program when executed causes said destination processor to perform the step of:

86

processing, after reception of the electronic mail by the destination processor, the information contained in the electronic mail; and

transmitting the processed information in packets by the wireless system.

657. A computer program in accordance with claim 652, wherein said identification is a number serving as a mobile identification (ID) of said wireless device.

658. A computer program in accordance with claim 657, wherein information indicating a destination of said electronic mail contained in said electronic mail is converted to said mobile ID.

659. A destination processor for use in a communication system comprising a wireless system, which communication system transmits electronic mail inputted to the communication system from an originating device, mobile processors which execute electronic mail programming to function as a destination of electronic mail, and said destination processor in the communication system to which the electronic mail is transmitted from the originating device, said destination processor comprising:

a processor which receives the electronic mail from the originating device, and transmits information contained in the electronic mail and an identification of a wireless device from said destination processor, and the wireless system thereafter broadcasts the information contained in the electronic mail and the identification to the wireless device,

wherein the wireless device transmits the information contained in the electronic mail to one of the mobile processors connected thereto, and

wherein the electronic mail from the originating device includes an address of the destination processor and the information to be transmitted.

660. A destination processor in accordance with claim 659, wherein said processor adds, after reception of the electronic mail by the destination processor, the identification of the wireless device to the information contained in the electronic mail before transmission by the wireless system.

661. A destination processor in accordance with claim 659, wherein said processor deletes, after reception of the electronic mail by the destination processor information from the electronic mail, and said deleted information is not transmitted by the wireless system.

662. A destination processor in accordance with claim 659, wherein said processor performs a check, after reception of the electronic mail by the destination processor, to determine if the information contained in the electronic mail should be transmitted by the wireless system to the wireless device.

663. A destination processor in accordance with claim 659, wherein said processor processes, after reception of the electronic mail by the destination processor, the information contained in the electronic mail, and transmits the processed information in packets by the wireless system.

664. A destination processor in accordance with claim 659, wherein said identification is a number serving as a mobile identification (ID) of said wireless device.

665. A destination processor in accordance with claim 664, wherein information indicating a destination of said electronic mail contained in said electronic mail is converted to said mobile ID.

*    *    *    *    *