IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

NTP, INC.,

   Plaintiff,

v.   Civil Action No.: 3:07CV551

SPRINT NEXTEL CORP.,

   Defendant

## FINANCIAL INTEREST DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for NTP, Inc. in the above captioned action, certifies that there are no parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

      Respectfully submitted,
      NTP, INC.
      By Counsel

_/s/ Craig T. Merritt_
Craig T. Merritt (VSB #20281)
R. Braxton Hill IV (VSB #41539)
Nichole Buck Vanderslice (VSB #42637)
CHRISTIAN & BARTON, L.L.P.
909 East Main Street, Suite 1200
Richmond, VA 23219
Telephone: (804) 697-4100
Facsimile: (804) 697-4112

FILED SEP - 7 2007 CLERK, U.S. DISTRICT COURT RICHMOND, VA

NTP, Inc. v. Sprint Nextel Corp.   Doc. 2

*Of Counsel*
Thomas J. Scott, Jr. (VSB #14197)
Jennifer A. Albert
Phillip D. Mancini (VSB #72322)
GOODWIN PROCTOR LLP
901 New York Ave., N.W.
Washington, DC 20001
Telephone: (202) 346-4000
Facsimile: (202) 346-4444
*Attorneys for Plaintiff NTP, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that, on this 7th day of September, 2007, I caused a copy of the foregoing document to be served by private process service upon:

    Sprint Nextel Corporation
    c/o Corporation Service Company
    11 S. 12th Street
    P.O. Box 1463
    Richmond, VA 23219

                                                Counsel for Plaintiff NTP, Inc.

#832183