# United States District Court

EASTERN DISTRICT OF VIRGINIA
Richmond Division

## SUMMONS IN A CIVIL ACTION

NTP, INC.,

       Plaintiff,

CASE NUMBER: 3:07cv551

v.

SPRINT NEXTEL CORP.,

       Defendant.

NTP, Inc. v. Sprint Nextel Corp.    Doc. 3

FILE COPY

TO: **SPRINT NEXTEL CORP.**
c/o **CORPORATION SERVICE COMPANY**
11 S. 12th Street
PO Box 1463
Richmond, VA 23219
(City of Richmond)

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY:

    Craig T. Merritt (VSB 20281)
    Christian & Barton, L.L.P.
    909 East Main Street, Suite 1200
    Richmond, Virginia 23219-3095
    (804) 697-4100

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**Fernando Galindo, Clerk**    SEP - 7 2007

CLERK    DATE

(By) DEPUTY CLERK