IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number __3:07cv551__, Case Name __NTP, Inc. v. Sprint Nextel Corp.__
Party Represented by Applicant: __NTP, Inc.__

FILED
2007 SEP 24 P 2:02
U.S. DISTRICT COURT
RICHMOND, VIRGINIA

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) __Jennifer Ann Albert__
Bar Identification Number __00312__   State __South Carolina__
Firm Name __Goodwin Procter LLP__
Firm Phone # __202.346.4000__   Direct Dial # __202.346.4322__   FAX # __202.346.4000__
E-Mail Address __JAlbert@goodwinprocter.com__
Office Mailing Address __901 New York Avenue, N.W., Washington, DC 20001__

Name(s) of federal court(s) in which I have been admitted __see attached__

I certify that the rules of the federal court(s) in which I have been admitted and have my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not __✓__ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

_Jennifer Ann Albert_
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

_____   9/24/07
(Signature)                  (Date)
R. BRAXTON HILL IV  VSB 41539
(Typed or Printed Name)

Court Use Only:

Clerk's Fee Paid __✓__ or Exemption Granted _____

The motion for admission is GRANTED _____ or DENIED _____


_____          _____
(Judge's Signature)              (Date)

## Federal Court Admissions

U.S. District Court for the District of Columbia (Bar No. 397235)

U.S. District Court for the District of Maryland (No. 07334)

U.S. Court of Appeals for the Federal Circuit

U.S. Court of Appeals for the D.C. Circuit

U.S. Court of Appeals for the Fourth Circuit

U.S. Supreme Court

LIBW/1654447.1