NTP, Inc. v. Sprint Nextel Corp.

```
Court Name: EASTERN DISTRICT OF VIRGINIA
Division: 3
Receipt Number: 300002124
Cashier ID: lbreeden
Transaction Date: 09/24/2007
Payer Name: CHRISTIAN AND BARTON LLP
-----------------------------------
PRO HAC VICE
 For: JENNIFER ANN ALBERT
 Case/Party: D-VAE-3-07-CR-PROHAC-001
 Amount:         $50.00
-----------------------------------
CHECK
 Check/Money Order Num: 409047
 Amt Tendered: $50.00
-----------------------------------
Total Due:      $50.00
Total Tendered: $50.00
Change Amt:     $0.00

#3:07-CV-551
```

Doc. 4 Att. 1

Dockets.Justia.com