# United States District Court

EASTERN DISTRICT OF VIRGINIA
Richmond Division

SUMMONS IN A CIVIL ACTION

NTP, INC.,

Plaintiff,

v.

CASE NUMBER: 3:07cv551

SPRINT NEXTEL CORP.,

Defendant.



FILED
SEP 28 2007
CLERK, U.S. DISTRICT COURT
RICHMOND, VA.

TO:  SPRINT NEXTEL CORP.
c/o CORPORATION SERVICE COMPANY
11 S. 12th Street
PO Box 1463
Richmond, VA 23219
(City of Richmond)

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY:

Craig T. Merritt (VSB 20281)
Christian & Barton, L.L.P.
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
(804) 697-4100

an answer to the complaint which is served on you with this summons, within **20** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**Fernando Galindo, Clerk**

SEP - 7 2007

CLERK

DATE

(By) DEPUTY CLERK

# Affidavit of Service
SERVICE BY PRIVATE PROCESS

Office Use Only    ☐ Standard    X Same Day
Attorney: Craig T. Merritt Firm: Christian & Barton, L.L.P.
RE: NTP, Inc. v Sprint Nextel Corp, et al File/Case #: 3:07cv551
BizPort Reference: 68164

I, the undersigned _Stu Cady_ do hereby certify that I am over eighteen years of age, am not a party to or otherwise interested in the subject matter in controversy, and I further attest: on the _7_ day of _Sep_, 2007, at _3:37_ AM/PM, I served:

**Sprint Nextel Corp.**
**c/o Corporation Service Company**
**11 S. 12th Street**
**PO Box 1463**
**Richmond, VA 23219**
**(City of Richmond)**

the attached:

☐ Subpoena Duces Tecum            ☐ Witness Subpoena            ☐ Subpoena In A Civil Case
☐ Motion for Judgment             ☐ Warrant in Debt             **X Other (Specify):**
                                                                **Summons In A Civil Action, US**
                                                                **Patents and Financial Interest**
                                                                **Disclosure Statement**

☐ Personal Service: _____

☐ Registered Agent: _Bill Norton Sr_

Being unable to make personal service, a copy was delivered in the following manner:

☐ Delivered to person found in charge of the usual place of business or employment during business hours and giving information of its purport.
Delivered to: _____

☐ Delivered to a family member, not a temporary sojourner or guest, aged sixteen or older, at the usual place of abode of the above named party.
Delivered to: _____

☐ Posted on the front door or other such entrance as appears to be the main entrance.

☐ Served on the Secretary of the Commonwealth. Accepted by: _____

☐ Served on the State Corporation Commission. Accepted by: _____

☐ Not Found/Unable to Serve

Process Server: _[signature]_
BizPort Process Servers
9 North 3rd Street
Richmond, Virginia 23219

Attempt: _____
Wrong Address: _____

Commonwealth of Virginia
City of Richmond
Subscribed and sworn before me this _7th_ day of _September_, 2007.
My commission expires _July 31, 2009_

_[Notary seal: DAMON C. ORR, NOTARY PUBLIC, MY COMMISSION NUMBER 356891, COMMONWEALTH OF VIRGINIA]_

Notary Public

CERTIFICATE
OF
CORPORATION SERVICE COMPANY

**THIS CERTIFICATE MADE** pursuant to Subsection 2(b) of Section 13.1-634, Subsection 2(b) of Section 13.1-763, Subsection 2(b) of Section 13.1-1015 and Section 50-73.4 of the Virginia Code.

**CORPORATION SERVICE COMPANY**, a corporation authorized to do business in the Commonwealth of Virginia, does hereby certify that:

1. It is incorporated under the Laws of the State of Delaware and was authorized to do business in Virginia on June 1, 2001.

2. (a) It maintains a business office in the Commonwealth of Virginia at 11 South 12th Street, P.O. Box 1463, Richmond, Virginia, 23219.

   (b) Service of process may be made at such business office in the City of Richmond upon corporations, limited liability companies, partnerships, trusts and other entities, associations and persons which have designated it as agent for service of process.

   (c) The names of the individuals authorized to receive process served upon Corporation Service Company as the agent for service of process of any corporations, limited liability companies, partnerships, trust and other entities, associations and persons which have designated it as such agent are:

   | | | |
   |---|---|---|
   | Beverley L. Crump | Reno Nordquist | Meda Sterrett |
   | Heather Daniels | Nicole T. McCallum | Janet Torrance |
   | Linda B. Liles | Kate Nordquist | Amy Tarker |

   **WHEREFORE,** Corporation Service Company has caused its corporate name to be hereunto subscribed this ___ day of March 2007.

                                   CORPORATION SERVICE COMPANY

                                   BY: _____
                                       George A. Massih III, Vice President

STATE OF DELAWARE
COUNTY OF NEW CASTLE

The foregoing instrument was acknowledged before me this 5TH day of March 2007, by George A. Massih III.

                                   _____
                                   Notary Public
                                   JANET B. WOZNICKI
                                   NOTARY
                                   TERM 4 YEARS
                                   EXPIRES 2008
                                   STATE OF DELAWARE

My Commission Expires: 8-5-2008