NTP, Inc. v. Sprint Nextel Corp.                                                                                          Doc. 6

Case 3:07-cv-00551-JRS     Document 6     Filed 10/01/2007     Page 1 of 2

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| NTP, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 3:07cv551 |
| ) | |
| SPRINT NEXTEL CORP., ) | |
| ) | |
| Defendant. ) | |

### DEFENDANT SPRINT NEXTEL CORPORATION'S MOTION TO STAY

Defendant, Sprint Nextel Corporation ("Sprint"), by counsel, moves to stay this action pending the conclusion of all proceedings, including all appeals, arising out of the United States Patent & Trademark Office's reexamination of the patents asserted against Sprint by Plaintiff NTP, Inc. ("NTP"). PTO examiners have issued a series of final office actions rejecting all claims of each of the patents NTP has asserted against Sprint in this action. Moreover, this Court has previously granted a stay of litigation which NTP instituted against a different accused infringer, for the same reason. The bases for the relief requested by Sprint are more fully set forth in the supporting memorandum of law.

Dated: October 1, 2007

s/ Patrick R. Hanes
Patrick R. Hanes, Esq. (VSB No. 38148)
William R. Poynter, Esq. (VSB No. 48672)
Edward J. Dillon, Esq. (VSB No. 46804)
WILLIAMS MULLEN
A Professional Corporation
Two James Center
1021 East Cary Street
Richmond, Virginia 23219
Telephone:   (804) 643-1991
Facsimile:   (804) 783-6507

*Counsel for Defendant Sprint Nextel Corp.*

1

## CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Craig Thomas Merritt**
Christian & Barton LLP
909 E. Main Street
Suite 1200
Richmond, Virginia 23219-3095
804.697.4128 office
804.697.6128 telefax
cmerritt@cblaw.com

**Jennifer Ann Albert**
Goodwin Procter LLP
901 New York Avenue NW
9th Floor East
Washinton, D.C. 20001
202.346.4000 office
202.346.4444 telefax

**Nicole Buck Vanderslice**
Christian & Barton LLP
909 E. Main Street
Suite 1200
Richmond, Virginia 23219-3095
804.697.4139 office
804.697.6135 telefax

**Rowland Braxton Hill, IV**
Christian & Barton LLP
909 E. Main Street
Suite 1200
Richmond, Virginia 23219-3095
804.697.4108 office
804.697.6108 telefax

                                                s/ Patrick R. Hanes
                                                Patrick R. Hanes, Esq. (VSB No. 38148)
                                                William R. Poynter, Esq. (VSB No. 48672)
                                                Edward J. Dillon, Esq. (VSB No. 46804)
                                                WILLIAMS MULLEN
                                                A Professional Corporation
                                                Two James Center
                                                1021 East Cary Street
                                                Richmond, Virginia 23219
                                                Telephone:    (804) 643-1991
                                                Facsimile:     (804) 783-6507

                                                *Counsel for Defendant Sprint Nextel Corp.*