IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION



NTP, INC.,

                Plaintiff,

v.                         Civil Action Number 3:07CV551

SPRINT NEXTEL CORP.,

                Defendant.

## ORDER

Pursuant to Federal Rules of Civil Procedure 6(b) and 12(a), the time in which Defendant Sprint Nextel Corporation must file its pleadings in response to the Complaint is hereby extended until further order of the Court.

Let the Clerk fax and send a copy of this Order to all parties of record.

It is SO ORDERED.

/s/
James R. Spencer
Chief United States District Judge

Entered this 2nd day of October 2007

By: *[signature]*

Craig T. Merritt (VSB No. 20281)
R. Braxton Hill IV (VSB No. 41539)
Nichole Buck Vanderslice (VSB No. 42637)
CHRISTIAN & BARTON, LP
909 East Main Street, Suite 1200
Richmond, VA 23219
Telephone: (804) 697-4100
Facsimile: (804) 697-4112

Thomas J. Scott, Jr. (VSB No. 14197)
Jennifer A. Albert
Phillip D. Mancini (VSB No. 72322)
GOODWIN PROCTOR LLP
901 New York Ave, NW
Washington, DC 20001
Telephone: (202) 346-4000
Facsimile: (202) 346-4444

*Counsel for Plaintiff NTP, Inc.*

By: *[signature]*

Patrick R. Hanes (VSB No. 38148)
William R. Poynter (VSB No. 48672)
Edward J. Dillon (VSB No. 46804)
WILLIAMS MULLEN
A Professional Corporation
Two James Center
1021 East Cary Street
Richmond, Virginia 23219
Telephone:  (804) 643-1991
Facsimile:   (804) 783-6507

*Counsel for Defendant Sprint Nextel Corp.*

1509462.1