IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| NTP, INC., ) | |
| ) | **APPEARANCE** |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 3:07cv551 |
| ) | |
| SPRINT NEXTEL CORP., ) | |
| ) | |
| Defendant. ) | |

### DEFENDANT SPRINT NEXTEL CORPORATION'S APPEARANCE OF COUNSEL

TO the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for SPRINT NEXTEL CORPORATION.

I certify that I am admitted to practice in this court.

Dated: October 8, 2007

  _____
William R. Poynter, Esq. (VSB No. 48672)
WILLIAMS MULLEN
A Professional Corporation
222 Central Park Avenue, Suite 1700
Virginia Beach, VA 23462-3035
Tel: 757.473.5334
Fax: 757.473.0395

*Counsel for Defendant Sprint Nextel Corp.*