NTP, Inc. v. Sprint Nextel Corp.                                                                                                   Doc. 11

Case 3:07-cv-00551-JRS   Document 11   Filed 10/09/2007   Page 1 of 2

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| NTP, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: 3:07cv551 |
| | ) |
| SPRINT NEXTEL CORP., | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT SPRINT NEXTEL CORPORATION'S CERTIFICATE OF SERVICE**

Defendant Sprint Nextel Corporation ("Sprint"), by counsel, on **October 9, 2007**, files this Certificate of Service attesting to the electronic filing of Defendant Sprint Nextel Corporation's Appearance of Counsel for William R. Poynter, Esq., WILLIAMS MULLEN, using the CM/ECF system which will send notification of such filing to the following:

**Craig Thomas Merritt**
CHRISTIAN & BARTON LLP
909 E. Main Street
Suite 1200
Richmond, Virginia  23219-3095
804.697.4128  office
804.697.6128  telefax
emerritt@cblaw.com

**Jennifer Ann Albert**
GOODWIN PROCTER LLP
901 New York Avenue, NW
9th Floor East
Washington, D.C. 20001
202.346.4322  office
202.346.4444  telefax
jalbert@goodwinprocter.com

**Nicole Buck Vanderslice**
CHRISTIAN & BARTON LLP
909 E. Main Street
Suite 1200
Richmond, Virginia 23219-3095
804.697.4139 office
804.697.6135 telefax
nvanderslice@cblaw.com

**Rowland Braxton Hill, IV**
CHRISTIAN & BARTON LLP
909 E. Main Street
Suite 1200
Richmond, Virginia 23219-3095
804.697.4108 office
804.697.6108 telefax
bhill@cblaw.com

            s/Patrick R. Hanes
            Patrick R. Hanes, Esq. (Virginia State Bar no. 38148)
            William R. Poynter, Esq. (Virginia State Bar no. 48672)
            Edward J. Dillon, Esq. (Virginia State Bar no. 46804)
            Attorneys for Sprint Nextel Corporation
            WILLIAMS MULLEN
            A Professional Corporation
            Two James Center
            1021 East Cary Street
            Richmond, Virginia 23219
            804.643.1991 office
            804.783.6507 telefax
            phanes@williamsmullen.com