IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| NTP, INC., | ) | |
| | ) | **APPEARANCE** |
| Plaintiff, | ) | OF EDWARD J. DILLON |
| | ) | |
| v. | ) | Civil Action No.: 3:07cv551 |
| | ) | |
| SPRINT NEXTEL CORP., | ) | |
| | ) | |
| Defendant. | ) | |

### DEFENDANT SPRINT NEXTEL CORPORATION'S APPEARANCE OF COUNSEL

TO the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for SPRINT NEXTEL CORPORATION.

I certify that I am admitted to practice in this court.

Dated: October 10, 2007

_____
Edward J. Dillon, Esq. (VSB No. 46804)
WILLIAMS MULLEN
A Professional Corporation
Two James Center
1021 East Cary Street
Richmond, Virginia 23219
Telephone: (804) 643-1991
Facsimile: (804) 783-6507

*Counsel for Defendant Sprint Nextel Corp.*

## CERTIFICATE OF SERVICE

I hereby certify that on **October 10, 2007,** I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Craig Thomas Merritt**
CHRISTIAN & BARTON LLP
909 E. Main Street
Suite 1200
Richmond, Virginia 23219-3095
804.697.4128   office
804.697.6128   telefax
emerritt@cblaw.com

**Jennifer Ann Albert**
GOODWIN PROCTER LLP
901 New York Avenue, NW
9th Floor East
Washington, D.C. 20001
202.346.4322   office
202.346.4444   telefax
jalbert@goodwinprocter.com

**Nicole Buck Vanderslice**
CHRISTIAN & BARTON LLP
909 E. Main Street
Suite 1200
Richmond, Virginia 23219-3095
804.697.4139   office
804.697.6135   telefax
nvanderslice@cblaw.com

**Rowland Braxton Hill, IV**
CHRISTIAN & BARTON LLP
909 E. Main Street
Suite 1200
Richmond, Virginia 23219-3095
804.697.4108   office
804.697.6108   telefax
bhill@cblaw.com

                                             s/Patrick R. Hanes
                                             Patrick R. Hanes, Esq. (Virginia State Bar no. 38148)
                                             William R. Poynter, Esq. (Virginia State Bar no. 48672)
                                             Edward J. Dillon, Esq. (Virginia State Bar no. 46804)
                                             Attorneys for Sprint Nextel Corporation
                                             WILLIAMS MULLEN
                                             A Professional Corporation
                                             Two James Center
                                             1021 East Cary Street
                                             Richmond, Virginia 23219
                                             804.643.1991   office
                                             804.783.6507   telefax
                                             phanes@williamsmullen.com