IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| NTP, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No.: 3:07cv551 |
| SPRINT NEXTEL CORP., | ) ) ) |
| Defendant. | ) |

**DEFENDANT SPRINT NEXTEL CORPORATION'S NOTICE OF HEARING**

PLEASE TAKE NOTICE that on October 31, 2007 at 10:15 a.m., or as soon thereafter as counsel may be heard, Defendant Sprint Nextel Corporation, by counsel, will present oral argument on its Motion to Stay filed heretofore with the Court.

Dated: October 12, 2007

s/ Edward J. Dillon
Patrick R. Hanes, Esq. (Virginia State Bar no. 38148)
William R. Poynter, Esq. (Virginia State Bar no. 48672)
Edward J. Dillon, Esq. (Virginia State Bar no. 46804)
Attorneys for Sprint Nextel Corporation
WILLIAMS MULLEN
A Professional Corporation
Two James Center
1021 East Cary Street
Richmond, Virginia 23219
804.643.1991 office
804.783.6507 telefax
edillon@williamsmullen.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on **October 12, 2007,** I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Craig Thomas Merritt**
CHRISTIAN & BARTON LLP
909 E. Main Street
Suite 1200
Richmond, Virginia  23219-3095
804.697.4128   office
804.697.6128   telefax
emerritt@cblaw.com

**Jennifer Ann Albert**
GOODWIN PROCTER LLP
901 New York Avenue, NW
9th Floor East
Washington, D.C. 20001
202.346.4322   office
202.346.4444   telefax
jalbert@goodwinprocter.com

**Nicole Buck Vanderslice**
CHRISTIAN & BARTON LLP
909 E. Main Street
Suite 1200
Richmond, Virginia  23219-3095
804.697.4139   office
804.697.6135   telefax
nvanderslice@cblaw.com

**Rowland Braxton Hill, IV**
CHRISTIAN & BARTON LLP
909 E. Main Street
Suite 1200
Richmond, Virginia  23219-3095
804.697.4108   office
804.697.6108   telefax
bhill@cblaw.com

                                              s/Edward J. Dillon
                                              Patrick R. Hanes, Esq. (Virginia State Bar no. 38148)
                                              William R. Poynter, Esq. (Virginia State Bar no. 48672)
                                              Edward J. Dillon, Esq. (Virginia State Bar no. 46804)
                                              Attorneys for Sprint Nextel Corporation
                                              WILLIAMS MULLEN
                                              A Professional Corporation
                                              Two James Center
                                              1021 East Cary Street
                                              Richmond, Virginia  23219
                                              804.643.1991   office
                                              804.783.6507   telefax
                                              edillon@williamsmullen.com